# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Charlish Samantha Moore_

_____

Write the full name of each plaintiff.

-against-

_Vanderbilt University_

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____ ___
(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore _not_ contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

2024 JUL 17 AM 11:01

SDNY PRO SE OFFICE
RECEIVED

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

- Interstate Stalking - Alabama, Georgia, California
- Health Insurance Portability and Accountability Act of 1996 (HIPAA)
- Title VII of the Civil Rights Act of 1964 (stalking disruption at work and interview process)
- Federal Civil Rights Statutes, Title 18, USC Section 249 - Matthew Shepard and James Byrd, Hate Crimes Prevention Act

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ___Charisse Samantha Moore___, is a citizen of the State of
                    (Plaintiff's name)

___New York___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

——————— N|A ——————— .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Vanderbilt University_____, is incorporated under the laws of
the State of _Tennessee_____

and has its principal place of business in the State of _Tennessee_____

or is incorporated under the laws of (foreign state) ————— N|A —————————

and has its principal place of business in _Nashville, Tennessee_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Charisse_____ _S._____ _Moore_____
First Name              Middle Initial       Last Name

————— I do not have a home at this time. —————
Street Address

_New York, New York___        _New York___    _10022___
County, City                   State          Zip Code

_917-244-8153_____          _CharisseSamantha@prtm.me_
Telephone Number              Email Address (if available)

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Vanderbilt University_, is incorporated under the laws of the State of _Tennessee_

and has its principal place of business in the State of _Tennessee_

or is incorporated under the laws of (foreign state) ——— N|A ———

and has its principal place of business in _Nashville, Tennessee_

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information — For the death of Winston Alexander Moore Jr. (my little brother)

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Leslie-Anne_                              _Haffenden-Moore_
**First Name**          **Middle Initial**    **Last Name**

_23435 Radiant Court_
**Street Address**

_Palm Beach, Boca Raton_        _Florida_        _33424_
**County, City**              **State**        **Zip Code**

_561-805-1765_                  _lahmoore@gmail.com_
**Telephone Number**            **Email Address (if available)**

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Tala        Duffie, MA, DNP, PMHNP BC
First Name       Last Name

Psychiatric Mental Health Nurse Practitioner
Current Job Title (or other identifying information)

Vanderbilt University, University Counseling Center, 2015 Terrace Place
Current Work Address (or other address where defendant may be served)

Davidson County, Nashville     Tennessee     37203
County, City          State        Zip Code

Defendant 2:

Terry         Duffie
First Name       Last Name

Founder - Scenic Cable Network & Productions and WKMX
Current Job Title (or other identifying information)

416 North Oates Street
Current Work Address (or other address where defendant may be served)

Houston County, Dothan     Alabama     36303
County, City          State        Zip Code

Defendant 3:

Ryanne       Duffie Saucier
First Name       Last Name

Vice President of Legal Affairs - Fox News
Current Job Title (or other identifying information)

1211 Avenue of the Americas
Current Work Address (or other address where defendant may be served)

New York, New York     New York     10036
County, City          State        Zip Code

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Marc                    Andreessen
First Name              Last Name
General Partner, Y Combinator Inc.
Current Job Title (or other identifying information)
835 Pioneer Way
Current Work Address (or other address where defendant may be served)
San Francisco, San Francisco    California    94041
County, City                State              Zip Code

Defendant 2:    Elon                    Musk
First Name              Last Name
Owner, Twitter / X
Current Job Title (or other identifying information)
1335 Market Street
Current Work Address (or other address where defendant may be served)
San Francisco, San Francisco    California    94103
County, City                State              Zip Code

Defendant 3:
First Name              Last Name
The Royal Society
Current Job Title (or other identifying information)
6-9 Carlton House Terrace
Current Work Address (or other address where defendant may be served)
London SW1Y 5AG    United Kingdom
County, City                State              Zip Code

Defendant 4:

Ingrid                          Jones
First Name                      Last Name

Adjunct Professor- Psychology at Nova Southeastern University
Current Job Title (or other identifying information)

8300 Souch University Drive
Current Work Address (or other address where defendant may be served)

Broward, Ft Lauderdale          Florida          33328-2004
County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Orlando, Florida; Smyrna, Georgia; Charlotte, North Carolina; New York, New York
* Ft Lauderdale, Florida  ** San Francisco, California, Dublin, Ireland

Date(s) of occurrence: 2019-Present (possibly starting in 2018 or earlier)

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see attachments. My apologies as my laptop is broken.

Unauthorized Non Consent Psychology, Business and Technology
- 2022 Interview at Apartment in Smyrna, Georgia recorded without my authorization
- 2022-2023 Recording of Simpli, Inc. internal operations without authorization
- 2023-Present Unauthorized Non Consented deployment of Grower Plan 2022-04 document based on the National Institutes of Health (NIH) research (potentially limited research) of Dissociation and/or Dissociative Disorders.
  - The show also includes Racism (protored Racism)
  - Narcissistic Personality Disorder vs Empath testing
  - Testing of prior comment made to former therapist regarding the movie The Joker, Shutter Island, and never pushing nice people to the edge.
  - Confessions of potential economic espionage due to starling technology hacking, and poor boundaries

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

- Lost my job at Simply, Inc. as Payroll Program Manager (not responsible for Payroll Compliance)
- International stalking as part of an Unauthorized Non-Consented Psychology, Business and Technology Social Media Experiment
- Military Hold in Charlotte, North Carolina with a minimum of 40 days of 24 hour coverage
- Unauthorized Non-Consented Medical Experiment to include Dissociative Identity Disorder (DID) Simulation based on Branch Plan - 2022.04 document (which was hacked)

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Prior Consulting Experience Leveraged: $2,000 (per hour bill rate) x 2000 hours per year x 30 years = $125 million

Emotional Pain and Suffering: $500,000 per month x 12 months per year x 30 years = $180 million

Name, Brand, Image & Likeness Use: TBD

Medical Experiment (to include DNA accumulation, Brain hijacking, Brain xancer research, where is the IRB protocol and informed consent documentation? Henrietta Lacks 2.0

A min imain of $500,000,000~

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11. '

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| July 16, 2024 | | Charissi Moore |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Charise | S. | Moore |
| First Name | Middle Initial | Last Name |
| — I do not have a home address at this time. | | |
| Street Address | | |
| New York, New York | New York | 10022 |
| County, City | State | Zip Code |
| 917-244-8153 | | Charise Samantha @proton.me |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



# CHARISSE S. MOORE
## HR TRANSFORMATION CONSULTANT

415.940-6805

CharisseSM8@proton.me

www.linkedin.com/in/
charissemoore

New York, NY

## SKILLS

HR Strategy

HR Operations

HR Compliance

HR Process Design

Payroll Strategy

Process Improvement

Project Management

Proposal Development

Change Management

Vendor Management

## TECHNOLOGY APPLICATIONS

Workday HCM

Workday Payroll

ADP GlobalView

ADP Streamline

ADP Workforce Now

ServiceNow

Microsoft Office Suite

## PROFESSIONAL PROFILE

Driven and passionate HR professional who leverages strategy, project management and communications experiences to design and deliver HR initiatives focused on people, process and technology. Part strategist and tactician, who applies analytical skills in the interpretation, development and management of policies and procedures to ensure HR regulatory compliance. Skilled communicator who thrives in building cross-functional relationships to ensure project transparency and synergies.

## EXPERIENCE

### PROGRAM MANAGER

Stripe, Inc. | May 2022 – July 2023
As Payroll Program Manager, served as an internal Business Partner and cultivating strong relationships across the Finance Operations, Corporate Tax, People, Corporate Technology, Legal and Mergers & Acquisitions (M&A) teams.
*Program Management*
- Led the programmatic standup of the Payroll organization, to include strategic planning and provided guidance to internal and cross-functional stakeholders on Payroll best practices and operational enhancements
- Established Payroll Governance by identifying key process owners and stakeholders to the Payroll, Tax, Finance Operations, HR and HR Tech organizations, identifying their upstream and downstream impacts across policy, process and technology to drive key Stripe initiatives
- Leveraged Asana to build out programs, project plans and tasks, identifying key milestones to drive Payroll, HR and Finance Operations transformational efforts
- Reviewed current state payroll processes and documented current state gaps and future state process remediation opportunities, to include the US and Canadian Leave of Absence processes
- Served as Lead on key internal initiatives, such as Global HR, Payroll and Tax data privacy rules and regulations buildout, M&A wind-down operations and Workday Security enhancements across Workday US Payroll, Absence and Time (PATT)

### SENIOR CONSULTANT

Deloitte Consulting LLP | February 2015 – March 2018; April 2019 – November 2021
Deloitte Consulting LLP, Human Capital leverages research and industry insights to help design and execute critical business driven HR programs. As Senior Consultant, provide HR and Global Payroll Advisory services on a diverse scope of project engagements focused on HR and Payroll strategy, technology service delivery and operational excellence.
*Strategy*
- Partnered with client teams to design and implement HR and Payroll programs, to support business strategies focusing on operational effectiveness, technology enablement and employee experience
- Partnered with 20+ clients to analyze HR and Payroll strategy against leading practices and maturity model frameworks to identify current state, future state vision, guiding principles and roadmap initiatives aligned to business drivers
- Co-authored Global Payroll Risk Assessment, analyzing payroll / payroll tax operations, processes, data and technology complexity across 23 countries measuring business scalability and readiness
- Defined and designed Global Payroll Operating, Service Delivery and Governance Models, inclusive of vendor performance metrics – SLAs and KPIs
- Crafted Business Case comparing current operating expenditure against future state implementation, ongoing, integration and customer success (post go-live) costs
- Developed Roadmap prioritizing key initiatives, identifying cross-functional interdependencies and phased implementation timelines based on complexity of transformation



# CHARISSE S. MOORE

## HR TRANSFORMATION CONSULTANT

415.940.6805

CharisseSM8@proton.me

www.linkedin.com/in/
charissemoore

New York, NY

### EDUCATION

MASTER of SCIENCE
Human Resource Management
Florida International University

BACHELOR of ARTS
Business Management,
minor International Business
Florida International University

### AFFILIATIONS

Society of Human Resource
Management

Project Management Institute

### CERTIFICATIONS

PROFESSIONAL IN HUMAN
RESOURCES (PHR)
HR Certification Institute
(HRCI)

CERTIFIED PROFESSIONAL
(SHRM – CP)
Society of Human Resource
Management

Workday HCM Certified

Workday Payroll Certified

---

## EXPERIENCE (continued)

### SENIOR CONSULTANT (continued)
*Technology Service Delivery*

- Enhanced M&A Carve-out and Global Payroll organization stand-up, through accurate and timely Day 1 payroll runs across 30+ countries executed by the implementation ADP Streamline and Workforce Now
- Built Global Payroll Services Catalog conducting deep dive research and analysis of HR statutory and Payroll tax requirements across 30+ countries across APAC, EMEA, LATAM and NA regions
- Supported Workday US Payroll implementation for ~40K employees across 50 states by configuring complex payroll calculations in partnership with Compensation, Benefits, Time and Absence process owners
- Elicited requirements using interviews, document analysis, requirements workshops, business process analysis to write concise functional, technical and security requirements and use cases

*Change Management*

- Executed communications strategy and plan, to include positioning, messaging, tactics and sequencing of activities in partnership with HR, Benefits and Payroll across 30+ countries
- Designed and executed knowledge transfer communications deliverables to support change adoption across Workday Payroll, Benefits and Time for ~40K employees across US and Canada
- Partnered with Global Process Owner to develop standardized payroll policies, processes, SOPs and job aid templates to be implemented across 50+ countries

### SENIOR CONSULTANT
Ernst & Young LLP | March 2018 – January 2019
Ernst &Young LLP, People Advisory Services partners with clients to assess and design HR and Payroll technology strategies, integrating leading practices, processes and technology enablers in support of organizational transformation. As Senior Consultant, provide Workforce Management Advisory services on project engagements focused on HR and Payroll service delivery and technology strategies.

*Strategy*

- Led team of four (4) practitioners to build Global Payroll playbook to enable Payroll Transformation defining the future state Strategy, Operating & Service Delivery Model and Technology considerations supporting 70k+ employees across 40 countries
- Conducted Global Payroll, Time and Attendance policy harmonization analyzing and documenting policies and processes of 32 Payroll and 25 Time and Attendance systems
- Led Current State Assessment, to document HR, Payroll and Time & Attendance systems, policies, integrations and data governance processes against business requirements

*M&A Technology Separation Strategy*

- Led M&A due diligence of HCM and Payroll technology, across 19 countries within EMEA and NA regions, analyzing current state systems, policies, processes and future state requirements
- Evaluated current state technology costs, identifying future state consolidation of nine (9) vendor contracts with potential cost savings of $750K

### SENIOR PROJECT MANAGER
Texas Tech University | August 2012 – January 2014
Texas Tech University is a public research university focusing on STEM research and initiatives. As Senior Project Manager, collaborated with professors, department chairs and college deans to identify and submit strategic proposals aligned with the strategic direction and objectives of the University.

*Proposal Development | Project Management*

- Led the development of 10+ Federal large-scale proposals valued at $1M+ through the proposal lifecycle, by defining strategic win themes, compliance review and submission
- Led transdisciplinary team to receive $1.5M National Institutes of Health (NIH) grant, increasing College of Human Sciences funding to engage students in STEM
- Crafted external / internal communications, by researching and analyzing Federal, State and Local regulations and distilling key points as part of University messaging
- Developed detailed proposal schedules, project estimates, resource plans, and status reports; tracked key proposal milestones and adjusted project plans to align with submission timeline

IC3 Complaint Referral Form                                                5/29/24, 2:19 PM



## Victim Information

Name:                                           Charisse Samantha Moore
Are you reporting on behalf of a                Yes
business?
Business Name:                                  Snap, Inc. / Snapchat
Is the incident currently impacting             Yes
business operations?
Age:                                            40 - 49
Is the victim aged 17 or under?
Address:                                        140 East 56th Street
Address (continued):                            Apt 4A
Suite/Apt./Mail Stop:
City:                                           New York
County:                                         New York
Country:                                        United States of America
State:                                          New York
Zip Code/Route:                                 10022
Phone Number:                                   4159406805
Email Address:                                  CharisseSM8@proton.me
Business IT POC, if applicable:                 Bobby Murphy, https://www.google.com/url?
                                                sa=t&source=web&rct=j&opi=89978449&url=https://www.linkedin.com
                                                /in/bobby-murphy-558927b4&ved=2ahUKEwim0erHtbO
Other Business POC, if applicable:              Evan Spiegel, https://investor.snap.com/governance/leadership-
                                                team/default.aspx

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

My name is Charisse S. Moore, MS and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024.

Due to the long-term nature of the multi-year Interstate Stalking scheme, the following Federal Complaints have been filed to support each business:
• As of April 13, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Ant Financial Group.
• As of April 13, 2024, an updated United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
• As of April 14, 2024, an US Securities Exchange Commission (SEC) Whistleblower Complaint was filed on behalf of Snap, Inc. / Snapchat.
• As of April 15, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Deloitte Consulting, LLP.
• As of April 15, 2023, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Ernst & Young, LLP.
• As of April 19, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of RedHat, an IBM Company.

About Me
Between May 2022 – July 2023, I, Charisse S. Moore was a Payroll Program Manager at Stripe, Inc. where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. Stripe, Inc. is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. Stripe, Inc. has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

IC3 Complaint Referral Form

Prior to Stripe, Inc., I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

ACTIVITIES OF INTEREST
While living at Nine12 Gateway from April 2019 - May 31, 2021, I may have been hacked, stalked and/or my personal Wi-FI was compromised. Below are series of activities that I recall taking place from the time period noted above

January 2020 - May 2021 | CNBC and Bloomberg Asia (Stocks of Interest)
- During the COVID-19 Pandemic, I worked remotely (from home) and had the tv on in the background while working.  I primarily watched and/or the tv was on channels to include, CNBC, MSNBC and Bloomberg Asia.   Stocks of Interest that I watched during the pandemic (2020-2021), primarily on CNBC and Bloomberg Asia
- The following stocks are stocks that I paid significant interest in during the pandemic.  Some of the stocks had a significant run, that resulted in the stock splitting or increase price per share:
   - Amazon, Google, Facebook, Snap / Snapchat, MercadoLibre, Palantir, RIOT, MARA, Affirm, Shopify, NVDIA, ARM, Microstrategy, Cathy Woods Investment ETFs, Renaissance IPOS, specifically, Long Island Pizza Shop, AMC, Gamestop, Taiwan Semiconductor, Alibaba, JD.com, OpenDoor, OPEC Oil Meeting in April 2020 oil prices went down, Oil stock prices went up
   - OF SIGNIFICANT IMPORTANCE: Initial Public Offering halted: Ant Financial Group
   - OF SIGNIFICANT IMPORTANCE: I was a shareholder of the Snapchat stock during the pandemic, multiple interviews with Snapchat, I believe that Ernst & Young, LLP audits Snapchat, stock price drop Q3 2021 and the fact that I had my interview with Snapchat during the same time as my interview with Stripe, Inc.

Technology Abuse
- Phone hacking
   - NOTE: Per the Lookout App my phone number was included in the following data leaks:
   - OF SIGNIFICANT IMPORTANCE:
      - NOTE: As of March 30, 2024, Per the Lookout App my phone number was included in the following data leaks:
         - November 5, 2016 - Unknown source
         - November 6, 2020 - Minted.com
         - November 6, 2020 - Minted.com
         - Prior to November 19, 2020 | Brianna Smith (my cousin), uncle Anthony Smith (my Uncle) daughter that asked "Where do live? LOL out of curiosity." See text message screenshot from December 25, 2020.
            - NOTE: That Anthony Smith (my Uncle) came to Orlando in January 2020 prior to the onset of the COVID-19 Pandemic.
Brianna Smith (my cousin) - https://www.linkedin.com/in/briannajadasmith?lipi=urn%3Ali%3Apage%3Ad_flagship3_profile_view_base_contact_details%3BeBG2xocaSxuOa%2BuhIQ%2F%2FRQ%3D%3D
Anthony Smith (my Uncle) - https://www.linkedin.com/in/tony-cash-69760674/
      - December 14, 2020 - Unknown source
      - November 12, 2020 | Ryanne Duffie Saucier texted me and asked whether I would come to her house in Smyrna, GA, for Thanksgiving. I stated th

Additionally, there was a series of fake interviews and/or real Interviews that were recorded without my permission and/or the permission of the organizations that I interviewed with during June 2021 through April 2022 at the Elevate West Village apartment complex in Smyrna, Georgia

Technology Abuse
- Phone hacking
   - NOTE: Per the Lookout App my phone number was included in the following data leaks:
      - April 23, 2022 - Unknown source
         - This is exactly a month after my LinkedIn conversation with Rachel (Fratt) Vargas, Russell Reynolds Associates for a role based in Atlanta, Georgia
      - March 2022 | Russell Reynolds Associates, Executive Search
         - I only interviewed at this company because a former Deloitte Partner within the Human Capital, Anthony Abbatiello was working at Russell Reynolds at the time.
            - LinkedIn Profile: Rachel (Fratt) Vargas, Georgia Institute of Technology In partnership with Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton using either Fox News Atlanta and/or the University System of Georgia
            - I distinctly remember Rachel (Fratt) Vargas telling me that she flew down from up north to Atlanta and was

IC3 Complaint Referral Form

taking the interview from the Atlanta area. There was a one (1) week gap between the scheduling the interview and the actual interview taking place.
           - OF SIGNIFICANT IMPORTANCE: Note that the interview with Rachel (Fratt) Vargas was held at the same time of the Snap Inc. / Snapchat and Stripe, Inc. interviews.


March 2022 - April 2022 | Snap Inc. / Snapchat Interview
- Interviewed with Snap, Inc. / Snapchat in March 2022 - April 2022
- Snap, Inc. / Snapchat Point(s) of Contact: Jaime John, Clive Kinsella
   - OF INTEREST: Followed and traded Snap / Snapchat stock during the pandemic, within TD Ameritrade account.
   - OF INTEREST: Clive Kinsella previously worked with my future direct reporting manager – Alessandro Giagodi, Global Payroll Lead at Stripe, Inc.
    - (This was noted in my Interview notes in my laptop that was compromised and also in my external hard drive).
   - OF INTEREST: The interview process was held remotely (via Zoom) and may have been filmed while I was a resident at Elevate West Village in Smyrna, Georgia.
   - OF INTEREST: Charisse S. Moore, Snap Interview Prep_2022.03.28 document - #3 – Why Snap? Why are you interested in this job?
   - RESPONSE: "I am interested in Snap and the Payroll Transformation Manager role for three reasons – Snap products, culture and the role itself.  When I think of Snap, I think of the quote, "If you want to go fast, go alone. If you want to go far go together." Over the years, I have watched Snap Inc. continue to innovative and grow the platform with partnerships that have been cultivated with advertising agencies (e.g., WPP), luxury fashion brands (e.g., Dior, Prada), sports leagues (e.g., MLB, Premier League) and travel brands (e.g., Marriott) amongst others.  (Try-on lenses, coupled with the Screenshopper (personal shopper) is an exciting time.) And I love Bitmoji!"
    - See email – Gmail – Smyrna Ladies Holiday Get Together (December 2021), Tess McGoldrick, SVP Revenue Analytics (Marriott, IHG, Luxury Fashion brands, etc.)
   - OF INTEREST: I traded and heavily followed the Snap, Inc. / Snapchat stock within my TD Ameritrade account during the pandemic.
   - OF INTEREST: I have known Dan Saucier(since late 2010) and Ryanne Duffie Saucier,(since 2011). Ryanne Duffie Saucier,grew up in the Broadcasting industry, as her father Terry Duffie is the Founder of WKMX and Founder of Scenic Cable Network & Productions.

March 2022 - April 2022 | Stripe, Inc.
- Interviewed with Stripe, Inc. in March 2022 - April 2022
    - Alessandro Giagodi, Global Payroll Lead at Stripe, Inc.  | February 2021 – Present
    - Maggie Gallardo, Finance Program Manager at Stripe, Inc. | February 2021 – November 2022
    - Jen Zale, US Payroll Manager at Stripe, Inc.
    - Meredith Kertzman, People Ops Enablement Manager at Stripe, Inc. | November 2016 – Present
    - Shannon Herline, People Planning & Strategy at Stripe, Inc. | May 2019 - Present
    - Dave Auckland, Finance Operations Leader at Stripe, Inc. | January 2020 – Present
     - Point of Contact: Alessandro Giagodi
- OF INTEREST: April 11, 2022: I, Charisse S. Moore was offered the role of Payroll Program Manager
- OF INTEREST: April 14, 2022: I, Charisse S. Moore received the offer letter for the role of Payroll Program Manager at Stripe, Inc.
- OF INTEREST: On April 14, 2022, Elon Musk reversed again, offering to purchase Twitter at $54.20 per share.[223] The acquisition was officially completed on October 27.

OF SIGNIFICANT IMPORTANCE - INTERVIEW SCHEDULE – MARCH 31, 2022
- 9:00am – Snap, Inc. / Snapchat | Clive Kinsella | Kind / Instills Trust / Collaborates
- 12:00pm – Stripe, Inc.  | Maggy Gallardo | Functional Expertise
- 12:45pm – Stripe, Inc.  | Jen Zale | Resilience
- 1:30pm – Stripe, Inc. | Meredith Kertzman | Collaboration / Cross-Functional Partnerships
- 4:00pm – Snap, Inc. / Snapchat | Emily Vanidestine | Smart / Strategic Mindset / Plans and Aligns
- 5:30pm – Snap, Inc. / Snapchat | Lauren Feinstein | Creative / Manages Ambiguity / Optimizes Work Processes

2022 – 2023 | While a resident at the Lincoln at Dilworth apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:

2022 - 2023 | Stripe, Inc.
- October 2022 | As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:
    - Ultimate Kronos Group (UKG) - United States Payroll

IC3 Complaint Referral Form

- OF INTEREST: Asked my boss Alessandro Giagodi, Global Payroll Lead, to reach out to Pat Wadors, former Chief Human Resource Officer (CHRO) at LinkedIn now Chief People Officer UKG - Board Member for assistance with UKG and Stripe, Inc. matters.
- OF INTEREST: Contacted Gusto Payroll to gain access to Stripe, Inc. subsidiaries reports
- OF INTEREST: Partnered with Finance Operations, Corporate Tax and SALT to resolve State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Ryanne Duffie Saucier |
| Business Name: | Fox News |
| Address: | 3335 Hidden Trail Road SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 6013175858 |
| Email Address: | ryanne.saucier@gmai.com |
| Website: | https://www.linkedin.com/in/ryannedsaucier |
| IP Address: | |

| | |
|---|---|
| Name: | Daniel (Dan) Saucier |
| Business Name: | Keller Knapp Realty |
| Address: | 3335 Hidden Trail Road SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smryna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 6016240283 |
| Email Address: | dssaucier@gmail.com |
| Website: | https://www.linkedin.com/in/dan-saucier-064a4246 |
| IP Address: | |

| | |
|---|---|
| Name: | Terry Duffie |
| Business Name: | Scenic Productions |
| Address: | 416 North Oates Street |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Dothan |
| Country: | United States of America |
| State: | Alabama |
| Zip Code/Route: | 36303 |
| Phone Number: | |
| Email Address: | kim@scenicproduction.com |
| Website: | https://www.linkedin.com/in/terry-duffie-65062035 |
| IP Address: | |

| | |
|---|---|
| Name: | Fani Willis, Emory University School of Law |
| Business Name: | Fulton County District Attorney |
| Address: | 141 Pryor Street SW |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Atlanta |

5/29/24, 2:19 PM

IC3 Complaint Referral Form

Country:                         United States of America
State:                           Georgia
Zip Code/Route:                  30303
Phone Number:                    4046124000
Email Address:                   customerservice@fultoncountyga.gov
Website:                         https://fultoncountyga.gov/districtattorney
IP Address:


Name:                            TD Jakes
Business Name:                   The Potter's House
Address:                         6777 W. Kiest Blvd
Address (continued):
Suite/Apt./Mail Stop:
City:                            Dallas
Country:                         United States of America
State:                           Texas
Zip Code/Route:                  75236
Phone Number:
Email Address:
Website:                         https://www.thepottershouse.org
IP Address:


Name:                            Ashley Herd, Emory University School of Law
Business Name:                   @ManagerMethod, "HR Besties" Podcast Co-Host
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:                            Atlanta
Country:                         United States of America
State:                           Georgia
Zip Code/Route:
Phone Number:
Email Address:
Website:                         http://linkedin.com/in/ashleyherd
IP Address:


Name:                            Ingrid Jones, Adjunct Professor
Business Name:                   Broward College
Address:                         5850 Coral Ridge Drive
Address (continued):             Suite 314
Suite/Apt./Mail Stop:
City:                            Coral Springs
Country:                         United States of America
State:                           Florida
Zip Code/Route:                  33076
Phone Number:
Email Address:                   ingrid@changetogrow.com
Website:                         https://www.linkedin.com/in/ingridjoneslmhc
IP Address:


Name:                            Tara Roseanne Duffie, MA, DNP, PMHNP-BC
Business Name:                   Vanderbilt University
Address:                         2015 Terrace Place
Address (continued):
Suite/Apt./Mail Stop:
City:                            Nashville
Country:                         United States of America
State:                           Tennessee

https://complaint.ic3.gov/#

5/29/24, 2:19 PM

IC3 Complaint Referral Form

Zip Code/Route:           37203
Phone Number:             6153222571
Email Address:
Website:                  https://www.vanderbilt.edu/ucc/person/2356/
IP Address:


Name:                     Brenda Cecelia Duenas Hill
Business Name:            KPMG
Address:                  290 Weaver Street
Address (continued):
Suite/Apt./Mail Stop:
City:                     Larchmont
Country:                  United States of America
State:                    New York
Zip Code/Route:           10258
Phone Number:             3057250494
Email Address:            brendacd1121@gmail.com
Website:                  https://www.linkedin.com/in/brendaceciliahill
IP Address:


Name:                     Reginald Lionel Lewis McNair
Business Name:            Broward County Government
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:                     Fort Lauderdale
Country:                  United States of America
State:                    Florida
Zip Code/Route:           33319
Phone Number:
Email Address:
Website:                  https://www.linkedin.com/in/reginald-mcnair-6b077b4
IP Address:


# Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

    [No response provided]

Are there any other witnesses or victims to this incident?

March 2023 | As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash
- Silicon Valley Bank's Abrupt Closure Leaves Venture Capitalists And Founders Scrambling (https://www.forbes.com/sites/alexkonrad/2023/03/10/silicon-valley-bank-closure-vc-startups-reaction/)
    - Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Silicon Valley Bank, Santa Clara, CA – March 10, 2023
- What Happened to Signature Bank? (https://www.investopedia.com/what-happened-to-signature-bank-7370710)
    - "Signature Bank was shut down on March 12, 2023, after depositors withdrew large sums of money on the heels of the collapse of Silicon Valley Bank (SVB). Regulators feared continued contagion in the banking sector and closed Signature Bank to try to contain the panic."
        - Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Signature Bank, New York, NY – March 12, 2023
        - Federal Deposit Insurance Corporation (FDIC) | Material Loss Review of Signature Bank of New York – October 24, 2023
- SVB, now First Republic: How it all started (https://www.npr.org/2023/05/01/1173175098/svb-now-first-republic-how-it-all-started)

- Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for First Republic Bank, San Francisco, CA -
May 1, 2023
- Jaime Dimon, JP Morgan Chase rescues First Republic Bank
- During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Secret Intelligence Service
- MI6, newsdesk@fcdo.gov.uk
March 21, 2023 | Called Charlotte-Mecklenburg Police Department for Help
- Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
- Tuesday, March 21st - Case Number 20230321155300

March 23, 2023 | Called Charlotte-Mecklenburg Police Department for Help
- Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
- Thursday, March 23rd - Case Number 20230323101700

Check here if this an update to a previously filed complaint: ☐

# Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

# Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Charisse Samantha
            Moore

FEDERAL
BUREAU OF
INVESTIGATION    HOME    FILE A
COMPLAINT    CONSUMER
ALERTS    INDUSTRY
ALERTS    BEC    RANSOMWARE    ELDER
FRAUD    COMMON
SCAMS

# Victim Information

| | |
|---|---|
| Name: | Charisse S. Moore |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | Stripe, Inc. |
| Is the incident currently impacting business operations? | Yes |
| Age: | 40 - 49 |
| Is the victim aged 17 or under? | |
| Address: | 140 East 56th Street |
| Address (continued): | Apt 4A |
| Suite/Apt./Mail Stop: | |
| City: | New York |
| County: | New York |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10022 |
| Phone Number: | 4159406805 |
| Email Address: | CharisseSM8@proton.me |
| Business IT POC, if applicable: | Dave Auckland, dauckland@stripe.com |
| Other Business POC, if applicable: | Elissa Port, eport27@gmail.com |

# Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

My name is Charisse S. Moore and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 – Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi.

I believe that my personal therapy sessions have been recorded, published and distributed, without my expressed authorization, in addition to my phone, email, home Wi-Fi, and/or other technology platforms being compromised. Additionally, there was a series of fake interviews and/or real Interviews that were recorded without my permission and/or the permission of the organizations that I interviewed with during June 2021 through April 2022 in Smyrna, Atlanta, GA.

March 2022 | Russell Reynolds Associates, Executive Search
    I only interviewed at this company because a former Deloitte Partner within the Human Capital, Anthony Abbatiello was working at Russell Reynolds at the time.
o    LinkedIn Profile: Rachel (Fratt) Vargas, Georgia Institute of Technology (In partnership with Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton using either Fox News Atlanta and/or the University of Georgia
o    I distinctly remember Rachel (Fratt) Vargas telling me that she flew down from up north to Atlanta and was taking the interview from the Atlanta area. There was a week gap between the scheduling the interview and the actual interview taking place.
o    OF SIGNIFICANT IMPORTANCE: Note that the interview with Rachel (Fratt) Vargas was held at the same time of the Snap Inc. / Snapchat and Stripe, Inc. interviews.

March 2022 – April 2022 | Snap Inc. / Snapchat
    Interviewed with Snapchat in March 2022 – April 2022
    Point of Contact: Jaime John
o    OF INTEREST: Followed and traded Snap / Snapchat stock during the pandemic, within TD Ameritrade account.

March 2022 – April 2022 | Stripe, Inc.
    Interviewed with Stripe, Inc. in March 2022 – April 2022
    Point of Contact: Alessandro Giagodi, Global Payroll Lead
o    OF INTEREST: Accepted role as Payroll Program Manager with a start date of Monday, May 8, 2022.

*Case Name: Moore v. Stripe, Inc. Case Number: 1-24-cv-02244-UA*

IC3 Complaint Referral Form                                                                                                    4/13/24, 5:48 PM

**May 2022 | Temporary Move to Charlotte, North Carolina**
    Week of Monday, May 9, 2022: An initial swarming event took place at the Elevate West Village apartments in Smyrna, Georgia, after a therapy session with Ingrid Jones in which I mentioned the names Ryanne Duffie Saucier and Laura Norton.
o    Thursday, May 12, 2022: Had a therapy session with Ingrid Jones of Change to Grow, Coral Springs, Florida.
o    Saturday, May 14, 2022: The Tops Friendly Markets shooting occurred in Buffalo, New York. This mass shooting occurred after my personal therapy session with Ingrid Jones which took place on Thursday, May 12, 2022.
    OF HIGH INTEREST: My Mother, Leslie-Anne Haffenden Moore was born in Buffalo, New York.
    Week of Monday, May 16, 2022:  Temporarily moved to Charlotte, North Carolina where my cousin Andre Gilgeous lived due to swarming and stalking as noted above by Ryanne Duffie Saucier, Dan Saucier and Laura Norton.

**October 2022 | Use of Personal Phone for Stripe, Inc. Business**
    As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:
    Ultimate Kronos Group (UKG) - United States Payroll, Stripe Inc. subsidiaries
o    OF INTEREST: I asked Alessandro Giagodi, Global Payroll Lead, to reach out to Pat Wadors, former Chief Human Resource Officer (CHRO) at LinkedIn now Chief People Officer UKG - Board Member for assistance with UKG and Stripe, Inc. matters. Note that Alessandro Giagodi previously worked at LinkedIn where Pat Wadors was CHRO.
    Gusto – United States Payroll, Stripe Inc. subsidiaries
o    OF INTEREST: Partnered with leadership across Finance Operations, Dave Auckland, Corporate Tax, Kristen Bauer, State and Local Taxes (SALT), Paul Klopping and Mindy Mayo, KPMG, to resolve the State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services.

**Military Tactical Hold within the Lincoln at Dilworth apartment complex**

For months and months (December 21, 2022 through March 31, 2023), every time that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator.  There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits data for all of Stripe, Inc. and its subsidiaries, to include, but not the following:
https://aspe.hhs.gov/sites/default/files/documents/248275672affa2035cccfbcdaa3670d2/aspe-working-paper-data-terms.pdf
    Personal Identifiable Information (PII)
    Personal Health Information (PHI)
    Business Identifiable Information (BII)
o    Trade secrets, commercial or financial information that is privileged or confidential.
    Confidential Information (CI) to include Mergers & Acquisitions

**March 2023 | Mergers & Acquisitions (M&A) Payroll Wind-down Operations**
As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash.
    Silicon Valley Bank's Abrupt Closure Leaves Venture Capitalists And Founders Scrambling
https://www.forbes.com/sites/alexkonrad/2023/03/10/silicon-valley-bank-closure-vc-startups-reaction/
    "On Friday, Silicon Valley Bank's rich 40-year history came to an abrupt, ignominious end as regulators closed the bank and appointed the Federal Deposit Insurance Corporation as its receiver. And for the startups and investors that SVB has financed and served as a bank – spanning the entire venture capital-backed ecosystem – it's raised new questions about when deposits and financing will be returned, if at all."
o    March 10, 2023: Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Silicon Valley Bank, Santa Clara, CA
    What Happened to Signature Bank? https://www.investopedia.com/what-happened-to-signature-bank-7370710
    "Signature Bank was shut down on March 12, 2023, after depositors withdrew large sums of money on the heels of the collapse of Silicon Valley Bank (SVB). Regulators feared continued contagion in the banking sector and closed Signature Bank to try to contain the panic."
o    March 12, 2023: Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Signature Bank, New York, NY
    SVB, now First Republic: How it all started https://www.npr.org/2023/05/01/1173175098/svb-now-first-republic-how-it-

Case Name: Moore v. Stripe, Inc.    Case Number: 1:24-cv-05533-UA

all-started
    "The turmoil in the banking industry isn't over yet. Today, First Republic Bank was seized, following the failures of Signature Bank and Silicon Valley Bank back in March. How did we get here? And how do we prevent banks from failing in the future? A show-stopping mea culpa from the Federal Reserve provides some answers."
o    May 1, 2023: Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for First Republic Bank, San Francisco, CA
    March 1 – March 10, 2023: During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. with the Bureau of the Fiscal Service, Treasury Offset Program (TOP) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone 917-386-5745).
o    The call was dropped after the recorded statement of "This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service."
    During this time, I also made calls to the State of Maryland, Baltimore County and/or City of Baltimore related to Helm Services and/or Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc.

March 2023 | Stripe, Inc.: Navigating a Tender Offer in 2023 | Stripe, Inc. https://www.harnesswealth.com/articles/stripe-ipo-offer-offer-what-to-know-for-2023/
    Current reports from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.
    OF INTEREST: As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023. Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Tax (SALT) and Dave Auckland, Finance Operations and Jeremy Gordon, Real Estate ~$3.0M and the City of Baltimore.
    OF INTEREST:  I reviewed the US Department of Treasury - Electronic Federal Tax Payment System® tax payment webpage or the Internal Revenue Service (IRS) - EFTPS: The Electronic Federal Tax Payment System, as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS).

April 2023 | Temporary Transition to Seattle, Washington
    March 31, 2023: Upon arrival at Seattle-Tacoma Washington (SEATAC) airport, a teenage girl with blonde hair video recorded Jax and I while riding the airport tram to get my luggage. I made a hotel reservation at the Hotel Pineapple and then a reservation at Sentral South Lake Union (SLU) through the Airbnb application.
    April 1, 2023:  After Charlotte, North Carolina, I went to Seattle for the month as there was a Finance Operations Leadership Conference scheduled the week of Monday, April 17th. When I opened by Google Maps on April 1, 2023, there was a map of Tulsa, Oklahoma.  At the time, I had no clue what to think of the map, as I knew that I was doxxed and hacked in Charlotte.
    April 4, 2023: Had a meeting with Dan Johnson, Stripe, Inc. Corporate Security to discuss at a super high-level stalking in Charlotte, North Carolina and hidden cameras within my apartment at Lincoln at Dilworth.
o    OF SIGNIFICANT IMPORTANCE: As Payroll Program Manager, I was aware and initially involved in the Stripe, Inc. Tender Offer process scheduled for March 2023.

April 4, 2023 | Purchased new Apple iPhone from Verizon
    Apple iPhone 14 ProductRed from Verizon near Nordstrom in Seattle, Washington. My first call to Ingrid Jones was hacked as in the middle of the call when Ingrid said that I could come to Colombia the call was dropped and went into SOS Mode.
o    OF SIGNIFICANT IMPORTANCE: In April 2024, I, Charisse S. Moore became aware of Verizon as a client of Peachtree Relations, where Laura Norton is employed.

Unauthorized Publication of Personal Therapy Sessions
The continued stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirator has severely impacted my life, to include but not limited to:

May 2023 | Leave of Absence (Relocation Strategy)
    As a result of continued stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators, I partnered with my former therapist to implement a Relocation Strategy from Charlotte, North Carolina, to New York, New York, in May 2023.
    May 4, 2023 | While meeting Ingrid Jones, Licensed Mental Health Counselor, in person at the Sawgrass Mills Mall, on May 4, 2023, my birthday, Ingrid Jones noted that I was "helping people".

*Case Name: Nieves v. Strike, Inc. Case Number: PA-24-02177-900*

4/13/24, 5:48 PM

# Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Ryanne Duffie Saucier |
| Business Name: | Fox News |
| Address: | 3365 Hidden Trail Road SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 6013175858 |
| Email Address: | ryanne.saucier@gmail.com |
| Website: | https://www.linkedin.com/in/ryannedsaucier |
| IP Address: | |

| | |
|---|---|
| Name: | Daniel (Dan) Saucier |
| Business Name: | Real Estate Agent at Keller Knapp Realty |
| Address: | 3365 Hidden Trail Road SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 6016240283 |
| Email Address: | dssaucier@gmail.com |
| Website: | https://www.linkedin.com/in/dan-saucier-064a4246 |
| IP Address: | |

| | |
|---|---|
| Name: | Terry Duffie |
| Business Name: | Scenic Productions |
| Address: | 416 North Oates Street |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Dothan |
| Country: | United States of America |
| State: | Alabama |
| Zip Code/Route: | 36303 |
| Phone Number: | 3347932722 |
| Email Address: | |
| Website: | https://sceniccable.com |
| IP Address: | |

| | |
|---|---|
| Name: | Tara Roseanne Duffie, MA, DNP, PMHNP-BC |
| Business Name: | Vanderbilt University |
| Address: | University Counseling Center |
| Address (continued): | 2015 Terrace Place |
| Suite/Apt./Mail Stop: | |
| City: | Nashville |
| Country: | United States of America |
| State: | Tennessee |
| Zip Code/Route: | 37203 |
| Phone Number: | 6153222571 |
| Email Address: | |
| Website: | https://www.vanderbilt.edu/ucc/person/2356/ |
| IP Address: | |

Case Name: Moore v. Shipr, Inc.   Case Number: 1:24-CV-02764-SDG

IC3 Complaint Referral Form                                                                    4/13/24, 5:48 PM

| | |
|---|---|
| Name: | Laura Norton |
| Business Name: | Peachtree Government Relations |
| Address: | 1100 Peachtree Street NE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Suite 675 |
| Country: | United States of America |
| State: | Alabama |
| Zip Code/Route: | 30309 |
| Phone Number: | 4043144844 |
| Email Address: | laura.norton@peachgr.com |
| Website: | https://www.peachgr.com/laura-norton-1 |
| IP Address: | |

| | |
|---|---|
| Name: | Derek Norton |
| Business Name: | Mayor of Smyrna, Georgia |
| Address: | 2800 King Street SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 7704346600 |
| Email Address: | nortonforsmyrna@gmail.com |
| Website: | https://www.linkedin.com/in/derek-norton-756b286/ |
| IP Address: | |

| | |
|---|---|
| Name: | Rachel Fratt Vargas |
| Business Name: | Russell Reynolds Associates |
| Address: | 999 Peachtree St NE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | Suite 2700 |
| City: | Atlanta |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30309 |
| Phone Number: | 4045773000 |
| Email Address: | |
| Website: | https://www.linkedin.com/in/rachelfratt?lipi=urn%3Ali%3Apage%3Ad_flagship3_profile_view_base_contact |
| IP Address: | |

| | |
|---|---|
| Name: | Tess McGoldrick |
| Business Name: | Revenue Analytics, Inc. |
| Address: | 100 Galleria Parkway |
| Address (continued): | |
| Suite/Apt./Mail Stop: | Suite 900 |
| City: | Atlanta |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30339 |
| Phone Number: | 7706611444 |
| Email Address: | |
| Website: | https://www.linkedin.com/in/tess-mcgoldrick?lipi=urn%3Ali%3Apage%3Ad_flagship3_profile_view_base_con |
| IP Address: | |

*Case Name: Nwove v. Stripe, Inc.  Case Number: 1:24-cv-0?M-3?0*

IC3 Complaint Referral Form                                                                4/13/24, 5:48 PM

# Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

    [No response provided]

Are there any other witnesses or victims to this incident?

As a result of stalking by Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Skip Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, GA and additional unknown co-conspirators between 2020 - Present, the following activities have taken place - Moves in state and/or out of state, direct contact with police departments, changes to technology hardware and software, published (and potentially distributed) therapy sessions with Ingrid Jones, Licensed Mental Health Counselor, my former therapist.

I have moved and/or traveled across multiple countries and state lines, whether as a direct result of stalking or traveling for work (domestically and internationally), as noted below:
    Orlando, Florida
    Smyrna, Atlanta, Georgia
    Charlotte, North Carolina
    San Francisco, California (to include Stripe United States Headquarters)
    Seattle, Washington (to include the Stripe Seattle office and Airbnb stay)
    New York City, New York (to include the Stripe New York office, Airbnb stay and my apartment)

In June 2023, I move from Charlotte, North Carolina to New York, New York as part of Relocation Strategy due to Stalking. This Relocation Strategy was documented as part of the Stripe US Leave of Absence process and administered by The Larkin Company of Atlanta, Georgia, in which stalking cases, which are closely aligned to domestic violence cases and are covered under the Family Medical Leave Act (FMLA), the State of New York Paid Sick Leave Program and the City of New York Paid Sick (and Safe) Leave Act.

Organizations that I have worked for include the following:
    Stripe, Inc.
    RedHat, an IBM Company
    Deloitte Consulting, LLP
    Ernst and Young, LLP

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

February 2022 | Cobb County Police Department
- In February 2022, I originally reporting the initial instance to stalking or following to Officer Glenn Meyer, Cobb County Police Department in the Atlanta, Georgia metropolitan area. At the time of speaking to Officer Glenn Meyer, I noted that the potential stalkers were the same people that called the Cobb County Police Department to perform a wellness check on me Ryanne Duffie Saucier and Dan Saucier.

January 15, 2023 | Called Charlotte-Mecklenburg Police Department for Help
    Contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras located within the fire alarms.

March 21, 2023 | Called Charlotte-Mecklenburg Police Department for Help
    Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
o   NOTE: Tuesday, March 21st - Case Number 20230321155300

March 23, 2023 | Called Charlotte-Mecklenburg Police Department for Help
    Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
o   NOTE: Thursday, March 23rd - Case Number 20230323101700

*Case Name: Moore v. Smppi, Inc.    Case Number: 1:24-cv-05533-UA* [handwritten]

IC3 Complaint Referral Form

Check here if this an update to a previously filed complaint: ☑

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Charisse S. Moore

Hi Officer Glen Meyer,

Thank you for taking the time to connect this afternoon and discuss the issue with my former friends here in Atlanta. As discussed, I have documented some of the things that have occurred which either gave me concern and/or lead up to the issue between myself, Ryanne Saucier and Dan Saucier.

This document is separated into four (4) sections to provide additional insights and points of clarity – Background, Things Are Changing, Interpretation and Points of Contact. Updates to the document have been called out in red.

Please review the information below and look forward to discussing further in the coming days.

**BACKGROUND**

I met Dan Saucier in 2010 during an interview at the Mississippi Development Authority (MDA). I hired Dan in January 2011, as a Project Manager under the Energy Efficiency grant program that I ran.  Later in 2011, I met Ryanne Saucier, Ryanne is Dan's wife.  From 2011 through 2021, the Sauciers have consistently invited me to spend the holidays with them in Mississippi and Atlanta.  We've spent Thanksgiving, Christmas and New Year's together over the years.  While living in Orlando, they have also invited me to come to Atlanta to just hang out.  In 2020, during the pandemic, Ryanne asked me multiple times if I wanted to come up for Thanksgiving.  I declined, but was thankful for receiving the invitation.  Ryanne and Dan have always been welcoming, hospitable and just good people (good people to do life with).

In 2021, I decided to move to Atlanta and let Ryanne and Dan know.  As usual, they were more than welcoming and Dan picked me up from the airport and provided guidance with the neighborhoods in Atlanta (e.g., do not move to Buckhead due to crime).  In June 2021, I completed my move to Atlanta and below are some of the changes that have occurred between June 2021 – February 2022.

**THINGS ARE CHANGING**

**Saturday, July 3, 2021 – Friday, July 10, 2021** – Housesat for Ryanne and Dan and took care of their dog Belle (older Shih Tzu).  Belle and Jax have known each other since 2011 in Mississippi.

**August, September, October 2021** – Spent multiple Saturdays and/or Sundays at Ryanne and Dan's house watching football, watching Elias (their son) play baseball and barbequing. Ryanne and I would also go to get our nails done and hot yoga.

**Saturday, October 30, 2021** – Halloween trick-or-treating in Ryanne and Dan's neighborhood. There was a moment, when we walked to a house for Elias to go trick-or-treating where Ryanne knew that the guy had a big confederate flag in his house.  She mentioned this as Elias was getting the candy from the guy.  I remember the guy looking at our group, with a strange look.

1

Which of course makes sense, if he has a big confederate flag, you know his stance. Why would you have a Black woman come to his house?

- Ryanne spoke in the context of being shocked that there was a big confederate flag in the house when she was asked to cat sit. It seemed like it did not occur to her that a Black woman is coming to the guy's house to trick-or-treat with her child and her child's friends. The focus was only on her.

**Saturday, November 13, 2021 – Sunday, November 14, 2021 –** Ryanne stated that she was going out to town for a girls weekend celebrating a friend's (Jenny) upcoming cancer reconstruction surgery. Ryanne asked, and Dan jumped in, if I wanted to come over that weekend and watch football with Dan and Elias. I thought nothing of the ask, because I had come over for several weekends prior to watch football (College / NFL).

**Tuesday, November 16, 2021 –** Phone call 28 minutes – Ryanne calls and states that one weekend she saw Dan drink 24 beers over the weekend. She continues by stating that given Dan's father's history of being an alcoholic that she is concerned. She adds that she wonders what happens with Elias when she is not at home. Further, she told Dan that if he does not stop drinking that she will take their little boy and leave. (Major boundary issue)

**Thursday, November 18, 2021 –** Phone call 29 minutes – Ryanne called stating that Dan's friend texted Ryanne saying that since Dan does not work and that Ryanne has to make all the decisions on Dan's behalf, can Dan talk.

- In Ryanne and Dan's relationship, Ryanne works and Dan has stayed home to take care of Elias.
- Apparently, the friend is an alcoholic and takes out his rage on Dan. Dan recently stopped talking to the friend.

**Friday, November 19, 2021 –** Spent time with Dan and Elias watching Disney movies and the ABC Special on the Turpins family and left after the special at 11pm EST. Arrived at 4pm EST.

**Saturday, November 20, 2021 –** Spent time with Dan and Elias watching football arrived around 4pm EST.

- I said nothing to Dan about Tuesday's conversation and nothing to Ryanne about whether or not Dan drank that weekend. For the record, Dan drank one (1) non-alcoholic beer that I was aware of that weekend.

**Thursday, November 25, 2021 –** Spent Thanksgiving at Dan and Ryanne's. I brought drinks, charcuterie items and pies. Great day! Lots of good fun, friends and football.

**Sunday, November 28, 2021 – December 3, 2021 –** Housesat for Ryanne and Dan and took care of their dog Belle, while they took their son to Disney.

**Friday, December 24, 2021 (Revised)** – Ryanne's parent arrive from Dothan, Alabama. I received news from Deloitte that I was able to return to the Firm and told Ryanne and Dan that I would be returning to Deloitte.

- Ryanne had a look of absolute disgust after telling her that I was going back to Deloitte. The look on her face was so strong, that I turned to the side and made a joke, saying that I would not become pretentious after going back to Deloitte. (Even though I've already worked for Deloitte for six years.) The joke was not enough to wipe the look of disgust off of her face, she continued to wash dishes and put them in the dishwasher.
- Prior to Ryanne's parents arrival, Ryanne and Dan went on a diatribe about Ryanne's brother and how the brother is not able to have children due to a sperm issue. Apparently, Ryanne's brother has been trying to have kids for years and unfortunately has not been able too.
- Shortly after Ryanne's parents walk into the house, they (Ryanne and Ryanne's parents) start talking about how Ryanne's brother did not come because of Covid-19 testing and that Ryanne's brother wanted to be there is person to let Ryanne know that him and his wife are pregnant.
  - There were no kind words from Ryanne or Dan about the expectant new niece or nephew. No words of congratulations from Ryanne to her brother. Although no words were expressed, you could feel the seething rage from Ryanne.
- Later in the evening, Ryanne, Dan, Elias, Ryanne's parents and myself were at the dining table eating Christmas Eve dinner. There were some talking points between Ryanne and her parents in which Ryanne starts to say, "Charisse is like me, Charisse is like me."
  - The way that Ryanne kept saying "Charisse is like me" was off-putting. I did not understand where the comment was coming from and what the comment meant to her parents. However, I can see the look of consternation from her parents, particularly Ryanne's mom.
  - Still not knowing what Ryanne was referencing, Ryanne's mother and I have had a conversation later in the night and started to talk about being the oldest sibling and having to take care of the little ones. Jax and I headed home shortly after 8:30pm.

**Saturday, December 25, 2021 (Revised)** –Merry Christmas! Spent the day with Ryanne, Dan, Elias and Ryanne's parents. There were lots of presents for Elias, along with interesting comments from Ryanne.

- When I arrived, I had two bags of presents – one for Elias and another one for Dan and Ryanne. When Elias pulled out one of the presents that I had for him, Ryanne noted that the gift wrapping was a concern way because I worked in retail. This comment immediately struck me as odd, because I never told Ryanne that "I worked in retail". I kept the comment to myself and continued watching Elias open his presents.
  - The way that Ryanne said that "I worked in retail" was reminiscent of marking something off of a checklist. She is the type of person that has a checklist for everything, under the cover of being a Type A personality.
  - Further the look on Ryanne's face when I walked in with presents, was of shock. She stated that she was thankful for receiving gifts from me to her and Dan and

3

that I did not have to do that, that the presents for Elias were more than enough. I bought them a Christmas present for the house, because that is what I wanted to do. I stuck to my budget for their present but went over for Elias, because Elias is a kid (only once).

**Thursday, December 30, 2021** – Phone call 14 minutes – Ryanne states that if she and/or Dan get COVID-19 that she will not tell Elias (their son) the truth, because Elias has flashbacks from when Dan had a serious case of COVID-19 in the summer of 2020.

**Friday, December 31, 2021 (Revised)** – Ryanne provided details to the events that led up to her parent's arrival on Christmas Eve.  Apparently, her parents where not going to come to Atlanta because Ryanne did not want her brother to come with them (parents) unless he and his wife took COVID-19 tests.  Per Ryanne, she had a heated exchange with her parents in which she talked about her sister's drug addict, her brother having multiple marriages and having a drinking problem, when her mother and sister got into a fight and ended up in jail and that she has not had any issues and Ryanne ended with "When will I ever be enough for you people."  Ryanne stated that the reason why she is Type A and a perfectionist is because of her parents.

- Ryanne also went on a rant, stating that she "does not have to do this, she can always do something else…" This sounds eerily (exactly) the same language that I used during a conversation with Ingrid.  I do not share this type of thought process or super directness with anyone but Ingrid.   Was there a listening device in the house when I was housesitting?
  - She finished her rant saying that her psychiatrist and psychologist were going to have a lot of work to due next month (Jan 2022) dealing with her parents and family stuff.
- Ryanne also said that she was also conflicted on whether or not she wanted to have children due to her upbringing.  Which is something that I always talk to Ingrid about.
- As we watched the ABC New Year's Eve broadcast, I asked the group (Ryanne, Dan and Cyndi) if they ever watched the CNN broadcast with Anderson Cooper and Andy Cohen?  I joked / explained that one year Andy Cohen and Anderson Cooper got super drunk and that they were hilarious.
  - In an under the breath remark, Ryanne stated that "we watch the traditional New Year's Eve broadcast here."  I heard her remark but said nothing. I thought it was interesting that she could not ask questions about what they said or laugh. It was all about controlling the situation.
  - There were other times throughout the night were Cyndi laughed and joked that Ryanne was so controlling and the look in Dan's eyes spoke volumes.  Dan just mumbled that yet, "she is so controlling."
- Dan's sister Cyndi notes that they did not wear masks at Disney, unless they were attending the nightly fireworks display.  This is direct contrast to Dan telling me that they wore masks.

Between **Saturday, January 1, 2022 – Sunday, January 16, 2022** - Radio silence from Ryanne and Dan. I texted them to see how they are doing and if it was snowing on their side of town.

4

Ryanne responded, "We are good!" and then sent a picture of her, Elias and Belle (caption – "All after a nap."). I immediately noticed that Elias was sticking his tongue out in the picture, which was unusual.

- Ryanne then sent another text, "E and Belle seriously had their hair sticking up in the same way." The text comes across as a backhanded way to pay attention to the child's face.

**Thursday, February 3, 2022** – In preparation for my interview on Friday with Thought Logic, updated my LinkedIn profile to add an end for Deloitte to November 2021. Previously, left the Deloitte experience without an end date, as there is a significant drop in LinkedIn presence without an active employer on detailed on your profile.

**Friday, February 4, 2022** – Phone call; I saw the incoming call and did not put up the phone. I instantly intuitively knew that Ryanne was now aware that I did not return to Deloitte. The missed call occurred at 11:10am EST.

- At 5:37pm, I reached out to Ryanne and stated, "I missed your call earlier...how are you doing?
- **Ryanne's response:** "We are doing ok. Hectic weeks. I was calling to check on you. E's class was quarantined for a few days a week or so ago. Then he's been home sick past 2 days. Seems like he's definitely better today but I'm going to home test him again tomorrow to be safe. How are you? I miss you!"
- **My response:** "Sorry to hear that Elias has been sick. Glad that he is feeling better, but can understand that it makes for stress (stressful – sic) times with him being sick. I'm fine. Miss you all." (**Note** - My response is to mirror Ryanne.)
- **Ryanne's response:** At 8:26pm, "We miss you! We'd love to see you. How is going back to Deloitte been?"

**Friday, February 4, 2022** – At 12pm had an interview / phone screen with Katie Van Ewyk, Thought Logic. Interestingly, Katie did not ask me to introduce myself or ask for a copy of my resume. She talked about the company, not a specific role; more of a what do you want to do next. She asked for my email address to send me a PowerPoint with details about Thought Logic verticals and business development.

- As of **Monday, February 7, 2022** – I have not heard back from Katie. I have been racking my brain on how Ryanne would have picked up on me not being at Deloitte. The only thing that I can think of is Katie. There is no record of Ryanne looking at my LinkedIn profile, and my profile is not public, so you have to look at my profile in order to see that I am not at Deloitte.
    - Katie is a Recruiter / Talent Acquisition Manager and on LinkedIn, recruiters have a different view (level of access) to profiles that individual users have. The recruiters view is more detailed, highlighting target companies, keywords, years of experience, etc.
    - Katie is a graduate of Kennesaw State University. If I remember correctly, Ryanne and Mechel Hoffman had a sorority meeting at Kennesaw State

University in the Fall (August / September 2021). I hung out with Dan and Elias, watching NFL football while Ryanne and Mechel were at the sorority meeting.
- o I googled the phone number that Katie called me from to do the interview / phone screen, it is her personal phone number. Google also listed that she is 37, check and verify.
- o If Ryanne asked Katie to look at my LinkedIn profile and then conduct a fake interview with me, Ryanne has some seriously deep deep issues.
- As of **Tuesday, February 8, 2022** – I have not heard back from Katie. Given the current talent market, opportunities available at Thought Logic and my previous consulting experiences, something is not adding up here.

**WELL, JUST WHEN WE THOUGH THE STORY ENDED HERE...HERE IS AN UPDATE.**

Additional context has been added to Christmas Eve, Christmas Day and New Year's Eve details.

**Wednesday, February 9, 2022** – Spoke with Ingrid and shared that I strongly believe that Ryanne recorded my therapy session during the time when I housesat for Ryanne and Dan when they went to Disney after Thanksgiving.
- I spent the week of Saturday, February 5 and Sunday, February 6, reflecting on my friendship with Ryanne and Dan. Thinking about the last 10+ years and how things seemed to have changed suddenly. And then it dawned on me, like a puzzle falling into place, Ryanne listed to my session with Ingrid. Ryanne recorded my conversation without permission. Not only did she record the conversation, she has listened multiple times to be able to recite the conversation to me and Cyndi.
  - o Going back to Christmas Eve, saying that I work in retail.
  - o Christmas Day, saying that Charisse is like me.
  - o New Year's Eve, saying that she does not have to do this (be an attorney) or does not have to do that. From Ryanne's LinkedIn profile, she proudly proclaims that she is a second generation Media attorney. She has never stated that she does not like her work. In fact, during the Deloitte dinner that I took her to in October 2021, she proudly proclaimed to the table that she loves her work and that she is a "gunloader" (strategist).

**Thursday, February 10, 2022** – Given the circumstances noted above, on the night of February 10th I blocked the following individual from LinkedIn and on my iPhone. The goal is to cease and desist all forms of communication, ability to connect / stalk with the individuals noted below:
- Ryanne Saucier
- Daniel Saucier
- Katie Van Ewyk

**Thursday, February 17, 2022** – At 10:59am I received an email from Dan with the subject "Checking In". To quote the email, "Hi Charisse! Ryanne and I have been trying to contact you for more than a week and haven't received a response. Are you ok? Is there anything you need? We are worried about you. We consider you family and love you very much. Please respond."

- As a general rule, I typically read emails and then wait at least an hour before responding. After receiving this email, I read the email a couple of times and thought Dan sent the email because he wanted to hang out for Super Bowl. At this time, I did not believe that Dan was aware of what Ryanne is up too. I also thought that the email was weird...almost like there is a level of *perceived dependency in the friendship* in the email (i.e., we consider you family).
- At 1:30pm, I received a visit from Officer G.C. Meyer of the Cobb County Police Department to perform a wellness check.
    - I asked Officer Glen C. Meyer to come into my apartment for privacy reasons (neighbors). After Officer Meyer entered my apartment, he briefly noted that he was there to perform a wellness check and said that he intuitively knew that nothing was wrong with me. I asked if Dan and Ryanne asked for the wellness check, in which Officer Meyer did not confirm nor deny, but Officer Meyer did state that he figured that I just did not want to talk to him (assuming Dan) anymore.
    - I told Officer Meyer that Dan and Ryanne may be having marriage problems in which Ryanne told me things about their marriage that I did not want to know. I am their friend, I do not need to know personal things about their marriage. I told Officer Meyer that Dan is in a codependent relationship and I do not want to be involved.
    - Further, I explained to Officer Meyer my process of waiting to respond to emails and that I prepared a response to Dan's email in which I asked Officer Meyer to read. Officer Meyer read the email and said that it was a good response, so I copied the message and sent it to Dan while Officer Meyer watched.
    - I also told Officer Meyer, that I suspect that somethings are happening to me but cannot prove it. I talked about the crime occurring on a spectrum on one end serious violent crime and on the other end, things that are happening to me. Officer Meyer stated that he previously worked in the stalking, domestic violence and special victims unit departments and in his experience most things start **"small"**. I continued and stated that I had to trust my intuition that things were happening and put an immediate distance from Ryanne and Dan.

**WELL, JUST WHEN WE THOUGH THE STORY ENDED HERE...HERE IS ANOTHER UPDATE. (NET NEW SECTION)**

**Sunday, April 20, 2022** – Received multiple emails from Ryanne and Dan Saucier stating Happy Easter, in addition to a voicemail message from Dan Saucier. Per the email thread on Thursday, February 17, 2022, the same day that they Dan and Ryanne called Cobb Country Police Department to perform a wellness check on me, I have not reached out (i.e., call, email, text, sent a voicemail message) to Dan and Ryanne nor do I intend to – they continue to cross boundaries.

- At 9:04am I received an email from Ryanne with the subject "Happy Easter." To quote the email "Happy Easter, Charisse! Hope you have a wonderful day. Lots of love, Ryanne."

- At 7:10pm I received an email from Dan with the subject "Happy Easter." To quote the email "Happy Easter! We love you! Dan"
- ***Additionally, I received a 52 second voicemail message from Dan on Easter Sunday.*** Reflecting on prior experiences, Dan and I did not speak on the phone, primary mode of communication was through group text with Ryanne in the group.  So not sure why he is calling me, I have not listened to the message.
- This is the **HOOVER** (Special Occasion Hoover and Hoover by Proxy).
- ***This is completely distressing to me.***

**Thursday, April 15, 2022** - On my LinkedIn profile, I removed the Open to Work banner, as I have accepted a job offer. I find it ironic / coincidental that Ryanne and Dan would reach out on Easter Sunday after the last email communication on Thursday, February 17, 2022, where I stated, "*no need to continue to reach out.  I will reach out to you all when the time is right*."

- Most people would read through the message and understand, do not reach out, this person does not want to talk with you.  They are both oblivious to boundaries and it is really weird that they cannot acknowledge and accept that I want space.  They called the cops to do a wellness check and I explicitly stated that that crossed a boundary and that I would reach out to them if I am ready to talk.  They just do not get it or do not care that I no longer want to be in contact with them.
- I am not sure what they are up to, but it is weird and is a HUGE RED FLAG. The "we love you" love bombing and constantly asking if I want to spend the night.
    - **Manipulation** – They know that I do not have a lot of family, so they use "We love you" to get me to reengage with them.
    - **Control / Weirdness** – Why would you continuously ask another adult to spend the night at your house?  I just never knew what to say, when this would happen, because it was so weird.  This is not the movie Get Out, part 2 the female version.
    - **Plausible Deniability -** While I cannot prove definitively that Ryanne and/or Dan is cyberstalking me, there are too many coincidences.  Remember, both Ryanne and Dan have juris doctorate degrees and lawyers live and die by plausible deniability – all the shades of grey / prove it mentality.
- But this is what they do, one sends a text message asking to hang out and if I say no, then the other one sends a text message asking if I want to hang out.  I did not really think about it before, until New Year's Eve – I just seemed like their marriage was on the rocks and that when someone else is there, then everyone is on their best behavior.  Now, I do not know what they are up too.

**Tuesday, April 19, 2022** – Put LinkedIn account in Hibernation mode.  Given that Ryanne and Dan have both reached out after I made changes to my LinkedIn profile, I am not sure in Ryanne and/or Dan are continuing to monitoring my LinkedIn profile.  Strong coincidence from making an update to my profile and them reaching out. *LinkedIn Hibernation* – my profile won't be visible to anyone, even your connections while your account is hibernated.

**INTERPRETATION (Revised)**

I have spent a good amount of time reflecting on my friendship with Ryanne and Dan. I have to say that Ryanne recording me during the times that I housesat for her and Dan and particularly listening to my (therapy) sessions without permission, that is astounding boundary crossing behavior. Further if she had someone reached out to me on LinkedIn to conduct a fake interview, again that is astounding boundary crossing behavior. If this holds true, this is not the first time that Ryanne has done this before (you don't start this type of behavior at 42 years of age).

Further, having an officer perform a wellness check because I have not returned texts or calls, again profound boundary crossing behavior. In general, I can go for weeks, months and in some cases, years not speaking with a friend and then pick up the relationship from where we left off. Ryanne's yoga studio parking lot is literally across the street from my building (I can see the lot from my window). Dan has come here to help with the movers and help me setting up my dresser (it super heavy). This wreaks of manipulation on Ryanne's part, she knows that I know what she is up too and is afraid. And Dan maybe oblivious or may not be. I do believe that Dan would have a hard time facing the truth of the situation he is in, a psychologically abusive marriage.

In regards to the sudden call from Ryanne and the potential fake interview, I have no concrete evidence that Ryanne knew about me not returning to Deloitte or that Katie Van Ewyk is her friend. However, I do have my gut and my gut reaction to both of this situation was very strong. Every other time that my intuition was that strong, I was never wrong. And that is a fact.

Going back to the details for **Saturday, November 13, 2021 – Sunday, November 14, 2021 –** Ryanne stated that she was going out to town for a girls weekend celebrating a friend's upcoming cancer reconstruction surgery.

- The friend with the upcoming cancer reconstruction surgery is named Jenny. Jenny is one of Ryanne's best friends and works within the Marketing function of Coca-Cola in here in Atlanta. Jenny has lived in Atlanta for a long time, prior to Ryanne and Dan moving to Atlanta six years ago. Why bring Jenny up? Well, in reviewing Thought Logic Consulting's website, Our Expertise > Supply Chain, there are two case studies noted Change Management: Beverage and Automotive. The case study for <u>Change Management: Beverage</u> is Coca-Cola.
    - o I do not recall Jenny's last name, however, there is a <u>Jenny Hale, Manager, Connected Commerce</u> for Coca-Cola that may align with Ryanne.
- For a bit of a background, boutique (small) consulting firms typically work on a localized basis (within the metro area). Based off of the email thread and discussion with Katie, Katie confirmed that Thought Logic does their work locally. Coca-Cola is a key account in which any consulting firm (e.g., MBB, Big Four and boutique firms) would use as a 'qualification' to obtain new clients. Why? Coca-Cola is one of the strongest brands globally, you can say Coca-Cola in any country in the world and people know exactly

9

what you mean. This same mindset / premise (brand awareness / affinity) is used to obtain new clients and new employees.
- o Check out Uday Joshi, Thought Logic, LinkedIn profile and you will see Coca-Cola explicitly called out.

If I think back to the last couple of months, Ryanne talked about the following:
- Her dad gaslighting her about her weight when she was young and saying that people in the family were big boned (even though her brother is average weight)
- Her parents questioning her about losing weight, asking if she had an eating disorder
- Parentification, having to raise her brother and sacrificing for her sister
- Having trauma from her childhood
- Her mother not raising her and instead being raised by soap operas
- Having birthday parties that did not focus on her but instead focused on what her mother liked, such as the Gone With the Wind movie; or focused on what her father liked, The Egg Bowl (college football game)
- Her sister getting all of the attention, such as her parents building a pool for the sister
- Receiving bad gifts for her birthday, Christmas and special occasions
- That it was a great time to join Fox News after all the sexual harassment stuff
- That Fox likes their people to be fit or keep up their appearances, including non-TV staff
- She has called me asking me thoughts on her and Dan's situation, she works and Dan does not work
  - o **My Response:** Whatever works for your family is all that matters
- She has called talking about what Dan's friends say about him not working and Ryanne being the breadwinner, with Ryanne adding I don't know what is wrong with Dan that he would like people talk to him like that
  - o **In September 2021** – Dan mentioned that his friends were making fun of him because he does not work and care Elias and that Ryanne is the breadwinner. Dan stated that he was okay with taking the verbal abuse from his friends because one was an alcoholic and may not be the greatest father himself. I asked Dan if his friends knew of the life principle that you never make a nice person angry, that even nice people had their limits. Why not just walk away from the friendship instead of taking the verbal abuse? Dan stated that the words that did not mean anything to him and he was able to brush it off.
  - o **Friday, October 1, 2021** – Sent Dan a text about the Joel Osteen podcast The Generational Blessing, as a way to build his spirits due to his friends making fun of him not working and Ryanne wearing the pants in the family. Asked Dan to listen from the 20 minute mark onward. However, he said that he did not listen to the podcast
  - o I do not believe that Dan's friends actually sent the text messages, I think that Ryanne just needed attention and an opportunity to show some strength

Ryanne is new to therapy and in late 2020 / spring 2021, Ryanne partnered with Wendy West LPC to complete Eye Movement Desensitization and Reprocess (EMDR) therapy. Is it possible that undergoing EMDR therapy brought forth an underlying personality disorder? Did EMDR

bring forth repressed memories that when hidden allowed Ryanne to function in a normal manner? Did Ryanne's psychiatrist and psychologist (she has both) mistake a lack of symptoms for health?   Or is this behavior consistent with who Ryanne truly is?

I think of the stories that she would tell of her old co-worker **Andrew "Andy" Kersting**, General Counsel Cumulus Media. Did Ryanne bug his office? Ryanne was never happy that Andy worked there and was quite happy when he got fired.  Ryanne always told the story of going to church on Ash Wednesday and seeing Andy and being afraid and then leaving church.  I guess even the devil goes to church to repent their sins on Ash Wednesday.

- Reflecting on the some of Ryanne's talking points of Andy over the years, she was quite judgmental of him being a single man, that focused heavily on work and he had no family.  That always stuck with me, as I am no different that Andy, single woman, focused heavily on work and does not have a lot of family.

To be honest with you, I had no idea that Ryanne had this in her.  Ryanne and I were friends because Dan and I worked together in Mississippi.  I was Dan's boss for almost two (2) years. During this time, I got to know Dan and Ryanne.  I could always tell how much Dan loved Ryanne, and I thought that was such a valuable trait (reverence for your spouse). **Unfortunately, something is profoundly off.**  If Ryanne recorded my session, God knows how many of Dan's sessions she has recorded.  Dan and Ryanne share the same psychologist, Dan's psychologist for the past twenty years (John / Jon from Jackson, MS).

- After reviewing a text message from Ryanne on Wednesday, December 1, 2021 – "Are you up? **Wanted to hear your voice.** But just realized it is late" provides a bit of clarity. Ryanne and I did not talk on the phone a lot, primary mode of communication was via text and/or in person.  Perhaps subtle projection of what Ryanne was up to – recording me without permission while I watched her home.

As noted in passing comments by Dan and Dan's sister Cyndi, Ryanne is very controlling.  Funny that Cyndi can see this clearly, as Cyndi lives in Alabama.  Ryanne mentioned some time in November 2021, "what if the therapist says that I'm not good for Dan." Perhaps that conversation has already occurred.

## UPDATES APRIL 20, 2022 (NET NEW SECTION)
Between **January 2022 – February 2022**, there were three (3) instances in which there was a white guy that I believe was following me as I walked Jax between 7am – 8am.  The first time I saw this guy was in January 2022, he initiated a conversation as we were in a tight area (crossing paths) while walking dogs (Jax is a Maltipoo and his dog was a German Shepard).  The second time, I crossed paths with the guy again, however, this time I felt his aggression but smiled and maintained my cool.   The third time was on Friday, **February 4, 2022**, I noticed that he parked by Starbucks and walked in the opposite direction of me to cross paths.  This time we crossed paths but not on the same side of the street.  When we crossed paths, he purposely made his presence known but saying "Hello, hello, hello".  I did not verbally respond to the guy, instead I stared at him intensely, until he repositioned his dog from a training stance and continued to walk. Once he continued walking, 100 ft he looked back and saw me continuing to

stare at him. Once he rounded the corner from the Alexander dentist office, I quickly walked home. Something was a completely off here, I felt scared.
- Description of the white guy noted above (same guy all three times)
  - White male – mid / late 40s
  - Balding with hair on the sides of his head
  - Hair brown with red undertones
  - Eyes hazel / green mix
  - Height 5'10
  - Average build
  - Wears a Navy Blue jacket similar to the Marmot Echo Featherless jacket; no hoodie (size possibly M / L); wears regular blue jeans, think Levi's; with sneakers
  - Car maybe a Hunter Green Toyota 4 Runner, older version not the latest model

I have not seen this guy again (face-to-face) since, Friday, February 4, 2022. On March 17, 2022, I was a person that may have been this guy, but I was too far away to definitively confirm.

Going back to the details for **Thursday, February 17, 2022** - Going back to calling the police to perform a wellness check was all a matter of manipulation and control. In November 2021, I shared with Ryanne and Dan an experience in which I quickly discovered that another person's behavior was deceptive, manipulative and toxic. As quickly as I uncovered the person's behavior, was as quickly as I left that situation. I have been consistent with telling Dan that he should walk away from the verbal abuse that he was receiving from his friends, even though Dan stated that "he could handle their behavior and that they have always been this way." So, while there may have been some genuine concern on Dan's part in calling the police; from Ryanne's perspective, it may have been a matter of whether or not I realized what was going on and if I would tell Dan. Since control absolutely paramount for Ryanne, my silence may have caused her to spin (mentally / emotionally) on which is going to happen next.

Couple Dan's perspective with Ryanne's, two unknown differing standpoints, this time lead to one conclusion – call the Cobb County Police Department to perform a wellness check. The impact on me, is that this has been registered in the police system – **leading to unknown reputational impacts, particularly for a woman of color**.

**My thoughts...**
Ryanne paid someone to impersonate Mickey Mouse when they took Elias to Disney World after Thanksgiving 2021. She paid the actor, who actually acts as Mickey in the Disney park $400 for a five minute call with Elias. I have the video of when the guy called Elias on Sunday, November 28, 2021. Using this as a baseline, it would not be hard to infer that Ryanne hired Katie Van Ewyk, Thought Logic to conduct a fake interview with me.

I still do not understand why Ryanne would always ask me to sleep over? If you do not like someone, why befriend them, why ask them to spend the night? We are not children, we are grown adults in our 40s. What type of example do you think that that sets for your five year old son? It even got to the point that Elias would ask, "Is Reesie going to spend the night?" That

was okay, when I would come up from Orlando to visit for Thanksgiving, but why would I spend the night there when I live ten minutes down the road? I like my own place, my own bed, and no matter the break ins in the complex, I do feel safe here.

It's like she had some mind control / brainwashing craziness planned. Like Get Out the movie. I don't know. It's weird. Particularly weird for a married couple. And when Dan asked if I was spending the night on New Year's Eve, it was absolutely and profoundly weird. It's inappropriate. Why ask?

In the words of Ryanne from October 2021, see screenshot below. While this has been my previous experience, this is also a form of projection; possible preview of upcoming plans from Ryanne.

As much as we try to understand the madness of betrayal, especially betrayal in this phase of life and length of friendship, sometimes we just have to accept what has happened and let things go.

*I'm loyal as they come, as long as my loyalty to you doesn't disrupt my loyalty to me.*

This is God's battle.



**POINTS OF CONTACT**

Ryanne Duffie Saucier
- Senior Counsel / Intellectual Property Attorney – Fox Network
- Former Employment, Contract and Intellectual Property Attorney – Cumulus Media
- Degree: Juris Doctorate
- 601-317-5858

Daniel (Dan) Saucier
- Realtor – Keller Knapp Realty
- Degree: Juris Doctorate and Bachelors in Psychology
- 601-624-0283

Katie Van Ewyk,
- Talent Acquisition Manager – Thought Logic
- 404-421-5628

Wendy West, LPC
- Licensed Professional Counselor (EMDR) for Ryanne
- https://wendywestlpc.com
- 404-218-8141

Officer Glen C. Meyer
- Cobb County Police Department, Precinct #3
- Formerly of the Special Victims Unit (SVU), Domestic Violence and Stalking units
- Precinct Number 770-499-4183

14

*Moore v. Vanderbilt University*

*March 2022 - Snapchat & Stripe  #8 and #4 Interview*

## INTERVIEW PREPARATION QUESTIONS

When you hear "tell us about a time when" or any similar request for a real-life example of how you've handled an issue in the past, it's time to implement the **SAIL method**. The SAIL method gives you a way to provide a fitting example in a straightforward, compelling manner. SAIL stands for:

- **Situation:** What is the background? What problem needed to be solved?
- **Action:** What was your role? What actions did you take?
- **Impact:** What were the results? What impact did it have?
- **Learning:** What did you take away from the experience?

## GENERAL QUESTIONS

**1.  Tell me about yourself.**

I am a HR transformation consultant with seven years of experience across Payroll and HR strategy, technology service delivery and communications for Fortune 500 clients.  Over the course of my career, I've been driven by the opportunity to take on new challenges. I built my HR foundation at Deloitte partnering with clients to design and deploy HR and Payroll initiatives focused on people, process and technology.  I have collaborated with clients to craft a Current State Assessment of their Payroll and HR organization, laying the foundation to support follow-on initiatives such as technology vendor selection, technology implementations and process optimization.  I spent the first four years of my consulting career focused on Payroll and HR strategy and operations.  Most recently, I spent time focused on Workday US Payroll implementations to further develop my strategic and tactical skillset.   That all brings me to today and why I am here.

I'm really excited about the Payroll Operations Program Manager role at Stripe and the opportunity to be a part of the next phase of growth for an innovative and fast-growing company.  I admire Stripe's mission to increase the GDP of the internet and am truly excited about what the future holds for the organization.  After speaking with Alessandro, I think that the Payroll Operations Program Manager role is a great opportunity to support the expansion and growth of global payroll at Stripe.

I'm really excited about the Payroll Transformation Manager role and the opportunity to be part of the next phase of growth for Snap, an innovative and fast-growing company.  I've long admired Snap and am truly excited about what the future holds for the organization.  After speaking with Jay about the position, I think that the Payroll Transformation Manager role would be great fit to leverage my consulting experiences to support the multi-year global payroll implementation journey at Snap.

**2.  Walk me through some of your experiences from consulting.**

During my time in consulting, I have worked with clients on a broad range of engagements, to include:

- **Current State Assessments** – Review current state Payroll and HR policies, processes, and technologies, while conducting stakeholder interviews to identify what is going well, what are the pain points, where are the process improvement opportunities and what are the stakeholders expectations of HR and Payroll in the short-term and long-term
- **Technology Vendor Selection** – Partnering clients to develop functional, technical and security requirements and build use cases / scenarios in the development of a technology RFP.  As the

Moore v. Vanderbilt University
Moore - Interviews 2022 Preparation key questions
in pink

As I look forward to the next chapter in my career, I am looking to work with organization as part of their transformational efforts. The ability to leverage my payroll consulting experiences to help with the expansion and growth of Stripe is exciting opportunity. And I would love to be a part of the that growth.

### 4. Why Snap? Why are you interested in this job?

I am interested in Snap and the Payroll Transformation Manager role for three reasons – Snap products, culture and the role itself. When I think of Snap, I think of the quote, "If you want to go fast, go alone. If you want to go far go together." Over the years, I have watched Snap Inc. continue to innovative and grow the platform with partnerships that have been cultivated with advertising agencies (e.g., WPP), luxury fashion brands (e.g., Dior, Prada), sports leagues (e.g., MLB, Premier League) and travel brands (e.g., Marriott) amongst others. For example, when I look at the partnership with Gucci and the sneaker try-on lenses, this is functionality that is innovative, engaging and is a great business opportunity for both companies. And I love Bitmoji!

As an outsider looking in, the theme of partnership is echoed through Snap's values – kind, smart, creative. If you think about the values as a braid, three values coupled together lay the foundation for a strong community of individuals that can go far together. However, if one piece of the braid (or values) is missing, the community is weakened, is less effective. In my experience, working with kind teammates provides the ability to stretch, grow, and tackle complex activities. There are no limits to have far you can go.

As I look forward to the next chapter in my career, I am looking to work with organization as part of their transformational efforts. The ability to leverage my payroll consulting experiences to help with the expansion and growth of Snap is exciting. And I would love to be a part of the that growth.

## STRATEGIC MINDSET / PLANS AND ALIGNS

### 5. What are your biggest accomplishments related to this job? Please be specific, describing your role in achieving the accomplishment and key outcomes, quantified when possible. Or Tell me about the best innovative project that you have worked on.

**Situation:** We were engaged by a Technology client who was undergoing a M&A Divestiture to stand up a Global Payroll organization, with a priority focus on managing the Payroll technology implementation across 30+ countries within six months.

**Action:** My role was to serve as the ADP Streamline PMO Lead for +30 countries and support the ADP Workforce Now implementation for the US and Canada. I partnered with the ADP Streamline Implementation Project Manager to align project plans, key milestones, and in country provider (ICP) requirements. My approach was to:
- Partner with HR, Benefits, Legal and Finance to setup legal entity, social insurance, and payroll registrations and benefit vouchers
- Maintain the daily Global Payroll RAID log, identifying project risks and issues potentially impacting TSA exit timing, technology implementations, and change management activities
- Led and managed the Global Payroll process design documentation, reflecting current state 'as is' processes (RemainCo) and future state end-to-end payroll process activities (NewCo)

- Provide an overview of the organization's maturity level (current and future) based on five dimensions
  - o Developing – Little or no maturity
  - o Basic – Out-dated or inadequate with no evidence of ongoing corrective action
  - o Progressive – Most of the "table stake" practices are in place and there is a strategy to incorporate some leading practices
  - o Advanced – Incorporates some leading practice with a clear strategy to continuously improve
  - o Market Leading – Almost all known leading practices are implemented or in process of being implemented
- Leveraging the Maturity Model leading practices, we are able to craft recommended initiatives to move the client from their existing placement on the maturity model to the desired / future state maturity level
  - o Example
    - Current State – TA is cumbersome from both a candidate and HR manager perspective (high abandon rate)
    - Lead Practice – xxx
    - Recommendation – Streamline TA in a way that is engaging, mobile-friendly and focused on the candidate experience
- Creating a Roadmap highlight the recommended initiatives, prioritized based on the
  - o Recommendation Prioritization
    - Level of Effort – Project Duration, Degree of Change
    - Compliance Priority – Organizational Benefit, Payroll Efficiency / Effectiveness Improvement

**Learning:** The takeaway is that each current state assessment provides a window in the organization, organization practices and the way in which Payroll and the cross-functional workstreams work together. Data quality, data integrity, integrations and exception management are topics that seem to emerge consistently across organizations and industries.

7. **Tell me about a project you initiated. What did you do? Why? What was the outcome? Were you happy with the results?**

**Situation:** The client was a spin-off subsidiary of a business process outsourcing (BPO) provider. At the time of the spin-off, the client chose to retain the existing Payroll and Time & Attendance systems, providers, policies and process – 32 payroll and 25 time & attendance systems globally. We were engaged to enable Global Payroll Transformation, by analyzing the current state organization, designing the future state organization, selecting the global payroll technology vendor and initiating the project.

**Action:** My role was to lead the current state assessment documenting HR, Payroll, and Time & Attendance policies, systems, integrations, and data governance processes against business requirements. We identified key stakeholders of the initiative, that would either need to approve of the project, would be directly impacted, who would have significantly influence and could serve as Change Champions. We held Regional Payroll Service Delivery workshops to review the current state and align stakeholders to the future state vision. Crafted recommendations, roadmap and supported the business case for Payroll, Time and Case Management implementations. As well as supporting the Implementation planning, budget, governance enablement and kickoff activities

The ability to influence people and/or teams is not something this is given with a job title, nor is it something that is created overnight.  Influence is built on the ability to create relationships with others through authenticity, active listening, being consistent, and creating trust.

- **Authenticity** —One of the first steps in building relationships includes sitting down and talking with someone one-on-one (or in a small group setting), and sharing stories.  Within small setting, there is an opportunity to get to know someone and find shared likes / dislikes (commonality).
- **Active listening** – Listen to people's point of view / opinion, and encourage people to speak up, especially those who often don't voice their opinions.  Take the time to respect and acknowledge everybody's opinion, and let people know that I value them.
- **Being consistent** – As humans we are hardwired to look for safety, which can often be found in consistency.  In the workplace this can look like, I know that I can depend on Samantha because even if she is not familiar with the subject matter, she will do the research, put together the materials and set up time to walk through the knowns and the unknown knowns – i.e., this is not in my wheelhouse but we could be onto something, what do you think? Essentially, it is consistency in our actions and our words which can lead to trust.
- **Trust** – How do teammates know that they are safe with you?  Do they believe that they can take a risk with you? Trust is built over time, through building relationships, being authentic, being flexible to differing opinions / approaches and being consistent.

10.  **How do you move forward with a project where multiple people have opposing views?**

UPDATE WITH ANSWERS

**Situation:**  We engaged by a Consumer Products client on a large-scale HR transformation engagement to include the implementation of Workday HCM, US Payroll and ServiceNow.  The HR transformation journey will occur in conjunction with a global Finance transformation journey.

**Action:** My role on the project was to lead the Workday US Payroll workstream and facilitate the Local Design US Payroll workshops.

**Learning:**  Key takeaway here is that conflict is not always a bad thing and can actually strengthen relationships.

**Address the conflicting views**
**Listen to the differing points of view** Don't close communication channels because you don't like what you hear. Try to see where difficult stakeholders are coming from and put yourself in their shoes to better understand their motivation and goals.
Make an effort to understand their point of view. If what they're saying is frustrating, ask yourself: Do their needs align with your project's objectives? Do they simply want things done a different way? Try to find common ground.
Meet them one on one
Determine their motivation – is there pressing business needs, do they understand the scope of work, change resistance
**Keep the team moving forward** Listen to your stakeholders and strive to meet their needs — difficult or not. Ensuring they're feeling heard, valued, and appreciated grows trust and support. Building relationships and understanding motivation takes time and effort but will make your job easier in the long run.

Moore v. Vanderbilt University

calculated risks. Yet, she also is a Pioneer – who is spontaneous and loves to brainstorm on the fly, while I'm a Guardian – reserved, I like to think things through and am detail-oriented.

**Impact:** With this understanding, we used our Business Chemistry results to our advantage, by dividing work based on our personality types. For example, during client workshops she would facilitate leading the client teams through discussion points, while I partnered with clients capturing missing talking points / stakeholders who were quieter and handle their cards close to their chest. Our working relationship worked quite well and clients noticed and were complementary of our style as well.

**Learning:** Key takeaway with Business Chemistry, it is one of the fastest ways, that I have seen silos breakdown and for people to start to get to know each other. It helps with knowing the best way to communicate with someone as well. Once you know someone's Business Chemistry, you know whether they like communication short and sweet or if they need all of the details.

13. **Describe a time when you had to interact with a difficult client. What was the situation, and how did you handle it?**

**Situation:** We were engaged by a Technology client, as part of a M&A spinoff to standup a Global Payroll organization. The scope of the project included management of Payroll Technology implementations and to support the Operational Readiness and Change Management activities across 30+ countries within six months.

**Action:** My role was to manage the Technology implementation and support operational readiness / standup activities across 30+ countries within six months. The scope and scale of the project was complex and the timeline was aggressive. Difficulties on this project laid on the relationship between the Finance Director and Payroll Director, particularly with their level of communication and trust.

**Impact:** The Payroll Director was new to this role, level of responsibility and the speed of M&A activities. The Finance Director was a seasoned executive who was happy to give the Payroll Director a chance, but was unnerved when the Payroll Director did not meet the Finance Director's expectations. I partnered with the Payroll Director to try to upskill their capabilities on project management, risk identification, vendor management and cross-functional relationships. As well as partnering with the Payroll Director that when an issue arises, to present the Finance Director with the issue, root cause and viable remediation options to review prior to moving forward. Given the aggressive timeline and activities, I stood as a proxy for the Payroll Director to support the implementations, cross-functional relationships and mitigate issues as they arose.

**Learning:** Key takeaway here is that there were continued challenges over the course of project, as tensions amongst the Finance Director and Payroll Director persisted through the entirety of the project. Unfortunately, enterprise leaders were aware of the tensions and it may have been better to transition the Payroll Director off of the project once they realized the Payroll Director could not handle this level of work. Versus keeping the Payroll Director on the project from end-to-end and maintain a high level of frustration.

14. **Tell me about your best collaboration experience.**

**Situation:** We were engaged by a Technology client, as part of a M&A spinoff to standup a Global Payroll organization. The scope of the project included management of Payroll Technology implementations

*Moore v. Vanderbilt University*

- o   Utilize the daily stand up meeting to lead with focus on the vision, key objectives, milestones and activities to move us to the defined 'North Star'. Use this time to ensure that priorities are clear, blockers are addressed and questions are answered.
  - **Empowerment** – People want to feel as though they have some level of control over the project's success – and that they have an impact. Knowing they are empowered to make decisions within specific guidelines enables motivation and engagement.
  - **Appreciation** - A simple thank you can go a long way! It is amazing how much of an impact being appreciated has on a project team member's level of engagement.
  - **Bake in Psychological Safety** – Create the space for team members to feel heard, valued and respected. The team members are encouraged to take risks as there is a broader team there to support them.

## 17. What to do if a team member is not participating?

From a high-level, I see this as an issue that has the potential to impact the overall team and project deliverables. It is always important to understand the root of the issue, before jumping to conclusions.

**Situation:** While working on a long term Payroll engagement, there was a team member who was noticeably distracted -- there was a lack of detail within their deliverables, they missed internal meetings. They were just off their usual game.

**Action:** I approached the team member on a one-on-one basis and asked them how they were doing. Initially, there were quiet and apologized for missing meetings and for the deliverables not being up to par. I asked if there was anything that I could help them or if they needed to take the afternoon off to relax. The project was intense, so I could total understand needing a break. They stated that they appreciated the opportunity to take the afternoon off. And continued with stating that their mother had recently received a cancer diagnosis. To put it simply, they were stunned.

**Impact:** We had a long conversation about life and what to expect next. We focused on controlling the controllables -- workload, being present for their mother and self-care. We reviewed the Firm's benefits materials and developed an action plan for a reduced work schedule, self-care and staying connected. The team member took a leave of absence to be with their mother. Eight months later the team member returned to a full-time work schedule.

**Learning:** Key takeaway here is that you never know what people are going through. Kindness goes a long way.

## 18. How you describe a good work relationship.

A good work relationship requires open communication, respect, trust and personal integrity.
  - **Open communication**: all good relationships depend on open and honest communication. Whether you're sending emails or IMs, or meeting on video calls, using direct communication helps you connect better with others.
  - **Respect**: teams working together with mutual respect value one another's input, and find solutions based on collective insight, wisdom, and creativity.
  - **Trust**: when you **trust** your team members, you can be open and honest in your words and actions. And you don't have to waste time or energy "watching your back."

Moore v. Vanderbilt University

process documentation and contacted the Business Transformation Senior Manager to discuss what was noted in the valuation report.

**Impact:** After a series of escalation calls, we discussed in detail the HR Technology architecture of the client, as well as the multiple components included in the HR technology landscape. I partnered with the business team to update the HR and Payroll technology inputs as a whole and the valuation report was amended.

Over the next 36 hours, we continued to partner together to review the valuation report virtually prior to the report being sent to the client and/or potential buyers (equity firms).

**Learning:** Key takeaway here is that this was my first M&A engagement at a new firm, the ways of working from one firm to another was similar with noted differences. In working with this Business Transformation team, the Senior Manager noted they had not worked with HR before and did not have insights in HR technology. Hence the default to ADP Payroll. We talked through the fact that the Finance technology systems used throughout the company was Oracle EBS; so, their initial understanding was that there was only one HR and Payroll system to support the organization. They were shocked to understand the number of different systems used to support the HR and Payroll functions. Good lessons learned on information silos.

21. **Tell me about a time when you were asked to do something you had never done before. How did you react? What did you learn?**

**Situation:** My first four (4) years in consulting were focused on HR and Payroll strategy and operations, however, I wanted to learn the configuration of a leading HR technology platform to become a stronger HR / Payroll strategist and engage with clients on a deeper level. So, I began a journey to learn and implement Workday US Payroll which is quite technical in nature, deeply contrasting with previous strategy projects.

**Action:** I attended Workday HCM and Workday Payroll training and became certified in both functional areas. Shortly thereafter, I was staffed on my first Workday Payroll implementation, in a Payroll Lead role. Over the next eight months, I configured and implemented US Payroll earnings, deductions, ledgers, account posting rules, payslip configuration, dashboards, etc. And also reconfigured Workday Expense items, expense item groups and account posting rules for US population

**Impact:** My first Workday US Payroll client successfully went live! The client was happy with the overall implementation, appreciated the knowledge and skillset that I brought to the project from a strategy, configuration, and project management perspective.

**Learning:** Key takeaway here is that through this project, I was able to immerse myself into the Workday Payroll and Expense modules, as well as Time, Absence and Benefits. It was a tough, but great learning opportunity and solidified my career goals of managing projects from strategy, execution and operations.

22. **Tell me about a situation where you had to solve a difficult problem. What did you do? What was the outcome?**

*Moore v. Vanderbilt University*

Moore's law states that technology doubles every two years. Recently, it seems like technology doubles within 12-16 months. There is a quote that while it may not be proper English, it states the reality of the world that we live in today – "Always be learning."

I prioritize being open, learning about areas of interests and new areas to stretch myself. Most recently, this has shown up in career by working on both strategy and technology configuration projects. In my earlier career, this showed up by work in Energy / Renewable Energy and Hydro Fracturing projects.

Today, I challenge myself by working in fields that demand continuous self-improvement and growth. Payroll is heavily based on global labor laws that are every evolving, in conjunction with country-specific data privacy laws. Technology that is the engine to run payroll is constantly evolve as well. Users of Workday will attest to the biannual releases of new functionality across the platform. In addition to the use of Machine Learning embedded in the product.

I have a goal of setting aside four (4) hours of learning during the work week, in addition to four (4) hours of learning over the weekend. I bake in time to learning materials that are directly related to work or my career, in addition to new areas (taking an Artificial Learning class on LinkedIn).

**25. Tell me about a time that you failed.**

*To me, failure is about not meeting expectations – others' as well as my own.*

**Situation:** We were engaged by a Manufacturing client to perform an assessment of their HR operations, specifically within the Supply Chain organization. Our work included an end-to-end HR process assessment and an HR Work Activity Analysis to understand how time is spent to support the HR organization and which processes require the most inputs from various stakeholders.

**Action:** My role on the project was to lead the HR Work Activity Analysis. The project team consisted of five (5) team members including myself; three team members located in the US and two team members located in India. Each of the team members were new hires to Deloitte and new to consulting. And none of the team members went to Consulting training prior to joining the project.

**Impact:** For this engagement, I did my best to conduct on the job training with the new consultants, and led the majority of the work on the project. Unfortunately, one of the new consultants struggled to complete tasks that were assigned to them. Over the course of two weeks, I partnered one-on-one with the consultant. At first, I partnered with the consultant to see if I was explaining the task incorrectly and checked for their overall level of understanding. I then assigned the consultant tasks that aligned with their previous job experience. The consultant was not able to get up to speed.

Given the constraints of working with other new team members and client deliverables, I spoke to the Senior Manager about the new consultant's challenges. I suggested that the new consultant attend Consultant training instead of working the project. The goal for the consultant to be able to set up for success in the long run. The Senior Manager was aware of the challenges and agreed, transitioning the consultant to training versus the project.

**Learning:** Key takeaway here is that right thing to do, can often be the hardest thing to do. I did not want to crush someone's spirit. As a coach, I felt like a failure because this time I was not able to work with this consultant enough to get them up and running. I prioritized working with the other new

*Moore v. Vanderbilt University*

For small HR strategy projects, we use Excel to create project plans, RAID logs, RACI charts (when needed).
Amongst Deloitte teams, we utilize Teams, One Note and internal tools to manage client project.

We use Teams as a project repository.
- For each project there is a naming convention for deliverables
  - Work In progress deliverables: Client X_Current State Assessment_2022.04.01
  - Finalized deliverables: Client X_Current State Assessment_vF
- Deliverable creation follows the path of creating and storing draft deliverables on Deloitte Teams
- Finalize deliverables are stored on Deloitte Teams, in addition to storing the deliverable on the client's Teams / SharePoint / Box site

I hold daily stand up meetings scheduled for 30 mins Monday – Friday. Typically, stand up meetings are 15 mins; however, I add extra time to give the team time to communicate with each other given conflicting time zones. We look to give back time where we can.
- What did I work on yesterday?
- What am I working on today?
- What are my blockers?

I keep detailed notes from each Daily Stand Up meeting, which is also stored on Teams.

Managing the project budget is typically performed at the Senior Manager level.  However, I do have experience creating Business Case deliverables which include the current state OPEX and future state CAPEX and OPEX expenditures.

## 28. How do you prioritize tasks?

I manage projects and my workload by reviewing the Project Plan on a daily basis to understand what are the critical project milestones, review where we are in the project, what are the tasks and activities that need to be performed to move us from point A to point B.  Are there dependencies that needed to be reviewed, are others dependent on us for information.  Look to identify and address potential risks and stakeholder concerns, as a project priority.

Then I look for quick wins in the morning, so any task or activities that can be accomplished in the morning I work on that first.  Tasks or activities that include a team member from a different time zone (e.g., EMEA, India) are also pushed to the morning.

For larger tasks or activities, I block off time on my calendar and swallow the frog, so they say.  I am heads down working on tasks and activities to completion.  During this time, I am still available; however, you may notice that my Outlook availability is set to busy, vs. available.

## 29. Tell me about the invisible work that you work on.

Invisible work defined by socialist Arlene Kaplan Daniels, describes women's unpaid labor that while integral to the functioning of work, is not regard as work and is culturally and economically devalued.

# May 2022

| | Day | Week | Month | Year | | |

Q Buffalo

+ ◀

Calendar
Home
Work

Birthdays
US Holidays
Siri Suggestions

< Today >

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| May 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Eid al-Fitr | Eid al-Fitr (obser... | Eid al-Fitr | Cinco de Mayo | | • Dar Saadehi... 9 AM | • Jonathan Carpe... |
| | | Charisse S. Moo... | | | | • Personal Fina... 9 AM |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Mother's Day | • Stage - First... 9 AM | • Photos - Eliev... 9 AM | • Ingrid Jones | | • Pay Day | • Personal Fina... 9 AM |
| | | | | | 9 AM | • Cobb County... 9 AM |
| | | | | | | • Travel ed to C... |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| • Atlanta > Cha... 9 AM | • Atlanta > Cha... 9 AM | • Aunt Erica Carce... | | | Cancelled Tri... | • Personal Fina... 9 AM |
| | | | | | Atlanta > Cha... | |
| | | | | | Dr. Leandro Men... | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Atlanta > Cha... | • Atlanta > Cha... 9 AM | | | | • Pay Day 9 AM | • Personal Fina... 9 AM |
| Cancel... 9 AM | | | | | | |
| • Back in Smy... 5 PM | | | | | | |
| • Uvalde Sch... 9 AM | | | | | | |
| 29 | 30 | 31 | | | | |
| | Memorial Day | | | | • Personal Fina... 9 AM | |
| | • Pay Rent Onli... 12 PM | | | | | |

SATURDAY, MAY 14, 2022

FRIDAY, FEBRUARY 10, 2023

FRIDAY, JUNE 23, 2023

TODAY

May 2024
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

Q Buffalo

Day    Week    Month    Year

# May 22, 2022
Sunday

+  ▲

May 2024

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

Calendar
Home
Work
Birthdays
US Holidays
Siri Suggestions

< | Today | >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |

SATURDAY, MAY 14, 2022

FRIDAY, FEBRUARY 10, 2023

FRIDAY, JUNE 23, 2023

TODAY

Cancelled Trip to Brenda Cecelia 🖈
Duenas-Hill's home
200 Weaver Street Larchmont, New
York

Atlanta > Charlotte

Atlanta > Charlotte

Friday, May 20 9 AM to
Sunday, May 22 10 AM

■ Work ⌄

Went to Charlotte, North Carolina due to stalking by
Ryanne Duffie Saucier, Dan Saucier and Laura Norton
(as noted in last session with Ingrid Jones, Licensed
Mental Health Counselor)

Uvalde School Shooting Uvalde, TX United States

# Potential Trigger for 2021 Oxford Mass Shooting

November 30, 2021

I am the victim of a multi-year ~~investigation (financial)~~ scheme, my name is ~~Charisse Saucier Moore~~ with timelines from 2021 – Present, possibly earlier than the provided timeline.

**Charisse S. Moore** - ~~www.linkedin.com/in/chari_scomoore~~
  — Charisse S. Moore is a UNITED STATES OF AMERICA CITIZEN

**Scenic Productions**
  — Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Sharon Duffie

**Vanderbilt University**
  — Tara Duffie

**Nova Southeastern University and/or Broward College**
  — Ingrid Jones

**Overview**
**2019 - 2021 | Charisse S. Moore - Orlando, Florida resident**
  — **November 12, 2020** - Texted me and asked whether I would come to her house in Smyrna, GA, for Thanksgiving. I stated that I would not come to Thanksgiving due to the COVID-19 pandemic. I stated that I was considering moving to Atlanta, GA.
  — **April 2021** - Visit to Atlanta, Georgia, to look for apartments in the Buckhead area Dan and Ryanne (maybe more Dan). Ryanne Duffie Saucier spoke of Dan Saucier having COVID-19 in March 2020 and not being able to get into hospital at Emory, as the focus was on Black patients.

**2021 - 2022 | While a resident at the** ~~Flynn Pike Village~~ **apartment complex in Smyrna, Georgia, I believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

  — **June 1, 2021** - Ryanne Duffie Saucier and ~~Lynn Horton~~ sent me text messages when I moved to Smyrna, Georgia, that if I ever needed anything to please feel free to reach out.
    — ~~Lynn Horton~~ resides in Smyrna, GA with her two children and her husband, Derek, who serves as the Mayor of Smyrna."
      — Contact AT&T to obtain text messages from June 2021
  — **June 1, 2021 | Welcome to Smyrna, Georgia (Atlanta, Georgia)**
    — I spent the weekend at Ryanne Duffie Saucier and Dan Saucier, as they were out of town. Their babysitter for Elias was at their home in Smyrna, Georgia for the weekend, with her boyfriend. The babysitter and her boyfriend (unfortunately, I do not remember

their names) slept upstairs and I slept where I usually slept, downstairs in the guest room.
- — The babysitter was a student at the University of Georgia, in Athens, Georgia. Dan Saucier has a sister and nephew that also live in the Athens, Georgia area.
- — The babysitter and I had multiple conversations about her attending a friends wedding that celebrated the Indian culture.  At this same time, I may have shared a vision that I had for a multi-cultural show to help people see that we have more in common than we do differences.
- **June 2021 | Time at the pool with The Sauciers**
  - — Dan Saucier invited me over to his and Ryanne Duffie Saucier's home, as they (including Elias Beaux Saucier) were going to the pool and were going to hang out at the house after the pool.  I remember a couple with children coming to the pool and the couple stating that they were going to Jamaica on vacation. At the time (June 2021), it comment gave me pause as they said "Jamaica".
    - **Note:** This comment may be nothing or there is much more to the story that I do not know, because I do not understand a couple of scenarios that happened that lead up to Charlotte.
- **June 2021**
  - — Nail Fever - Ryanne Duffie Saucier invited me to and picked me up to go and get a manicure and pedicure at Nail Fever in the Vinings Commons.
    - — There was a particular issue with using OPI Infinite Shine products.
- **June 30, 2021** - In the Target parking lot, an African guy named Charlie backed into my car while reversing out of his spot. Charlie was driving a White Honda Accord, late edition with a Georgia License Plate RYH7179.
  - — I did not call the Police Department due to the limited damage to my vehicle and felt okay. I reasoned with him that given everything that happened during the pandemic, that this is not as big of a deal (compared to the death of all the people in the US and around the world).
  - — Location: Target, 2201 Cobb Parkway SE, Smyrna, GA 30080 (https://www.target.com/sl/smyrna/1342)
    in Smyrna, parking lot.
- **June 30, 2021** - An African man named Charlie backed into my car in the Target parking lot.
  - — White Honda Accord, late edition - **Georgia License Plat RYH7179**
  - — Did not call the cops, due to the limited damage and I'm okay
    - — Location: 2201 Cobb Pkwy SE, Smyrna, GA 30080
    - — Professional website: https://www.ingrid.com/dljground.co
      Ingrid Jones, Licensed Mental Health counselor
- **June 30, 2021** - Had a session with Ingrid Jones, Licensed Mental Health counselor, referenced "Mariposa", which is the logo for
- **Week of July 4th, 2021** - Ryanne Duffie Saucier referenced "Mariposa", which is the logo for Ingrid Jones, Licensed Mental Health Counselor, business chants to Grow.
- **August 2021 | Conservation about Ryanne Duffie Saucier joining Fox News**
  - — Ryanne, Dan and I had a conversation about Ryanne Duffie Saucier joining the Fox News team and how Fox News has changed.  I was happy for Ryanne to join the Fox News team and told her about an old friend that worked at Fox News and how successful that person looked from her LinkedIn.  Ryanne and I then talked about

clothes that we wore at work. I specifically noted that I like to wear crew neck tops, so that "there is no funny business". Meaning focus on the work and be respectful of myself and people's families. Ryanne looked at me kinda of strange, but I understand because the comment came out of nowhere. I then switched the subject to tv shows and movies and talked about the movie ░░░░░. I showed Dan and Ryanne have pictures of my family (Sir Patrick Allen's family) and my Mom's home in Boca Raton, Florida. My intention was to show the diversity of family, as Dan mentioned a couple of times that he has no-racial siblings that he would like to meet from Mississippi.

— **October 3, 2021** - ░░░░░░░░░░░░░ invited me over to watch College Football with her, Dan and Elias. All of a sudden, a gentleman came to the backdoor of their home at 3335 Hidden Trail SE, Smyrna, GA, with beers ready to watch football. I noticed the gentleman immediately and told Dan. Dan met with the gentleman outside, talked to him and the gentleman gave Dan a beer.

— **October 7, 2021** - Ryanne attended a Deloitte-hosted team dinner for the ░░░ project with me in Atlanta, GA. ░░░░░░░░░░░░░░ team leaders in attendance - Kelly Taylor, ░░░░░░ ░░░░░.
  — Ryanne seems to get into a bit of a conflict with ░░░░░░░░░░░ wife at the dinner, which was embarrassing. For some reason Ryanne started to talk about getting married at Disney and comparing beauty products, cleaning and washing clothes schedule with ░░░░░░░░░░░ wife.
  — From Ryanne's LinkedIn profile, she proudly proclaims that she is a second generation Media attorney. She has never stated that she does not like her work. In fact, during the Deloitte dinner that I took her to in October 2021, she proudly proclaimed to the table that she loves her work and that she is a "gunloader" (Attorney Strategist).
  — See the picture which ░░░░░░░░░░░░, was the photographer.

— **October 9, 2021** - Based on Facebook research, Ryanne in the blue dress did not look like Ryanne from the ░░░ dinner.

— **October 15, 2021** - Received ░░░░░░░░░░░░░░░░ Job Offer - Global Payroll Program Manager

— **Fall 2021** - Spent the holidays with ░░░░░░░░░░░░ and ░░░░░░░ in Atlanta, GA, to include, Halloween, Thanksgiving, Christmas and New Year's Eve.
  — **Late October 2021** - Ryanne Duffie Saucier encouraged me to come to their house for Halloween.


## Halloween 2021

— **October 31, 2021** | On Halloween, ░░░░░░░░░░░░ mentioned housesitting for neighbor's cat with the Confederate flag - ░░░░░░░░░░░ neighborhood in Smyrna, Georgia right in front of her neighbor's house and the neighbor's house was located near the playground in the neighborhood.

— Dan spoke with their next door neighbor who is a Tax Manager at Publix outside for an hour. I started to walk over and talk to ░░░░░░, their neighbor, and Dan and Ryanne's friend from ░░░░░░░░░░░░░░ (they had two children - a boy and a girl) but decided not to interrupt their conversation.

— Note that ⸺⸺⸺⸺ actively highlighted her son wearing Minnie Mouse slippers to be "just like his mom", in addition to Ryanne and Dan allowing their son to come down the stairs and outside unclothed.
— **NOTE:** During this time, Ryanne Duffie Saucier mentioned ⸺⸺⸺⸺ "grooming" child abuse. Ryanne may have been referencing something to this nature, I am not sure, as I did not ask and was not interested in the talking point.

**November & December 2021** | Spent the holidays with ⸺⸺⸺⸺ and ⸺⸺⸺⸺ in Atlanta, GA, to include, Thanksgiving, Christmas and New Year's Eve.
— **Between October 31, 2021 - November 2, 2021** – Ryanne invited me to spend the night at their house (3335 Hidden Trail SE, Smyrna, GA) for unknown reasons. I finally spent the night at their house on the last game of the Atlanta Braves and Houston Astros World Series playoff game. We fell asleep downstairs on the sofa in opposite positions. I woke Ryanne up around 2am EST, so that she could go upstairs and fall asleep with her husband, ⸺⸺⸺⸺. I went into the guest room downstairs and fell asleep.
— **November 3, 2021** - Woke up and saw the good news that the Atlanta Braves won the World Series.
— **November 5, 2021** – Hung out with ⸺⸺⸺⸺, Ryanne Duffie Saucier, Michael McCraw & Hoffman – Realtor and her husband at ⸺⸺⸺⸺ to celebrate the Atlanta Braves winning the World Series
— **OF INTEREST:** Braves bus rolls through downtown Atlanta during launch championship parade at alarming rate of speed
— **November 9, 2021** | Ryanne Duffie Saucier sent a text message to Charisse S. Moore.
  — **OF SIGNIFICANT IMPORTANCE:** Prior to sending this text message, Ryanne stated that she had twenty (20) pages of homework to do in The Dialectical Behavior Therapy Skills Workbook prior to her next therapy appointment with ⸺⸺⸺⸺. Ryanne knew that she was not able to get all of the homework done and was afraid of getting in problem.
— **November 10, 2021** | ⸺⸺⸺⸺ reached out to me (out of nowhere) and shared that she had Stage 3 Breast Cancer, I cried and did not understand why she did not reach out to me earlier. I stated that I would have dropped everything to help Brenda and Michael out with the boys – James, Alexander and William.
  — During this call, Brenda stated that she does not talk to any of her friends from Miami - Linda, Suzie Riccardi, Rosemary Rosas, Stephanie Moyers, Maria and Annie Kozikowski.
  — I was shocked, as they are some of her strongest friendships that I knew of off the top of my head.
— **November 11, 2021** | Could ⸺⸺⸺⸺ Be The Celebrity Behind Jester mask? | Season 6 Episode 9
  — ⸺⸺⸺⸺
  — **OF SIGNIFICANT IMPORTANCE:**
    — ⸺⸺⸺ I, ⸺⸺⸺⸺, spoke to ⸺⸺⸺⸺ ⸺⸺⸺ about the movie ⸺⸺⸺⸺, I specifically said, don't

. We talked about Mr.
ever let me get to the point of becoming _____. Robot, Shutter Island and other movies

- **Mid-November 2021** - _____ reached out to me (out of nowhere) and shared that she had Stage 3 Breast Cancer, I cried and did not understand why she did not reach out to me earlier. I stated that I would have dropped everything to help Brenda and Michael out with the boys - James, Alexander and William.
  - **OF INTEREST:** During this call, Brenda stated that she does not talk to any of her friends from Miami - Linda, Suzie Riccardi, Rosemary Rosas, Stephanie Moyers, Maria and Annie Kozikowski.
  - I was shocked, as they are some of her strongest friendships that I knew of off the top of my head.
  - "Remember, you can't make new old friends." Brenda Cecelia Duenas Hill.
- **November 16, 2021** - Submitted Letter of Resignation to _____ IBM Company. Although, I provided two (2) weeks as part of the resignation process, I was let go immediately.
  - **NOTE:** I went to Dan Saucier and Ryanne Duffie Saucier's house for dinner and shared with them the news that I left _____ and Ryanne Duffie Saucier smiled, while Dan Saucier said "wow, I wish that we could communicate like that".
- **November 24, 2021** - Spent Thanksgiving Day with _____, Dan Saucier, and Elias Beaux Saucier in Smyrna, GA. We watched the Macy's Thanksgiving Day parade starting at 9am and had Mimosa's with Veuve Clicquot. I brought Veuve Clicquot, _____, olives, and pies from the _____ (in the Vinings).
  - **Note:** I asked Dan Saucier what Ryanne Duffie Saucier's Love Language was in November 2021, as part of her birthday present. I ended up purchasing Ryanne Duffie Saucier a _____ in the shape of a bow from _____, in addition to a biblical inspiration book focused on women
- **November 28, 2021 - December 3, 2021** - I offered to housesit for _____ and Dan Saucier at their home 3335 Hidden Trail SE, Smyrna, Georgia, as there was a series of issues at Elevate West Village in Smyrna, Georgia
  - **November 28, 2021** - Ryanne played the voice recording of the Mickey Mouse impersonator for Elias with directions that they are going to _____ in Orlando after Thanksgiving 2021. She paid the actor, who actually acts as Mickey in the Disney park $400 for a five minute call with Elias. I had the video of when the guy called Elias on Sunday, November 28, 2021.
    - _____ is obsessed with all things _____ and applied for a job at Disney and did not get it.
  - **November 30, 2021** - _____ asked to me text _____ when I was ready to head over to _____ to pick up the Christmas Wreaths that Ryanne texted multiple times to order.
    - Review text messages to / from _____ related to Christmas Wreaths from _____, Smyrna, GA. I picked up the Christmas wreaths for myself, as well as the Sauciers.
    - **NOTE:** _____ for the payment of the Christmas Wreaths and this was one

of the few times that I have used PayPal (this may have been the first time that I used PayPal).

- **December 1, 2021** - After reviewing a text message from ~~Ryanne before~~ ~~later~~ on Wednesday, December 1, 2021 – "Are you up? ***Wanted to hear your voice.*** But just realized it is late" provides a bit of clarity. Ryanne and I did not talk on the phone a lot, primary mode of communication was via text and/or in person.   Perhaps subtle projection of what Ryanne was up to – recording me without permission while I watched her home.

- ~~Ryanne before later later~~ strongly encouraged me to use her bathroom because I was not feeling well after taking the Moderna COVID-19 vaccination.
- Dan told me that they (Ryanne, Dan, Elias and Cyndi - Dan's sister) wore masks at ~~Walt Disney World~~.
- Cyndi (~~Dan's sister~~'s sister) later told me that they did not wear masks at all.

**Potential Trigger for Oxford Mass Shooting**

**November 30, 2021**

Per Wikipedia, The Free Encyclopedia, "On November 30, 2021, a ~~mass shooting~~ occurred at ~~Oxford~~ ~~High School~~ in the ~~Detroit suburb~~ of ~~Oxford Township, Michigan~~, United States. Ethan Robert Crumbley, age 15, armed with a 9mm ~~semi-automatic handgun~~, murdered four students and injured seven people, including a teacher.



*Growth Plan - 2022.04*
*Charsel S. Moore*

*Moore v. Vanderbilt University*

*Initial Angel Investors*
*- Elon Musk, Peter Trotiel, Alex Karp*

Talk about recruiting experience, excitement about joining Stripe
Talk about Ryanne and Dan, play the message from Dan
Talk about what has been uncovered

## Chronic complex dissociative disorders and borderline personality disorder: disorders of emotion dysregulation?

Dissociation is a process that provides protective psychological containment, detachment from, and even physical analgesia for overwhelming experiences, usually of a traumatic or stressful nature. Dissociation is conceptualized as analogous to the "animal defensive reaction" of freezing in the face of predation, when fight/flight is impossible [1, 2]. Dissociation is defined in the DSM-5 as a disruption of the usually integrated functions of:

- *consciousness* (e.g., trance states, non-epileptic seizures, pseudo-delirium);
- *memory* (e.g., impairment of autobiographical memory, that is, dissociative amnesia);
- *awareness of body and/or self* (depersonalization; e.g., feeling numb, watching oneself from a distance as if in a movie);
- *environment* (derealization; e.g., world appears far away or "foggy"; familiar places/people seem unfamiliar or strange; tunnel vision);
- *identity* (e.g., confusion about one's identity; experiencing discrete and discordant senses of self-referred to as "identities", which we refer to here as "dissociated self-states".

### Etiology
One of the strongest predictors of dissociation is antecedent trauma, particularly early childhood trauma, as well as difficulties with attachment and parental unavailability

Exposure to multiple types of trauma over multiple developmental epochs is associated with a wide range of clinical problems including emotion dysregulation (numbness, dissociation alternating with hyperarousal and emotional flooding); behavioral dysregulation (impulsive, self-destructive and aggressive behavior); identity problems including difficulties with body image and eating disorders; disruption in meaning (e.g., feeling life has no purpose); interpersonal problems; and somatization and medical problems including chronic fatigue, heart disease and autoimmune disorders. *These disorders are also common co-morbidities of patients with chronic complex DD*

### Epidemiology
Dissociation during and after the repeated episodes of abuse allows the child to psychologically detach from the emotional and physical pain, in turn potentially resulting in alterations in memory encoding and retrieval [58]. Over time, this leads to fragmentation and compartmentalization of memory, as well as difficulty retrieving memory [13, 23, 59]. Exposure to early, typically chronic, trauma results in the elaboration of discrete physiological, psychological, and behavioral states that can persist and, over later development, become increasingly developed, ultimately resulting in dissociative emotional/behavioral/memory self-states [13].

*Moore v. Vanderbilt University*

*Charissa S. Moore*
*Grown - 2022.04*

## Clinical presentation and comorbidity

The vast majority of DID patients have subtle presentations characterized by a mixture of dissociative and PTSD symptoms embedded with other symptoms such as posttraumatic depression, substance abuse, somatoform symptoms, eating disorders, personality disorders, and self-destructive and impulsive behaviors [23, 61].

*Research indicates that DD patients show greater ability to be logical, reflective, and reality-based than BPD patients*

## Neurobiology of dissociation: common underlying neural pathways in PTSD, BPD, and chronic complex DDs

Two subtypes of acute trauma response have been found in a range of neurobiological studies, one primarily involving dissociative symptoms and the other predominantly intrusive, hyperaroused symptoms; these symptoms may underlie some forms of emotion dysregulation in trauma-related disorders, including PTSD, chronic complex DDs, and BPD [68–70]. These two subtypes of dissociation have been described as primary and secondary dissociation [16]. *Primary dissociation* refers to the re-experiencing/hyperaroused type of dissociation and includes the classic PTSD symptoms including intrusive recall, flashbacks, and nightmares. In contrast, *secondary dissociation* is characterized by such symptoms as numbness, depersonalization, derealization, and analgesia responses.

## Rorschach

The Rorschach Comprehensive System RCS; [133] has documented distinctive personality traits of DD patients [134–137]. Two studies compared DD patients' protocols to published BPD norms [138] to determine which features distinguished the disorders [134, 137]. **DID patients demonstrate a heightened capacity for introspection (FD) and cognitive complexity (blends)** when compared with Exner's norms for BPD patients [134]. **A sample of DID patients showed a tendency to become caught up in inner experience (lower Lambda scores) and significantly higher capacity for intellectual self-reflection (high FD and V scores)** when compared to BPD patients [137]. Scroppo et al. suggested that a fundamental difference between DID and BPD was the tendency among dissociative individuals to "elaborate upon and imaginatively alter their experience" (p. 281) in contrast to BPD patients, who simplify experience and respond in an affectively driven manner. This lead Scroppo et al. to the conclusion that DID is a relatively distinct diagnostic entity from BPD, one that is more "imaginatively based" and relies upon a "cognitively complex response style".

- **Key Insight:** I did a Rorschach test when I was five years old and in the second grade. The test was taken as part of an IQ requirement, as the second grade teacher wanted to put me back a grade. Instead I was given the opportunity to move to the fourth grade, my parents (i.e., mom) let me decide for myself. I told my mom, that I did not want to move to the fourth grade because the kids were so much bigger than me.

*Moore v. Vanderbilt University*

*Cherise S. Moore*
*Growth Plan - 2022.04*

Compared to the BPD group, the DID group showed greater: self-reflective capacity (higher FD), ability to modulate emotion (lower CF + C – FC), social interest (higher Sum H), accurate perception and logical thinking (lower X- and WSUM6), and ability to see others as potentially collaborative (higher COP). Individuals with DID also produced an unusual degree of introspection (FD = 2.72), suggestive of "self-consciousness and soul-searching" [139], p. 160. The large between-group effect size in FD suggests that this trait may helpful in differential diagnosis. The greater capacity for or tendency toward introspection in individuals with DID versus BPD may allow DID patients to reflect on their behaviors and feelings in relationships, including the therapeutic relationship, possibly enabling them to benefit more easily from insight-oriented therapy.

Although DD are associated with tremendous suffering including the loss of a continuous sense of one's self and one's memory, theorists suggest that dissociation provides some protection from the overwhelming danger and tumultuous emotions [13, 141]. Perhaps BPD patients could not find as ready an escape as could DD patients from early adverse experiences. Armstrong [141] theorized that their greater ability to dissociate places DD individuals on an atypical developmental pathway, rather than leading to developmental arrests that are theorized to occur with BPD individuals [142]. Due to having periods of amnesia for some of the trauma they experienced, often perpetrated by the caregivers they loved and were dependent upon e.g.; [53], DD individuals may have been able to, despite being maltreated, continue to view others as potentially caring, at least in some self-states. **Their increased ability to compartmentalize and "not fully know," thereby partly avoiding feelings of betrayal and awareness of the aggression of others, paired with other personality traits documented earlier, may contribute to DD patients' participation in at least some supportive relationships.** Findings of personality strengths, especially in relational capacity, are in line with research showing that dissociation preserves attachment even in the face of betrayal and abuse by caregivers

Most of the current research suggests that treatment for complex trauma individuals with moderate and severe dissociation should be staged such that emotion regulation skills and management of dissociative symptoms are taught before trauma processing begins.

**DD patients are often extraordinarily fearful of inner and external reminders of trauma and the related emotions that such reminders trigger** e.g., [174]. According to the structural model of dissociation, there is a core phobia in DD individuals who avoid the full realization of trauma and its effects. Steele and colleagues conceptualized the staged treatment of DD as overcoming various phobias, including of dissociated self-states, emotions, attachment, traumatic material, and intimacy. This phobia of trauma and emotion, often structuralized into dissociated self-states that often vary by emotional and traumatic content, must gradually be understood and resolved during therapy, along with overcoming fundamental skill deficits in affect regulation, among other treatment tasks.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4579511/

3 | 10

Charlie S. Moore
Growth-2022.04

Moore v. Vanderbilt University

When I have a problem, big or small, I'll have to face it alone, don't ever ask for help.

Showing my vulnerabilities, my likes and dislikes, can be dangerous, can be used against me, it's better to always put up a cheery face and not talk about it.

Robert Torbay, Self-Identified Narcissist, Quora - The philosophy I have when it comes to narcissistic abuse is this – to overcome this experience, you will need to become the mirror image of the narcissist, their inverse, you must develop a healthy grandiosity.

You are someone special

You are on a mission

You don't associate with people below you

You don't have empathy for those who seek to sabotage your quest

Unlike the narcissist, you can use grandiosity to make the world a better place. The difference between the nightmare dreamscapes and the reality you will create is that you're not afraid to work.  You know that no one else can validate your vision, because you don't even know what it is yet.  You're here to bring something new into the world, which can be lonely at times.

The narcissist never left their childhood grandiosity, I'm asking you to return to yours. You bring the wealth and wisdom of your adult experience, the narcissist reawoke your desire to be a hero.

You are exceedingly precious and valuable whether in relationships or on your own. You deserve relationships with people who see your value, love you for it, and do not regard you as an object to possess. You deserve to be honored, cherished, and respected as an equal in every relationship.

I'm loyal as they come, as long as my loyalty to you doesn't disrupt my loyalty to me.

When we know that something hurts, and we know why, trauma is avoided, for example, in things like falling off bicycles, or touching hot objects, even getting hit by other people.  But when we have absolutely no idea why something hurtful happened, or that it was even supposed to hurt, we get confused.

And it is this deep, deep, pervasive cognitive dissonance that lies at the heart of the severity of covert narcissistic abuse.

Moore v. Vanderbilt University

Charise S. Moore
Growth - 2022.04

They make you into a very very confused puppy. Confusion and pain creates trauma, the more confused, the worse the trauma.

The covert narcissist meanwhile had been busily pleasing people, helping them, donating money, helping out at church, educating children, saving lives, and the world, and secretly accumulating their day's resentments and frustrations. But they won't allow themselves to discharge their toxins outside. So when they finally arrive home, all that saved up toxin from being such a covertly negative person boils over into malice that gets reserved for the select few individuals in their lives they dare inflict upon.  So their children get the distilled, concentrated, condensed dosage of their toxic discharge. And that's why mysterious punishment suddenly takes place. They have been busting to go home the whole day, waiting to finally discharge.

Success is something that you attractive, by becoming an attractive person. Control your environment.

Changing my identity. Identity and values drive behavior. So if you want to make a change, you have to change your vision of who you are. You have to begin telling yourself a different narrative and the narrative you tell yourself about yourself is everything.

I am a learner. I can do anything without limitation. Look at my track record, by the grace of God and profound humility, I have accomplished a lot.

No zero day
The three yous (past you, present you and future you)
Gratitude and favor
Exercise and books

https://medium.com/swlh/patrick-collison-on-the-culture-of-stripe-and-how-to-hire-b0a14033e154

if you listen carefully enough, the past whispers to you

Sophia Bell, Quora - The narcissist lacks self-awareness. They're not be aware of their disordered thought processes and behavior. You can't heal or help a narcissist for that reason. Their state of mind is programmed, it's their hardware, driven by NPD. You, nor anyone else, can reprogram that.

Almost all narcissists are convinced of being normal, that's also why they resort to projection and blameshifting. Nothing can ever be their fault and their flaws are actually yours.

A kid behaves the least for you because you are their safe place. Remember that is an honor, not a burden. Makes me think of Elias and how he knew to hide bad behavior from me.  He would tell Ryanne, not to tell me what he did so that he would not be embarrassed.

5

*Moore v. Vanderbilt University*

*Charsie S. Moore*
*Brown_202204*

Manipulative, learned behavior. This is part of the reason why I thought the picture that Ryanne sent in January was completely off. Ryanne nor Elias would never let me see that kind of typically little boy behavior. Maybe this is why Dan called Elias a little narcissist. WOW – That is so completely wrong. Dear God... Now, I do not if that was true or not.

Ryanne and Dan sleep in separate rooms and Elias will go into the master bedroom and sleep with Ryanne in the middle of the night. It almost seems like Ryanne has transferred the relationship she should have with Dan to Elias. Elias is five (5) years old. Ryanne was pretty interested in the Michael Jackson documentary and particularly the grooming part of the documentary. I have not seen the documentary so cannot provide a reference example.

Ryanne's grandiosity is related to Disney all things Disney and Taylor Swift. She is a 42 year old, intellectual property lawyer and she literally went to Disney for her birthday and had meals with princesses.

The control, manipulation and created codependency of Dan, is domestic violence. Physical abuse in their relationship, I have not witnessed; however, I have heard and seen emotional, psychological (psychological warfare) and there is a strong basis for financial control, as Dan does not work.

Sophia Bell, Quora - Narcissists start doing their thing, long before they explicitly show you that they are. They have no attachment to you, feel zero responsibility, commitment or loyalty towards you. And they really don't like you at all.

Cluster B typically represents with overtly emotional and unpredictable behavior.

Adults are equipped by the maturation of their brain and their life experience to have the capacity to understand that not every bad thing that happens to them is personal and about them. When adults have a pervasive problem separating out the personal from the impersonal, they are reacting similarly to children. This may cause some people to label them as emotionally immature.

Feeling Good: The New Mood Therapy CBT

Why should you not be afraid to let people go?
If you are disrespected in a relationship or friendship or abused verbally, emotionally, or physically, and when it causes more pain than pleasure or when trust has eroded to the point that they are bringing you down, there is no doubt to let it go. It may often be very difficult but it's necessary to let go in order to unlock the life you deserve. You never know, you may meet someone tomorrow who has way better intentions for you than someone you have known for years. Time means nothing, character does.

They say love is the best investment; the more you give, the more you get in return.

*Moore v. Vanderbilt University*

Charisse S. Moore
Growth Plan - 202204

Elegance is the only beauty that never fades

I believe in being strong when everything seems to be going wrong.

People make mistakes. Classy people are careful to their enemies but do not waste their time in catfights or insults. They know is not good for them. They cut the relationships without looking for revenge.

Nothing is impossible; the word itself says I'm possible

I believe that happy girls are the prettiest girls. Classy people try to not be negative. They smile most of the time helping themselves with positive thoughts. This can only happen if they find their own way in life. This awareness helps them to look more attractive and positive.

**Topics for Discussion**
- Disclaimer – When I mention that I think that someone has a personality disorder or is fucked up, I am not fishing for confirmation from you.
- Will Smith slap – Narcissistic Control / Triangulation (perhaps roleplay of Ryanne & Dan to get my attention)
- Ryanne – Stalking (cyberstalking, fake interview, projection calling the cops to do a wellness check and that white guy)
    - We are alike but have two different paths
        - Me Complex PTSD utilize Dissociation / Depersonalization more that I fully realize
        - Ryanne Covert Narcissist, she is 100% aware of what she is doing, but may not understand the reasoning why she is doing it. She does have the capacity to reflect – all narcissists that I have encountered do ▓▓▓▓ Brenda, Brian, ▓▓▓, Ryanne) They all mirror behaviors
- Healing framework approach
    - **Access the incident** – Understand the full impact of what just happened to you. Get in touch with your emotions, no matter how intense the emotions are
    - **Understand your role in the incident** – At each of these steps accessed in the incident, I recognized the craziness / weirdness, but gave her the benefit of the doubt. Why did I do this? I think that the coping strategy that I have used consciously / subconsciously used to get through life works against me in some situation. Coping strategy of delayed reaction and process when I can, does not work.
    - **Accept what has happened** – By the Grace of God, this situation did not get any more out of control to harm me that I am aware of. I guess this was the wakeup call that was needed both for myself and for Dan.
    - **Forgive myself** – I forgive myself for putting myself in that situation. I thought they were good level headed couple. I really thought that they were God fearing people and a couple that I could use as guidance for healthy relationships.
- Path to new job at Stripe*

7/

*Moore v. Vanderbilt University*

*Charles S. Moore*
*Brown Plan - 2022.04*

- o Talk about interviewing with six (6) different people last Thursday (feels like a lifetime ago)

The longer you wait for something, the more you appreciate it when you get it,
Because anything worth having is worth waiting for.

Our willingness to wait reveals the value we place on the object we're waiting for.
Charles Stanley

If a thing is worth doing, it is worth doing well. If it is worth having, it is worth waiting for.
If it is worth attaining, it is worth fighting for. If it is worth experiencing, it is worth putting aside time for.
Oscar Wilde

**And it's a reminder that no matter how bleak your story looks, you cannot give up on the happy ending. You control the story you tell about yourself — even the parts of yourself that seem most painful.**

That's why it's critical we reimagine life transitions. Instead of viewing them as miserable periods we have to grit and grind our way through, we should see them as healing periods when we take the wounded parts of our lives and repair them.

The narcissist wants attention, so even bad attention is better than no attention at all.
Narcissists followers (who has been lied to and manipulated, but do not know it yet) will go after anyone who exposes a narcissist. These people are ready to do the narcissist dirty work.

The person that the narcissist has manipulated the most is themselves. They believe the lies that they tell themselves. If you shame them, expose them, they will pay you back in epic portion.

**Insights**
"Narcissist know right from wrong. They have received all the same societal lessons in morality as everyone, including many in their home life. They have had relatively the same exposure to hypocrisy, at home and in general, as those who go on to live lives of upright ethics and morals. They see the rewards of doing the right thing and living in truth, and they see the consequences of doing wrong. However, NPD directs them to choose justification and rationalization in their actions, when necessary, in order to avoid shame, which would destroy their delusion of perfection – so this how they so easily make wrong choices. They justify, rationalize and minimize the wrong doing, but they also understand the potential consequences, and for specific reasons, as follows, that compound each time it happens.

I firmly believe that the entitlement which narcissist exhibit is the natural evolution of practicing the justification and rationalization of their poor, wrong choices over time. It is

*Moore v. Vanderbilt University*

*Chanter S. Moore*
*Growth Plan 2022.04*

similar to a starving person being driven to steal bread to feed himself and his family in the time of famine or war – the comprehension that theft is wrong and carries consequences in present – but the more urgent need to preserve life overtakes the moral concerns. Now, if the food thief becomes so accustomed to stealing food, and theft becomes so accustomed to stealing food, and theft becomes so second nature that it becomes the easier option even after the famine or war ends, the thief might well decide that his ability to steal enables him to feed himself and family at a higher, better level than by any other means, and he might rationalize the continuation of the food theft. He will likely find may excuses to justify and rationalize this choice.

Combine 'practice makes perfect' with 'repetitious vice becomes addition,' add in a good heap of lack of empathy, and ramp up each moral choice to the level of life or death – and you will have some understanding of the justification / rationalization used by narcissists in approaching their self-serving choices. It's the evolution of self-preservation becoming self-seeking, self-serving self-entitlement.

Narcissist don't believe that what they do isn't objectively wrong. They simply feel entitled to invoke themselves as the exception to the rule each and every time. This doesn't mean that they wish to have argue their position, however! Therefore, in addition to justification and rationalization, they lie, blame shift, gaslight, and deflect in order to avoid the exposure of responsibility."

  ▪ Arn Price, Quora

In you is a tiny overlord which bullies and commandeers you into toeing the line. The narcissist takes control of this, and intensifies it's call for you to conform to those things which you loather.

The narcissist has come to you to strip you of your remaining superficiality, your cowardice, your desire to people please.

Let that old self burn slough off that grey skin suit, and embrace your weirdness, dive into your unpopular but marvelous dreams.  Thank our narcissist for burning away your dross

Why did you abandon yourself? You are beautiful person, you just need a little investment of time and energy.

Rebuild with vigor, stronger fences, a brighter and better roof.  Return to yourself, and promise your weeping heart that you're back, and this time it's forever.

Your strategy should hurt. You should say no to things

The best people are good at what they do, are passionate about it and make a big impact.

*Moore v. Vanderbilt University*

*Charisse S. Moore*
*Growth Plan ~ 2022.04*

**Wednesday, April 27, 2022**

Dan,

I listened to your voicemail.

My intention was never to hurt Elias. I am sorry that Elias is hurt.

While I enjoyed the times that were spent together. Unfortunately, this relationship no longer works for me.

Do not contact me again by any means or in any way, to include Ryanne.

Wish you all the best.

Charisse

Monday @12:15pm

S9tiZwILv84 • *Password for hidden documents related to stalking*

10/10

# 2023 Stripe, Inc. | Unauthorized Non-Consented Business Show

My name is Charisse S. Moore, MS and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024. (http://www.linkedin.com/in/charissemoore)

Due to the long-term nature of the multi-year Interstate Stalking scheme, the following Federal Complaints have been filed to support each business:
• As of May 29, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Snap, Inc. / Snapchat.
• As of April 25, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
• As of June 2, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Apple and AT&T.

**About Me**
Between May 2022 – July 2023, I, **Charisse S. Moore** was a Payroll Program Manager at **Stripe, Inc.** where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. **Stripe, Inc.** is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. **Stripe, Inc.** has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to **Stripe, Inc.**, I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Prior to consulting, I worked in the Public Sector – Government on end-to-end Grants Management at Texas Tech University (TTU) and the Mississippi Development Authority (MDA).

At Texas Tech University (TTU), I served as a Senior Project Manager in the Office of the Vice President for Research (OVPR), where I was part of the Senior Leadership Team, led and managed multiple (10+) federal grant proposal submissions, to include submissions to the Department of Energy (DOE), Environmental Protection Agency (EPA), National Science Foundation (NSF), National Institutes of Health (NIH), United States Department of Agriculture (USDA) and the Department of Education (DOEd).

At the Mississippi Development Authority (MDA), as a Program Manager, I served at the "will and pleasure" of Governor Haley Barbour and Governor Phil Bryant and key members of the agency's leadership team with direct responsibility for policies and strategies to enhance fiscal management, energy efficiency improvements, and regulatory compliance within the Energy and Natural Resources Division and on behalf of the State of Mississippi.

Technology Abuse | Phone
- My personal phone number ⬚⬚⬚ ⬚⬚⬚ ⬚⬚⬚⬚ was under contract with AT&T
- NOTE: Per the Lookout App my phone number was included in the following data leaks:
- November 5, 2016 - Unknown source
- November 6, 2020 - ⬚⬚⬚⬚⬚⬚⬚⬚
- November 6, 2020 - ⬚⬚⬚⬚⬚⬚⬚⬚
- December 14, 2020 - Unknown source
- April 23, 2022 - Unknown source
- April 6, 2024 - AT&T Data

Technology Abuse | Wi-Fi
   — Wi-Fi hacking was under contract with AT&T
      — AT&T Password 2022 - **SolisMoonDior9!**
         — The targeting, stalking, hacking and harassment of me IS so profound that **Elon Musk** and the House of Christian Dior partnered together to create the ⬚⬚⬚⬚ ⬚⬚⬚ ⬚⬚⬚⬚⬚⬚ ⬚⬚ ⬚⬚⬚⬚⬚ that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024.

⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚ **and** ⬚⬚⬚⬚⬚ (⬚⬚⬚⬚) ⬚⬚⬚⬚⬚ initiate the hacking of ⬚⬚ ⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚ personal laptop and work laptop with Deloitte Consulting, LLP due to the failed Acquisition at Cumulus Media, where Ryanne Duffie Saucier was part of General Counsel. Ryanne Duffie Saucier is an Intellectual Property and Employment Lawyer who has worked at the Mississippi Public Broadcasting, Cumulus Media, Fox News Stations in Atlanta and whose father is prominent in the Broadcasting industry.

Charisse Samantha Moore was unaware of the technology abuse, technology hacking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie and possibly Skip Duffie (Terry Duffie, Jr.) and moved to the Smyrna, Georgia within the Atlanta, Georgia area in June 2021.

**2022 – 2023 | While a resident at the Lincoln at Dilworth apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

- **September 2022:** I drove from Charlotte, North Carolina to Atlanta, Georgia to go to an Invisalign appointment at Cohen Orthodontics at 4721 Chamblee Dunwoody Rd #200, Dunwoody, GA 30338. I purposely went to this location, to avoid being ANYWHERE near Ryanne Duffie Saucier, Dan Saucier and Laura Norton.
    - **OF INTEREST:** A Black Jeep Wrangler with dark tinted windows (limo tint) pulled in front of my vehicle, in front of the McDonald's near the Perimeter Mall located at 4540 Ashford Dunwoody Rd NE, Dunwoody, GA 30346. This is while I was headed to purchase Keratase Curl Manifesto and Youth to the People - 15% Vitamin C Clean Caffeine and Energy Serum.
- **October 2022 |** I stopped taking calls with ~~~~~~~~~~. Surprisingly, Ingrid Jones offered as ~~~~~~~~ was not helpful during on going stalking. absolutely no support.
    - **NOTE:** I am not sure if there were hidden cameras in my apartment for the entirety of my lease in Charlotte, North Carolina.


**November 4-7, 2022 | Trip to Larchmont, New York - The Hills**

**Brenda Cecelia Duenas Hill:** Brenda is a **Sector Executive in the Technology, Media, and Telecom (TMT) practice at KPMG.** I have known Brenda Cecelia Duenas Hill off-and-on for 24 years and was her college roommate. We shared many important life events together, to include: being a maid of honor at Brenda's wedding to Michael Hill, and Brenda was a maid of honor at my wedding to Brian A. Temple, MD.

**Michael Hill:** Michael is the **Head of Portfolio Trading at Santander,** focused on Latin America (LATAM), including Argentina, Brazil, Chile, and other countries within LATAM.  I have known Michael Hill, Brenda Cecelia Duenas Hill's husband for twelve (12) years. My relationship with Michael is an informal distanced relationship, due to Michael and Brenda living in New York, while I lived in the U.S. Southern States, such as Mississippi, Texas, Florida, Georgia, and North Carolina.

- **November 4 - 7, 2022:** I went to New York to visit ~~~~~~~~~~, Michael Hill and their boys in 290 Weaver Street, Larchmont, New York. Note that Brenda Cecelia Duenas Hill is of Hispanic descent with her family roots from Peru, Argentina and Italy.
- **November 4 - 7, 2022:** ~~~~~~~~~~ talked about ~~~~~~~~~~'s marriage to Serg (Sergio) Savoury and that the fact, that Serg (Sergio) Savoury may be cheating on ~~~~~~~~~~ due to her controlling ways.
- **November 4 - 7, 2022:** ~~~~~~~~ asked where I was working, and when I stated Payroll at Stripe, Inc., he looked a bit shocked. He asked if I was working in HR, and I clarified that I worked in Global Payroll at Stripe. That was the scope of our conversation (proper pleasantries - Hello! How are you? How is your Father doing? How is work at Santander?).
    - **OF SIGNIFICANT IMPORTANCE:**
        - Michael Hill previously worked for Itau, Society Generale
        - Michael Hill holds the following Securities Licenses - Series 7, Series 63

- — I was talking to Brenda and Michael, and Michael asked me if my family was a member of the ~~washington~~, in the United Kingdom.  Michael made a specific to ask that question and then there was a hard stop. Michael may have just walked away from Brenda and I to help the boys.
- **November 10, 2022:** Brenda Cecelia Duenas Hill sent me a text message that discussed the FBI.
  - — **OF INTEREST:** I was stunned and did not know how to reply. I attempted to state that I was watching the FBI shows - ~~criminal minds show on CBS~~.  Brenda and I talked on the phone, while I watched the Law & Order show - Organized Crime for about an hour.
- **Technology Abuse / Hacking**
  - — Continued blocking access to applications and/or utilities within my Apple iPhones after utilizing Lockdown Mode in November 2022 - present
- **November 11, 2022:** Two Hispanic men exited my neighbor's apartment (Apartment 477) at Lincoln at Dilworth. I instantly knew that something was not right. These individuals then followed me down the elevator and studied me.
- **November 14, 2022:** I asked my cousin ~~~~ to install Grey Velvet Blackout curtains in my apartment, as I wanted privacy and was trying to recover from stalking and swarming activities in Smyrna, Georgia (Atlanta, Georgia area). ~~~~ near the South Park Mall.
- **November 24, 2022:** I participated in the Thanksgiving Day - Charlotte Turkey Trot, Jax had a bloody eye.

## CRITICAL BUSINESS INFILTRATION

**Military Tactical Hold within the Lincoln at Dilworth apartment complex:**
For months and months (December 21, 2022 through March 31, 2023), everytime that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator.  There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

**VEHICLES OF INTEREST:**
- — **Early November 2022:** ~~~~, I saw this vehicle near the Lincoln at Dilworth complex, twice in early November 2022 and possibly early December 2022.
- — **Early November 2022:**
  - — **Flashy Gold 4 door vehicle** abruptly sped through the Lincoln at Dilworth Parking Garage onto E Morehead Street, the car had "air time".

- **Pearlized White Infiniti I30** that saw me walking Jax on Morehead Street, came to an abrupt stop and quickly reversed into the Parking Garage drive through.
- **Late December 2022:** [illegible] (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)
- **Early March 2023:** [illegible] (this vehicle had rap music playing and was near the little bridge to get onto the path near Lincoln at Dilworth March 2023)

**Lincoln at Dilworth - Community Map**

([illegible])

- **December 2022:** I read the book [illegible] as a way to understand why Ryanne Duffie Saucier, Dan Saucier and additional unknown co-conspirators targeted me in Smyrna, Georgia.
- **December 7, 2022 |** I received my OliverGal AdoreMe Geo artwork with the frame cracked upon opening the box.  See photos
  - **OF INTEREST:** Oliver Gal | AdoreMe Geo order placed on Cyber Monday, November 28, 2022 ([illegible])
  - **OF INTEREST:** In November 2021, I shared with Ryanne Duffie Saucier that I was going to or bought the OliverGal Fashion Galore Diamond Dust artwork ([illegible])
- **December 10, 2022:** A black gentleman in a Honda Accord holding a neon green iPhone at the Starbucks at 8:30am may have been watching me.
- **Mid-December 2022:** Vanessa Lowe-Garcia, Jackson, Mississippi, texted me asked me for my address in Charlotte, North Carolina to send me a Christmas card.
- **December 18, 2022:** After walking around the exterior perimeter of the Lincoln at Dilworth complex, I walked toward the leasing office and saw a Charlotte-Mecklenburg Police Department vehicle (Ford Explorer) parked outside of the leasing office.  When I walked closer to the officer's vehicle, I made eye contact with the dark-skinned Black officer male and he promptly hit the gas and took off. I believe that this officer, is the same officer (Officer Jackson) that took two (2) hours to arrive when I called the Charlotte-Mecklenburg Police Department from Lindsey Dewhurst, Lincoln at Dilworth Property Manager's cell phone.
  - Constant surveillance by the following apartments - 579, 477, 485, 432, 433, 499, 450, 451, potentially 476
    - **Apartment 579:** Apartment above my apartment, responsible for laser pointers in my apartment
    - **Apartment 477:** Turned on the dryer every time that my Apple phone alarm clock when off to alert the apartment either above or below that (577 and 377) that I was wake and getting ready to walk the dog.
      - Of Latin descent from Mexico, they (man and woman) love Lululemon.
    - **Apartment 485:** Placed bright orange sneakers that were placed outside whenever I left the apartment to walk Jax.
    - **Apartment 483:** Sat empty for months, with no one moving into the apartment.

- **Apartment 433:** Was a lookout whenever I took the elevator down to walk Jax and/or to get my car from the vehicle.
  - **OF INTEREST:** This individual may have also broken into my apartment, as there were highly coordinated efforts each time that I left my apartment for an extensive period of time.
- **Apartment 432:** Was a lookout whenever I took the elevator down to walk Jax and/or to get my car from the vehicle.
- **Apartment 499:** Was a lookout whenever I came up the elevator from the Leasing office after walking Jax at night and going down to walk Jax in the afternoon.
- **Apartment 450:** Was a lookout whenever I took the elevator down to walk Jax. This is of particular interest as it sometimes lead to a closed garage door in the loading dock.
  - Of Interest: There were times when there were 20+ people waiting in the loading dock for me to come down. I held my card - The Armor of God, as I was afraid.
- **Apartment 451:** Was a lookout whenever I took the elevator down to walk Jax. This is of particular interest as it sometimes lead to a closed garage door in the loading dock.
- **Apartment 476:** This apartment was located directly across from me.
- **December 18, 2022:** Purchased the following items for Rachel Marie ~~Lighton Richard~~'s son for Hanukah / Christmas on Amazon and there were challenges as the shipping address was changed from Rachel's address in Plantation, Florida to Charlotte, North Carolina.
  - ~~McLaren 765LT Remote Control Car, MIEBELY for Car Licensed 1/12 Size 7.4v 40kg World Racing Car Toy with Led Light 12km/h Hobby Toy Car for Adults Kids Birthday Boys Girls 7 8 9 10 11 Year Olds~~
  - ~~MIEBELY Remote Control Car, Mercedes Benz 1/12 Scale Official authorized 6.4v 2.4hz Rc Cars 7.2v 40kmh Licensed Hobby Cars 2.4Ghz RC OGR Cars W/ LED for Adult birthday Girl for Boys Kids Adults Age 3+~~
- **December 19, 2022:** ~~Brenda Leonora Sperry Gift~~ invited me to her house in Larchmont, New York for the holidays (Christmas and New Years) and her sons birthdays (James, Alexander and William). I declined the invitation to go to Brenda's house, as I wanted to be alone after being swarmed / attacked in Smyrna, Georgia by Ryanne Duffie Saucier, Dan Saucier and unknown co-conspirators.
- **December 21, 2022:** I saw a young woman walking backwards into the wind across the street from Lincoln at Dilworth apartment complex.
- **December 25, 2022:** I had an hour long conversation with Felicia Gilgeous, Wells Fargo and talked about the weather, watching tv and reading over an ~~Information ... dated December 24), (Saturday) I my heart is crazy~~
- **December 26, 2022:** I lived in Apartment 479 and I noticed that the patio door of Apt 487 (located directly across from me) was wide open.
- **December 26, 2022:** The water mains at Lincoln at Dilworth broke due to the Hard Freeze

that occurred, the City of Charlotte, Fire Department was called to the apartment complex and I stood outside with other residents for hours.

- **OF INTEREST:** There was a Black gentleman that made constant eye contact with me as we (all residents at the complex during the holidays) stood outside. The Black gentleman and I walked by each other in the mailroom and two or three (2-3) times. This Black gentleman did not pose a threat, he had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence". I think that he was in Apartment 483 in early January, but I never saw him again after December 26, 2022.

- **December 27, 2022:** There were four (4) vehicles that surrounded the exit of Lincoln at Dilworth, when I went to walk Jax.  **VEHICLES OF INTEREST:**
  - Black Ferrari (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)
  - **NOTE:** A resident, white woman with blonde hair and a little Poodle stared at me in the elevator and did not say a word.
- **December 28, 2022: Ulta Beauty at** 7314 Waverly Walk Ave, Charlotte, NC 28277
  - Doxxed while paying for Dolce & Gabanna - Light Blue. The cashier asked for my phone number and screamed my phone number across the entire store.
- **December 28, 2022:** For unknown reasons, I placed my phone near the TV and started the Oprah Winfrey's Super Soul podcast - Intention
- **January 13, 2023: Received Notice from Lincoln at Dilworth Property Management**
  - "We have noticed there is a significant number of vehicles parked without a parking sticker or a temporary pass. Parking Permits are required if you are parked behind the gates.
  - Any vehicle parked in Lincoln at Dilworth gated parking lot **THAT DOES NOT PROPERLY DISPLAY** a parking sticker or temporary tag WILL BE BOOTED or TOWED with no further notice. A properly displayed Parking Permit means that the Permit (sticker) is either attached to the windshield.
  - **MODIFICATIONS OF PERMITS ARE NOT ACCEPTABLE.** Any vehicle that does not properly display a parking permit will be booted or towed. Parking permits are not valid if parked on P2; parking on P2 with a permit will result in being booted or towed."
- **January 15, 2023:** Contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm, 7:30pm and sometimes 9:30pm) Remember > Shelley private citizen.

- **January 2023 - February 2023:** There were several loud parties in Apartment 579 above me in which I strongly believe that a large portion of stalking was taking place, in addition to the apartments identified above.

- **January 25, 2023 -** I met Lyna Alfaro for lunch at                | 9818 Gilead Road, Huntersville, NC 28078

- *Question of the afternoon by Lyna Alfaro "Are you sure you want to eat that?"*
- After lunch, I went with Lyna Alfaro to her house and saw her husband Christian Alfaro (US Army Veteran) and their children. We talked briefly about life stuff, moving to California and my thoughts on how expensive California is as a single person but I still dream of California. We also joked about like in South Florida, the need to keep up and "needing to be skinny" but that was for a point in time, like our early 20s. I talked about my Dermatologist and how he stated that I needed to lose weight during a visit to his office.
  - **NOTE: Dr. Attica Chang**, Dermatologist of ~~Boca Raton Medical Care Center~~ was and is an excellent Dermatologist. He cared enough to tell me to stay in shape - lose weight, as I was under his care for health issues.  Dr. Attica Chang is the same doctor that held my hands and looked me directly in the eyes, as I cried while having a medical procedure performed.
- **OF SIGNIFICANT IMPORTANCE:**
  - **Discussion of the death of my Father, Winston Alexander Moore, Sr. and my Brother, Winston Alexander Moore, Jr.**
    - Winston Alexander Moore, Sr. – See New York Organ Donation pin
    - Winston Alexander Moore, Jr. – ~~Special Olympics Champion~~
      - Winston Alexander Moore, Jr, 32, passed away on August 11, 2016 in Fort Lauderdale, Florida from injuries sustained in a car accident.  Winston was born in New York, New York on November 3, 1983, to Winston, Sr. and Leslie-Anne Moore. Winston is a graduate of Spanish River High School and also attended West Boca High School.  While Winston's path did not include a traditional career, it did include a long tenure as a Special Olympics athlete with Broward County.  Winston joined the Special Olympics community at the age of 15, with the Tamarac Bulldogs basketball team. Since then, Winston has gone on to play and medal in multiple sports to include: basketball, bowling, swimming, skiing, soccer, softball and tennis. True to the Special Olympics motto, "Let me win.  But if I cannot win, let me be brave in the attempt", Winston is a Champion. And he would let you know that he was a Champion, too.  He often used one hand to help himself and the other to help his friends.  He was blessed to have friends who became family, he gained many brothers, sisters, moms and dads along his path and was always grateful.    Winston will be remembered for his laugh, his ability to touch people through his smile, his love of sports, his love for the Special Olympics, traveling, adventure and dancing his heart out.  He was deeply loved and will be greatly missed by his family and friends.  Winston is survived by his mother, Leslie-Anne Moore; sister, Charisse S. Moore; uncle, Anthony Smith; cousins, Travis Smith, Joshua Smith, Justin Smith and Brianna Smith; aunt, Enid Carpenter; cousin, Andre Gilgeous; cousins, Dean Haffenden, Arianna Haffenden, Lloyd Haffenden and Camille Haffenden
- Mid to Late January 2023 | With all the stalking, swarming and the hidden cameras, I tol

myself out loud that the only way to get through this situation was to get through the situation.
- **Late January 2023:** I took my Mac to the Apple store (in Charlotte South Park) to get wiped and protected and purchased a Google Drive external hard drive to copy the files from the laptop for backup
- **January 31, 2023: Received Notice from Lincoln at Dilworth Property Management**
  - "Good Evening Neighbors!  We hope you are doing well! As the mailroom door is consistently being broken, and it is now beyond repair of our maintenance staff, the one door will be closed off until our third party vendor can replace the door entirely. There are still two doors for entry and exit. Deliveries can come through the leasing office during office hours. We appreciate your understanding as we find a permanent solution to the door being intentionally broken."


**Banfield Pet Hospital appointments at Charlotte SouthPark**
- **February 10, 2023:** The veterinarian pulled out a lot of Jax's teeth in the top part of his mouth.  Jax must now eat soft food, instead of the Blue Buffalo that he traditionally ate.
  - **OF INTEREST:** Instead of the traditional call from the Veterinarian's office, the follow-up call about the surgery I received an email instead which was strange, as this was the first time that person wanted to help out

- **February 12, 2023 | Rihanna's FULL Apple Music Super Bowl LVII Halftime Show** https://youtu.be/rhps?si...  https://youtu.be/xXYlBpVoxdvW
  - "**Better wake up and nothing is wrong 5:39."**

- **February 14, 2023:** Noticed a Charlotte-Mecklenburg Police Department SUV Ford Explorer vehicle parked in the garage in a parking space against a back wall.
  - **OF INTEREST:** This is one of few apartment complex where there was not an identifiable Police vehicle at the residence. Similar to Elevate at West Village, there was not an identifiable Police vehicle at the residence.
- **February 22, 2023:** Followed by Grey Jeep Wrangler with dark tinted windows to church on Ash Wednesday at St. Gabriel Catholic Church - 3016 Providence Rd, Charlotte, NC 28211
  - **Of Interest:** This is the day that my ears finally stopped burning and turning red.
- **OF INTEREST:** In the end, there were three groups of individuals, their races were White, Hispanic (to include my neighbors in Apartment 477 and their visitors on November 11, 2022) and Black.
  - **VEHICLES OF INTEREST:**
    - The individuals that drove the vehicles below did not pose a threat, they had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence".  These individuals consistently parked their vehicles near my silver Honda Accord coupe.
      - Driven by a White man - Red Audi A4, no tint on the windows
      - Driven by a Hispanic man - White Mercedes Benz, 4 door Sedan possible a C class with North Carolina tag - JELLY (?)

CRITICAL BUSINESS INFILTRATION - STRIPE, INC.

As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits for all of Stripe, Inc. and its subsidiaries, to include, but not the following:

(https://... ... ... ... )

- — Personal Identifiable Information (PII)
- — Personal Health Information (PHI)
- — Business Identifiable Information (BII)
  - — Trade secrets, commercial or financial information that is privileged or confidential.
- — Confidential Information (CI) to include Mergers & Acquisitions

**March 2023 | Stripe, Inc. tells employees it will decide on an IPO within the next year**
- — https://www.cnbc.com/2023/03/23/stripe-tells-employees-it-will-decide-on-an-ipo-within the-next-year.html
  - — Co-founders and brothers John Collison and Patrick Collison told employees Thursday that they will set a goal of taking the company public or letting them sell shares via a secondary transaction.
  - — Stripe, Inc. is considering a direct listing or private market transaction and has hired Goldman Sachs and JPMorgan to advise on the deal.
  - — As Payroll Program Manager, during this time I also started to utilize the PwC - roadmap for an IPO. A guide to going public to understand the initial public offering (IPO) process for Stripe, Inc.

**March 2023 | United States Department of Treasury and Internal Revenue Services (IRS) calls**
- — As Payroll Program Manager, I made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. (with the Bureau of the Fiscal Service, *Treasury Offset Program (TOP)*) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone 917-588-4749).
  - — The call was dropped after the recorded statement of "*This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service*"

**March 2023 | State of California, Employment Development Division (CA EDD) calls**
- — As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash
  - — **Silicon Valley Bank (SVB) and First Republic Bank** ( ... ... ... ... )

**March 2023 | State of Maryland, State of Maryland Comptroller's Office and Baltimore County calls**

- As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023.  Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with [illegible], Corporate Tax, [illegible], State and Local Tax (SALT) and [illegible], Finance Operations and [illegible], Real Estate ~$3.0M and the City of Baltimore

**March 2023 | Stripe, Inc.: Navigating a Tender Offer in 2023**

[illegible url] from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.

- **OF INTEREST:** As the Payroll Program Manager, I ([illegible]) had access to this information on March 3, 2023, this was not public. But this validities my experience.
    - **Of Interest:** I briefly looked at either the US Department of Treasury - [illegible] Federal Tax Payment System® [illegible] Payment webpage or the Internal Revenue Service (IRS) - [illegible] The Electronic Federal Tax Payment System, as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS)

**Plans to Transition from Charlotte, North Carolina**

- **March 6, 2023 - March 20, 2023:** The stalkers upped the ante and started to use laser pointers through the vents in the Living Room, Bedroom, Bathroom, Office area and additional unknown areas of the apartment.  Specifically, unknown individuals shined laser points in my eyes when I woke up from sleeping at 3:00M or 3:30am to wake me up.
- **Mid-March 2023:** Had two (2) conversations with Brenda Cecelia Duenas Hill, KPMG Sector Executive.
- **Tuesday, March 21, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
    - *Tuesday, March 21st - Case Number 20230321155300*
- **Thursday, March 23, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
    - *Thursday, March 23rd - Case Number 20230323101700*
    - **NOTE:** Why did Officer Jackson say that I should "go and visit Wisconsin?" This did n[ot] make sense to me and the time and does not make sense now.

- **Saturday, March 25, 2023:** The leaders of each group made their presence known, as I started to pack my apartment. I was able to see them clearly in the Lincoln at Dilworth - East Morehead Street Parking Garage drive through.
  - Driven by a Hispanic - White Pickup Truck without tint, I think that Jose, Maintenance team of the Lincoln at Dilworth drove this truck with Texas tags
  - Driven by a White Man - Olive Green Pickup Truck, I think that this vehicle was a four door Truck with tinted windows (same vehicle that
  - Driven by a Black man - Grey Jeep Wrangler with tinted windows (same vehicle that followed me to church).
    - **NOTE:** This guy let me see his face multiple times. He seemed to clean cut for whatever was happening.
- **March 28, 2023 |** What we know about the deadly shooting that left six people dead, were killed in the shooting, and the suspected
  - "Six people — including three children — were killed in the shooting, and the suspected attacker was killed by police within minutes of the first call of an active shooter.
  - Audrey Hale, whom police identified as the shooter, had bought seven firearms — including the three guns used in the attack — legally and had been in treatment for an emotional disorder, Nashville Police Chief John Drake said Tuesday."
- **March 30, 2023:** There was a White guy in a Black Chevy Suburban, that followed me from Lincoln at Dilworth to Pearl Street Park - 1200 Baxter St, Charlotte, NC 28202 with North Carolina vehicle tag - **SOLD.**
  - He walked into Canopy 15 At Top Association - 1120 Pearl Park Way, Charlotte, NC 28204. The guy was wearing a golden yellow t-shirt, black sleeveless vest with quilted diamonds, black pants and was bald-headed and his face was bright red after looking at me.  He made his presence known.
  - **OF INTEREST:** This guy made his presence known, he had the "opportunity to inflict physical violence" and **did not take advantage** of the "opportunity to inflict physical violence". **He was not a threat, from the expression on his face he was pissed off and may know a lot more about what was happening and/or what was supposed to happen to me.**
    - This guy watched me for more than 30 minutes. **He was not a threat.** Utilized the
- **March 30, 2023:** Completed the move out process from Lincoln at Dilworth. Utilized the same system as Smyrna, Georgia, getting a U-HAUL truck and reserving movers from the U-HAUL system. My stuff was moved into Life Storage - 4601 South Blvd, Charlotte, NC 28209.
  - **OF INTEREST:** Contact Lyna Alfaro see message from March 31 as I was moving out of Lincoln at Dilworth.
  - While staying at the Homewood Suites, Charlotte, North Carolina, I attempted to book a hotel reservation at the Seattle Marriott Waterfront but was unable to due to an error. See Technology Abuse folder

**voicemail.amr**
Audio Recording   19 KB



— **March 31, 2023:** Upon arrival at Seattle-Tacoma Washington (SEATAC) airport, a teenage girl with blonde hair video recorded Jax and I while riding the airport tram to get my luggage. I made a hotel reservation at the Hotel Pineapple

Previous reasons for moving to Charlotte, North Carolina - Charged with drug, the Wall Street the South

**April 7, 2023 | YouTube Search - Lifeweaver, of the Overwatch Series**
Overwatch 2 & 1 (2023) All Origin Stories, https://www.youtube.com/watch?v=9PGGZ6dtb3s
**Screenshot of Interest: Active Threats - is this Stripe, Inc., Paystack and Stripe, Inc. offices?**
- Seattle, Dorado, Rio de Janiero, Numbani, Paris
- Enemies within Overwatch and enemies outside of Overwatch attacked
- Enemies blow up our headquarters

**Character of Interest:**
- **Sombra** - Hacker, manipulator, information is power - politicians, corporations, governments. Someone noticed her.

**May 4, 2023 | Meeting with Ingrid Jones on My Birthday**
Again, Ingrid Jones did not offer help to Charisse S. Moore to survive stalking in Atlanta, Georgia and Charlotte, North Carolina.
All Ingrid Jones could tell Charisse S. Moore on May 4, 2023, was that her therapy sessions were *"helping people"* and that Charisse S. Moore *could "survive a couple of naked pictures".*



# 9. Moore County 2022 - Energy Grid Attack

December 3, 2022

**Charisse S. Moore** - www.linkedin.com/in/charissemoore
- **December 3, 2022 |** Moore County substation attack **| Moore County, North Carolina**
  - This occurred approximately 1.5 hours from Charlotte, North Carolina, possibly near where I got my North Carolina driver's license.
    - "Less than two weeks prior to the Moore County substation incident, the FBI had sent a report to private industry in which they stated that there had been an increase in reported threats to electric infrastructure from people who espouse "racially or ethnically motivated violent extremist ideology", with an aim of creating civil disorder and inspiring further violence.
    - In addition to the Moore County Sheriff's Department, the North Carolina State Bureau of Investigation, the Federal Bureau of Investigation, and police departments from all eleven municipalities in Moore County are participating in the investigation.[1] The Office of Cybersecurity, Energy Security, and Emergency Response (CESER) of the Department of Energy is also reported to be assisting."
    - **AS A MATTER OF UNITED STATES SECURITY:** As Program Manager at the Mississippi Development Authority for the Energy Efficiency Conservation Block Grant (EECBG) which was a federally funded grant programs, under the United States Department of Energy (DOE), as part of the American Recovery and Reinvestment Act (ARRA) of 2009, under the president Barack H. Obama administration.
      - This occurred approximately 1.5 hours from Charlotte, North Carolina, possibly near where I got my North Carolina driver's license and my last name is Moore. I am a descendant of the Jamaica Maroons from Maroon Town, Jamaica. Note that my last name is Moore. My Grand Uncle is Sir Patrick Allen, Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to King Charles III.
    - **AS A MATTER OF UNITED STATES SECURITY:** Both Edward Everett Thomas III and Anita Lynn Guidroz have asked about my work related to the United States Department of Energy (DOE) at some point in time. Guidroz and Thomas had direct reporting to me, Charisse S. Moore, as Program Manager of the Energy Efficiency Conservation Block Grant (EECBG).
    - **AS A MATTER OF UNITED STATES SECURITY:** I, Charisse S. Moore coordinated the initial phase of the US Department of Energy DOE and the University and laboratory Clean Energy Research at Texas Tech University (TTU) with Oleg Volkov leading the research program, College of Engineering, John Hopkins University and additional university across the United States

**May 10, 2022 | Director GCHQ discusses how 'whole of cyber' approach is disrupting criminals**
https://www.gchq.gov.uk/news/director-cyberuk-2022

— "Speaking at CyberUK 2022 in Newport, Wales, Sir Jeremy Fleming has outlined how GCHQ is combining defensive and offensive cyber capabilities to disrupt criminal activity on an "immense scale". He highlighted how GCHQ's National Cyber Security Centre (NCSC) is protecting the digital homeland, including the Active Cyber Defence programme which took down more than 2.7million online scams last year, and set out for the first time how the National Cyber Force (NCF) – a joint GCHQ and MoD partnership – has worked alongside the NCSC and law enforcement to disrupt criminal cyber gangs."

Both Brenda Decyla Dumas Hill and Anika Jung Onpujov have asked about my work related to the United States Department of Energy (DOE) at some point in time.

Brenda Decyla Dumas Hill held a KPMG Technology Executive call and discussed Uber without Charisse C. Moore being able to leave the room. This is the first time that Charisse C. Moore / Charisse C. Muraj is addressing this issue which is a known conflict with KPMG, to have people in the room listening to Confidential Client calls.

As a former Deloitte Consulting, LLP and Ernst & Young, LLP HR Strategy & Transformation Consultant, I, Charisse C. Moore, am well aware of the Confidential nature of Client relationships.

— Deloitte Consulting, LLP - Technology, Media and Telecommunications
— Ernst & Young, LLP - Technology, Media and Telecommunications

**Unsealed warrant provides closer look at NC power grid attack investigation**
https://www.wsoc-tv.com/news/local/unsealed-warrant-provides-closer-look-nc-power-grid-attack-investigation/A5MGT6DRZVHAU7APU2USREA/

By Joe Bruno, wsoctv.com and Jonathan Lowe, wsoctv.com
February 02, 2024 at 6:01 pm EST

MOORE COUNTY, N.C. — When gunfire attack took down two critical substations in Moore County in December 2022, 45,000 people were left without power and one woman who relied on oxygen was said dead.

A year later, investigators obtained search warrants of a van of interest.

Information on the investigation is scarce and law enforcement did not say why they were searching for the van, but newly unsealed search warrants paint a clearer picture into what law enforcement

has been looking into. Former FBI assistant director Chris Swecker reviewed some of the search warrants to help explain what investigators might be thinking.

"The agencies will not feed information to the public unless it's in their best interest. They don't give out details of investigations normally unless they can leverage the public to help them solve the crime or identify a suspect," Swecker said.

Located near the substation in West End, a storage facility captured the van on camera entering and leaving an unpaved driveway on the property. That driveway leads to unpaved trails and could offer a path to the substation.

"I observed video of a van enter the Pinnacle Storage parking lot on December 3, 2022 at approximately 8:35 PM and travel down an unpaved driveway parallel to N.C. Highway 211 towards the rear of Pinnacle Storage," an affidavit from an investigator reads. Despite leading towards outdoor storage and another gate, employees said there are no records showing the storage gate opening on the night of the attacks. The van was spotted entering and leaving the facility twice on camera and didn't stay for long.



Falsification of Records related to the United States Department of Energy (DOE) and/or the State of Mississippi

Daniel (Dan) Saucier was not the Bureau Manager of the Energy Policy, Planning and Research Division in February 2011, as it did not exist.

Further, as Bureau Manager / Program Manager of the Energy Efficiency Conservation Block Grant (EECBG) program from January 2011 - April 2012, Daniel (Dan) Saucier reported to me as Project Manger. There was no Project Manager, Senior position available, as noted on Daniel (Dan) Saucier's LinkedIn profile - https://www.linkedin.com/in/dan-saucier-0624a4248









Newsroom

UPDATE
July 6, 2022

# Apple expands industry-leading commitment to protect users from highly targeted mercenary spyware

Apple is previewing a groundbreaking security capability that offers specialized additional protection to users who may be at risk of highly targeted cyberattacks from private companies developing state-sponsored mercenary spyware. Apple is also providing details of its $10 million grant to bolster research exposing such threats.

March 30, 2023

Lindsey Dewhurst
Leasing & Marketing Manager
Lincoln at Dilworth
905 Kenilworth Avenue
Charlotte, NC 28204

RE: Lease Termination - Apt 479 Lincoln at Dilworth

Dear Lindsey,

This letter serves as notification that I will be vacating the Lincoln at Dilworth property located at 905 Kenilworth Avenue, Charlotte, NC 28204, Apartment 479 on Friday, March 31, 2023. This decision is not taken lightly, due to safety and security concerns it is necessary for me to terminate my lease.

As discussed, during the past two weeks, the following incidents have occurred within my apartment:

- Saturday, March 11th - Noticed green pin-dot laser light against my curtains at multiple points throughout the day
- Wednesday, March 15th - Awaken by a green pin-dot laser light on my face at 3:45 am.
- Thursday, March 16th - During a meeting, noticed red pin-dot laser light against the wall where my desk is step up 4:00 pm - 4:30 pm
- Friday, March 17th - Awaken by a bright camera flash between 3:30 am - 4:00 am
- Saturday, March 18th - Green pin-dot laser light shined on my face at 7:30 am

Note that on Wednesday, March 22nd the apartment above me from 5:30pm - 6:20pm either moved and/or constructed items that were loud and disruptive in nature.

- On Wednesday, March 22nd at 5:56pm I noticed the green pin-dot laser light against my curtains.
- On Thursday, March 23rd at 3:15am I noticed the green pin-dot laser light against my blanket near my face.

Contacted and meet with the Charlotte Mecklenburg Police Department to discuss the situation

- Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23rd - Case Number 20230323101700

Lease Termination Options were previously provided, at this time I will move forward with Option 3 - Rent Responsible until Re-Lease. Note that my original lease agreement termination date is June 30, 2023.

As I both live and work from home, safety and security are of the utmost importance for me. It is unfortunate that the circumstances noted above have occurred.

If you have any questions or concerns, feel free to contact me at the details listed below.

Best,

*Charisse S. Moore*

Charisse S. Moore
cydreis9@gmail.com
917-386-5745

**Move Out Balance Statement**

Charisse Moore

905 Kenilworth Ave Apt 479 | CHARLOTTE NC 28204

July 10, 2023

| Charges | Amount |
|---|---|
| 3/1-3/31 March 2023 Rent | $2,268.00 |
| 3/1-3/31 Valet Trash | $30.00 |
| 3/1-3/31 Pest Control | $3.00 |
| 3/1-3/31 Pet Rent | $20.00 |
| 12/25-1/25 Water, Sewer and Water Admin Fee | $19.87 |
| 1/25-2/25 Water, Sewer and Water Admin Fee | $19.28 |
| 2/26-3/31 Water, Sewer and Water Admin Fee | $22.53 |
| April Rent | $2,268.00 |
| May Rent | $2,268.00 |
| 6/1-6/29 Rent | $2,192.40 |
| Total Charges | $9,111.08 |

| Credits | Amount |
|---|---|
| Security Deposit | -$300.00 |
| 3/2 Payment | -$2,340.87 |
| 4/2 Payment | -$2,340.28 |
| Total Credits | -$4,981.15 |

| Total Due | $4,129.93 |
|---|---|

**Schedule of Payments:**
Payment is due in full by **Thursday, August 10, 2023**

**Terms of Payment:**
Payment is due in full on or before the scheduled date. Payments must be made in certified funds. Legal action will be immediately taken for the collection of the unpaid debt described above if payment is not made in full on the scheduled date. Nonpayment of the above debt will negatively affect your rental and credit history.

This document was prepared by:

_Kristen Hooper, Resident Manager_

7/10/23
Date

CC: USPS, Email, Resident File

Per North Carolina Debt Collection Law, we are required to state the following:
**THIS IS AN ATTEMPT TO COLLECT A DEBT**

# Potential Trigger for 2023 Nashville Mass Shooting

March 20, 2023

I am the victim of a multi-year ~~............~~ scheme, my name is ~~.............~~ with timelines from 2021 – Present, possibly earlier than the provided timeline.

**Charisse S. Moore** - www.linkedin.com/in/charisse-moore
— **Charisse S. Moore is a UNITED STATES OF AMERICA CITIZEN**

**Scenic Productions**
— **Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Sharon Duffie**

**Vanderbilt University**
— **Tara Duffie**

**Potential trigger:**
— **Targeting in Orlando, Florida, Smyrna, Georgia and the Military Tactical hold in Charlotte, North Carolina, pictures previously in my phone from the Pulse Mass Shooting in Orlando, Florida. Look at the outfit of Aiden / Audrey Hale and my pictures from March 31, 2014.** The kids knew that I was being stalked by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Roseanne Duffie, Vanderbilt University and additional known and/or unknown co-conspirators targeted me in Smyrna, Georgia, Charlotte, North Carolina.

**2019 - 2021 | Charisse S. Moore - Orlando, Florida resident**
— **November 12, 2020** - Texted me and asked whether I would come to her house in Smyrna, GA, for Thanksgiving. I stated that I would not come to Thanksgiving due to the COVID-19 pandemic. I stated that I was considering moving to Atlanta, GA.
— **April 2021** - Visit to Atlanta, Georgia, to look for apartments in the Buckhead area Dan and Ryanne (maybe more Dan). Ryanne Duffie Saucier spoke of Dan Saucier having COVID-19 in March 2020 and not being able to get into hospital at Emory, as the focus was on Black patients.
—

**2021 - 2022 | While a resident at the ~~............~~ apartment complex in Smyrna, Georgia, I believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

— **June 1, 2021** - Ryanne Duffie Saucier and ~~............~~ sent me text messages when I moved to Smyrna, Georgia, that if I ever needed anything to please feel free to reach out.
— ~~............~~ resides in Smyrna, GA with her two children and her husband, Derek, who serves as the Mayor of Smyrna."
— Contact AT&T to obtain text messages from June 2021
— **June 1, 2021 | Welcome to Smyrna, Georgia (Atlanta, Georgia)**

- I spent the weekend at Ryanne Duffie Saucier and Dan Saucier, as they were out of town. Their babysitter for Elias was at their home in Smyrna, Georgia for the weekend, with her boyfriend. The babysitter and her boyfriend (unfortunately, I do not remember their names) slept upstairs and I slept where I usually slept, downstairs in the guest room.
  - The babysitter was a student at the University of Georgia, in Athens, Georgia. Dan Saucier has a sister and nephew that also live in the Athens, Georgia area.
  - The babysitter and I had multiple conversations about her attending a friends wedding that celebrated the Indian culture. At this same time, I may have shared a vision that I had for a multi-cultural show to help people see that we have more in common than we do differences.
- **August 2021 | Conservation about Ryanne Duffie Saucier joining Fox News**
  - Ryanne, Dan and I had a conversation about Ryanne Duffie Saucier joining the Fox News team and how Fox News has changed. I was happy for Ryanne to join the Fox News team and told her about an old friend that worked at Fox News and how successful that person looked from her LinkedIn. Ryanne and I then talked about clothes that we wore at work. I specifically noted that I like to wear crew neck tops, so that "there is no funny business". Meaning focus on the work and be respectful of myself and people's families. Ryanne looked at me kinda of strange, but I understand because the comment came out of nowhere. I then switched the subject to tv shows and movies and talked about the movie Pocahontas. I showed Dan and Ryanne have pictures of my family (Sir Patrick Allen's family) and my Mom's home in Boca Raton, Florida. My intention was to show the diversity of family, as Dan mentioned a couple of times that he has no-racial siblings that he would like to meet from Mississippi.


*Ryanne Duffie Saucier and Dan Saucier*
- **November & December 2021 |** Spent the holidays with Ryanne Duffie Saucier and Daniel Saucier in Atlanta, GA, to include, Thanksgiving, Christmas and New Year's Eve.
  - **Halloween 2021 |** Note that Ryanne Duffie Saucier actively highlighted her son wearing Minnie Mouse slippers to be "just like his mom", in addition to Ryanne and Dan allowing their son to come down the stairs and outside unclothed.
    - **NOTE:** During this time, Ryanne Duffie Saucier mentioned Michael Jackson "grooming" child abuse. Ryanne may have been referencing something to this nature, I am not sure, as I did not ask and was not interested in the talking point.
      - Child abuse accusation against Michael Jackson
        - Ryanne Duffie Saucier asked me repeatedly to spend the night at
  - **November 2, 2021 |** their house for unknown reasons. I lived approximately 10-15 minutes away from Ryanne Duffie Saucier and Dan Saucier. Spent the night at Ryanne Duffie Saucier and Dan Saucier's house at Ryanne's insistence. We (Ryanne Duffie Saucier and Charisse Moore) fell asleep downstairs on opposite sides of the sofa watching the last game in the World Series, with the Atlanta Braves winning the World Series on November 3, 2021.
  - **November 5, 2021 |** Hung out with Dan Saucier, Ryanne Duffie Saucier, Mechel

McKinley Hoffman - Realtor and her husband at Truist Park to celebrate the Atlanta
Braves winning the World Series
- **OF INTEREST:** Braves fans ran through downtown Atlanta placed exes
  on the car tops parked at downtown area street

- **November 28, 2021 - December 3, 2021** - I offered to housesit for Ryanne Duffie
  Saucier and Dan Saucier at their home 3335 Hidden Trail SE, Smyrna, Georgia, as there
  was a series of issues at Elevate West Village in Smyrna, Georgia
  - **November 28, 2021** - Ryanne played the voice recording of the Mickey Mouse
    impersonator for Elias with directions that they are going to Walt Disney World in
    Orlando after Thanksgiving 2021.  She paid the actor, who actually acts as
    Mickey in the Disney park $400 for a five minute call with Elias. I had the video of
    when the guy called Elias on Sunday, November 28, 2021.
- **December 25, 2021 |** I remember Sharon Duffie looking at Ryanne Duffie Saucier on
  December 25, 2021, saying that Ryanne sleeps naked, Elias comes into the bedroom
  and sleeps with her and that Dan sleeps in the spare room due to his sleep apnea. It
  was a strange comment that came out of nowhere.


Daniel Saucier
Race: White male, of American Indian and Cajun descent
· Height: Tall (about 6'2 or 6'3)
· Build: Heavyset, 300 lbs
· Age: 43 years old


**May 2022 | Smyrna, Georgia Targeted**
Following up with you on being potentially stalked. On Thursday, May 12, 2022 – I saw one (1) young
black man walking in the opposite direction of my morning walk with Jax (7:05am - 7:25am):
· Race: Black male, dark skinned
· Height: Tall (about 6'0)
· Build: Skinny, 150-165 lbs.
· Age: 20-27 years old
· Clothes: White baseball hat, white Ralph Lauren Bear long sleeve hoodie, white shorts that hit at
the knee, white sneakers, backside of underwear had some yellow in it
As we walked in opposite directions, when he approached my direction, I crossed into the median
grass area and continued to walk my dog. After the individual walked past me, I returned to my
original path and smelled weed from the man's walking path. *He had a little black video recording
device in his hand*, he looked in the Bobbie Sharma clothing store with it. As I made the loop around
the buildings (beginning at Five Guys to McCray's Tavern to the Alexander Dentist office and back
to Elevate West Village), our paths crossed on opposite sides of the street, he said 'Hi', pseudo
waved and pointed the black device my direction. I shared this information with Ingrid Jones, Rachel
Luppino (friend) and Andre Gilgeous (cousin), each individual did not pay attention to issue.

2022 – 2023 | While a resident at the ~~Lincoln at Dilworth~~ apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:

2022 - 2023 | Stripe, Inc.
- October 2022 | As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:
    - Ultimate Kronos Group (UKG) – United States Payroll
    - OF INTEREST: Contacted Gusto Payroll to gain access to Stripe, Inc. subsidiaries reports
    - OF INTEREST: Partnered with Finance Operations, Corporate Tax and SALT to resolve State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services

December 2022: I, ~~Stephanie Adams~~, read the book ~~Betrayal Trauma: The Logic of Forgetting Childhood Abuse~~. The name of the book, Betrayal Trauma, is enough to get anyone's attention. Especially when former friends stalk you and leave threatening message.

- OF SIGNIFICANT IMPORTANCE: Fall 2021 | Remember Dan Saucier talking about people getting shot while he was a child at home.

Military Tactical Hold within the Lincoln at Dilworth apartment complex:
For months and months (December 21, 2022 through March 31, 2023), everytime that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator.  There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

- December 27, 2022: There were four (4) vehicles that surrounded the exit of Lincoln at Dilworth, when I went to walk Jax.  VEHICLES OF INTEREST: Black Ferrari (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)
    - NOTE: A resident, white woman with blonde hair and a little Poodle stared at me in the elevator and did not say a word.
- December 28, 2022:  Ulta Beauty at 7314 Waverly Walk Ave, Charlotte, NC 28277

- — Doxxed while paying for Dolce & Gabanna - Light Blue. The cashier asked for my phone number and screamed my phone number across the entire store.

- **Banfield Pet Hospital appointments at Charlotte SouthPark**
  - — **February 10, 2023:** The veterinarian pulled out a lot of Jax's teeth in the top part of his mouth. Jax must now eat soft food, instead of the Blue Buffalo that he traditionally ate.
  - — **OF INTEREST:** Instead of the traditional call from the Veterinarian's office, the follow-up call about the surgery I received an email instead which was strange, as this was the first time that person wanted to help out

- — **February 22, 2023:** Followed by Grey Jeep Wrangler with dark tinted windows to church on Ash Wednesday at St. Gabriel Catholic Church.
  - — **Address:** St. Gabriel Catholic Church - 3016 Providence Rd, Charlotte, NC 28211
  - — **Of Interest:** This is the day that my ears finally stopped burning and turning red.

**March 6, 2023 - March 20, 2023:** The stalkers upped the ante and started to use laser pointers through the vents in the Living Room, Bedroom, Bathroom, Office area and additional unknown areas of the apartment. Specifically, unknown individuals shined laser points in my eyes when I woke up from sleeping at 3:00M or 3:30am to wake me up.

**March 2023 |** As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash
  - — **Silicon Valley Bank (SVB) and First Republic Bank (**https://www.forbes.com/sites/ dexbonzar/2023/03/10/silicon-valley-bank-drama-veristippu-reaction/**)**
  - — During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. (with the Bureau of the Fiscal Service, *treasury.gov.st.Bureau* (1889) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone 917/339/1799 ).
    - — The call was dropped after the recorded statement of *"This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service"*

- — **March 2023 |** As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023. Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with *Raleigh Regur*, Corporate Tax, *Paul Hopping*, State and Local Tax (SALT) and *Dave Auckland*, Finance Operations and *Impary Borden*, Real Estate ~$3.0M and the City of Baltimore

- — **Tuesday, March 21, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
  - — *Tuesday, March 21st - Case Number 20230321155300*

— **Thursday, March 23, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
  — *Thursday, March 23rd - Case Number 20230323101700*

— **March 28, 2023 |** what we know about the deadly shooting at a nashville elementary school, and the suspected
  — "Six people — including three children — were killed in the shooting, and the suspected attacker was killed by police within minutes of the first call of an active shooter.
  — Audrey Hale, whom police identified as the shooter, had bought seven firearms — including the three guns used in the attack — legally and had been in treatment for an emotional disorder, Nashville Police Chief John Drake said Tuesday."

— **March 30, 2023:** There was a White guy in a Black Chevy Suburban, that followed me from Lincoln at Dilworth to Pearl Street Park - 1200 Baxter St, Charlotte, NC 28202 with North Carolina vehicle tag - **SOLD.**
  — He walked into Caddy REALTOR Association - 1120 Pearl Park Way, Charlotte, NC 28204. The guy was wearing a golden yellow t-shirt, black sleeveless vest with quilted diamonds, black pants and was bald-headed and his face was bright red after looking at me. He made his presence known.
  — **OF INTEREST:** This guy made his presence known, he had the "opportunity to inflict physical violence" and **did not take advantage** of the "opportunity to inflict physical violence". **He was not a threat, from the expression on his face he was pissed off and may know a lot more about what was happening and/or what was supposed to happen to me, Charisse S. Moore.**
    — This guy watched me for more than 50 minutes. **He was not a threat.**
    — **NOTE:** Educational Media Foundation (formerly **EMF Broadcasting**, abbreviated **EMF**) is an American nonprofit Christian media ministry based in Franklin, Tennessee, a suburb of Nashville. Educational Media Foundation "The president and CEO of EMF is Todd Woods, named to the position on March 21, 2023.[1] Woods replaced Bill Reeves, who held the position from July 15, 2019, till March 21, 2023. Reeves replaced interim president and CEO Alan Mason, who himself succeeded longtime head Mike Novak.[2]"

**2019 | Restructuring Might Have Just Made Cumulus Media an Interesting Bet**

"Last year, when it filed for bankruptcy, the value of its assets was below the level of its debt. The situation was so bad that the debt was actually more than 100 times the value of the equity and more than 25 times Ebitda. But it has made a conscious effort to reduce the gearing, divesting six stations to Educational Media Foundation for approximately $25 million and using the money primarily to pay off term loans. There are more such divestitures expected in the near future."

**NOTE:** Educational Media Foundation (formerly **EMF Broadcasting**, abbreviated **EMF**) is an American nonprofit Christian media ministry based in Franklin, Tennessee, a suburb of Nashville. Educational Media Foundation – I believe this maybe be related to the SOLD gentleman, per Wikipedia "The president and CEO of EMF is Todd Woods, named to the position on March 21, 2023.[1] Woods replaced Bill Reeves, who held the position from July 15, 2019, till March 21, 2023. Reeves replaced interim president and CEO Alan Mason, who himself succeeded longtime head Mike Novak.[2]"

**September 29, 2021 | US Department of Justice, Southern District of Alabama, Interstate Stalking**
http://www.justice.gov/usao-sdal/programs/victim-witness-assistance/interstate-stalking

— Per the **US Department of Justice, Southern District of Alabama, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."

**OF INTEREST:**
— **August 31, 2021 |** I started Rapid Resolution Therapy (RRT) sessions for unresolved trauma related to my brother Winston Alexander Moore, Jr.'s death with Anne Mayfield in the Atlanta, Georgia.
— **June 26, 2021 |** Attended birthday party of Ryanne Duffie Saucier and Dan Saucier's five (5) year old child. In attendance at the party was Terry Duffie, Sharon Duffie, Skip Duffie (Terry Duffie, Jr.) and children and parents from Ryanne Duffie Saucier and Dan Saucier child's school.
    — **NOTE: Ryanne Duffie Saucier's father Terry Duffie owns a Radio Station in Dothan, Alabama** Radio Station Owned by Terry Duffie (Father): https://hoz7am.com/

- **Terry Duffie, Member of Alabama Broadcasters Association**
  - Professional website – http://duba.com/wp-floxty-culief
  - LinkedIn – linkedin.com/in/terry-duffie-a740a295
  - Founder of Summer Lake Network & Productions
  - Founder of WLMS
  - Executive Director of Trinity Bank, Irish in AL
  - Governor's Advisory Board of Educational TV of Alabama (appointed by Governor Forrest "Fob" James)
  - Liaison for Governmental Affairs for State of Alabama to National Association of Broadcasters
  - Elected and Served 2-4 Year Terms on the Associated Press Board of Directors (Representing the State of Alabama, Mississippi, Tennessee, Kentucky and Louisiana)

**Contact Details**
- Ryanne Duffie Saucier, Vice President of Legal Affairs at Fox News Stations (https://www.foxtvstations.com/)
  - Ryanne is the Vice President of Legal Affairs at Fox News Stations and was is in charge of the Orlando, Gainesville and Tampa markets at Fox News Stations
  - Ryanne Duffie Saucier was formerly employed by Cumulus Media, as General Counsel with directly reporting responsibility to Richard Denning
    - Richard Denning EVP, Secretary & General Counsel
    - Frank Lopez-Balboa, EVP, Chief Financial Officer
    - (919) 861-1094
  - I blocked Ryanne's phone and email, as of January / February 2022
    - LinkedIn profile - https://www.linkedin.com/in/ryanne-saucier
    - Email address  - ryanne.saucier@gmail.com, rsdmfu@hotmail.com
    - Email address - web.queries@compass.stations.com
- Dan (Daniel) Saucier, Real Estate Agent at Keller
  - Dan is a Real Estate Agent at Keller Knapp Realty
  - I blocked Dan's phone and email, as of January / February 2022
    - LinkedIn profile - https://www.linkedin.com/in/dan-saucier-054-ab345
    - Email address  - dr.saucier@gmail.com, sandr.county@me.com
- Tara Roseanne Duffie, MA, DNP, PMHNP-BC
  - Psychiatric Mental Health Nurse Practitioner at Vanderbilt University
  - Professional website - https://www.vanderbilt.edu/nursing/2000-tara
- Ingrid Jones, Licensed Mental Health Counselor (LMHC)
  - Adjunct Professor at Nova Southeastern University and Broward College
  - LinkedIn profile - http://www.linkedin.com/in/ingrid-jones
  - Email address - ingridotchris@ngrow.com
  - Personal website - http://www.chrisgrow.com
  - Professional website: https://www.psychologytoday.com/profile/ingrid-jones and quotes: fjones24
  - Instagram: http://www.instagram.com/chrisgrow/wellness

- http://www.coralsprings.com...
- Licensed by State of Florida / MH10957
- Address - 5850 Coral Ridge Drive, Suite 314, Coral Springs, FL 33076
- Phone Number – (954) 621-1991
- Phone Number: (954) 214-7091

     

March 30, 2023

Lindsey Dewhurst
Leasing & Marketing Manager
Lincoln at Dilworth
905 Kenilworth Avenue
Charlotte, NC 28204

RE: Lease Termination - Apt 479 Lincoln at Dilworth

Dear Lindsey,

This letter serves as notification that I will be vacating the Lincoln at Dilworth property located at 905 Kenilworth Avenue, Charlotte, NC 28204, Apartment 479 on Friday, March 31, 2023. This decision is not taken lightly, due to safety and security concerns it is necessary for me to terminate my lease.

As discussed, during the past two weeks, the following incidents have occurred within my apartment:

- Saturday, March 11th - Noticed green pin-dot laser light against my curtains at multiple points throughout the day
- Wednesday, March 15th - Awaken by a green pin-dot laser light on my face at 3:45 am.
- Thursday, March 16th - During a meeting, noticed red pin-dot laser light against the wall where my desk is step up 4:00 pm - 4:30 pm
- Friday, March 17th - Awaken by a bright camera flash between 3:30 am - 4:00 am
- Saturday, March 18th - Green pin-dot laser light shined on my face at 7:30 am

Note that on Wednesday, March 22nd the apartment above me from 5:30pm - 6:20pm either moved and/or constructed items that were loud and disruptive in nature.

- On Wednesday, March 22nd at 5:56pm I noticed the green pin-dot laser light against my curtains.
- On Thursday, March 23rd at 3:15am I noticed the green pin-dot laser light against my blanket near my face.

Contacted and meet with the Charlotte Mecklenburg Police Department to discuss the situation

- Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23rd - Case Number 20230323101700

Lease Termination Options were previously provided, at this time I will move forward with Option 3 - Rent Responsible until Re-Lease. Note that my original lease agreement termination date is June 30, 2023.

As I both live and work from home, safety and security are of the utmost importance for me. It is unfortunate that the circumstances noted above have occurred

If you have any questions or concerns, feel free to contact me at the details listed below.

Best,

*Charisse S. Moore*

Charisse S. Moore
cydreis9@gmail.com
917-386-5745





Lincoln at Dilworth Apt 479

10:59                                  .ıl 5G+ ▬

X

## About this location

Your estimated location
**Atlanta GA, Georgia**

**From your IP address**

Your general area is estimated from your IP address. An IP address is assigned to your device by your internet service provider, and it's required to connect to websites and online services.

To get results for a specific area, include a location in your search

```
ERROR: rangecheck
OFFENDING COMMAND: image

STACK:

-dictionary-
```

2/21/24, 6:26 AM

# Re: Internal Movement - Transfer Request

From   CharisseSM8@proton.me <CharisseSM8@proton.me>

To     leastern@stripe.com

CC     jackieo@stripe.com

Date   Wednesday, May 31st, 2023 at 6:07 PM

Hi Lea,

Thank you for working on this issue on my behalf.

Best,
Charisse

On Wed, May 31, 2023 at 2:54 PM, Lea Stern <⬛⬛⬛⬛⬛⬛@⬛⬛⬛⬛.⬛⬛⬛> wrote:

> Hi Charisse,
>
> Thanks for reaching out. I wanted to acknowledge your note and let you know I am reviewing your request with the business. I will get back to you shortly on this.
>
> Best,
> Lea
>
> On Tue, May 30, 2023 at 2:42 PM <⬛⬛⬛⬛⬛⬛⬛⬛⬛@⬛⬛⬛⬛⬛.⬛⬛⬛> wrote:
>
>> Lea,
>>
>> Hope that you enjoyed the Memorial Day holiday.
>>
>> Reaching out to you in regards to my request for an internal transfer to the New York City area. Per Alessandro's email below, Alessandro and David have reviewed the request and have declined the transfer.
>>
>> As noted via emails with Jackie, I have worked with my medical professional to create a Relocation Strategy due to ongoing stalking. This relocation strategy would involve moving to the New York City area where I will have the support of friends and family, as this issue persists.
>>
>> Note that my request to move to New York City is a matter of my personal safety and security. I did not

2/21/24, 6:26 AM

ask for a financial impact as part of my request. I asked to move to the New York City area. It's unfortunate that financial impacts were considered prior to my personal safety.

Please let me know if there is flexibility on moving forward with the internal transfer to the New York City area and/or next steps is there is not flexibility.

Best,
Charisse S. Moore

On Fri, May 26, 2023 at 2:03 PM, <CharisseSMUU@proton.me> wrote:

Hi Alessandro,

Per your email below, my understanding is that my transfer request has been declined, by yourself and Dave.

Thank you for providing insights into the decision making framework for the transfer request.

As noted below, I will reach out to Jackie and/or Lea (Jackie is out of the office returning June 1st) on next steps after the Memorial Day holiday weekend.

Best,
Charisse S. Moore

On Thu, May 25, 2023 at 4:51 PM, Alessandro Giagodi <alessandro@jltpco.com> wrote:

Hi Charisse,

All well here thanks, and good to hear from you.

Dave and I have discussed your personal request to transfer to the NYC area. For context, when reviewing these requests, our goal is to ensure that any personal transfers are justified by the needs of the business, including cost considerations. In this case, unfortunately there is no business need justifying the cost implications for a move to the NYC area. I know this is likely disappointing, but unfortunately we can't move forward here.

I understand you have been in touch with Jackie and Lea regarding your leave of absence and I would encourage you to follow up with them to touch base on what next steps might look like from here if needed.

2/21/24, 6:26 AM

Regards,
Alessandro


On Wed, 24 May 2023 at 16:12, <Charisse:MB@proton.me> wrote:

Hi Alessandro,

Happy Wednesday! Hope that you and the team are doing well!

In parallel with the leave of absence, I would like to request a transfer as I plan on moving to New York City.

Please let me know what information is required to initiate this process.

Best,
Charisse

Sent from Proton Mail for iOS


--

 **Lea Stern**
People Partner
leastern@stripe.com

2/21/24, 6:21 AM

## Re: Leave of Absence continued

From   CharisseSM8@proton.me <CharisseSM8@proton.me>

To   jackieo@stripe.com

CC   leastern@stripe.com

Date   Thursday, May 25th, 2023 at 11:52 AM

Confirmed! Thank you Jackie!

Hope that you enjoy your time off.

Best,
Charisse

On Thu, May 25, 2023 at 11:50 AM, Jaclyn Opritza <jackieo@stripe.com> wrote:
> Just confirming that our team has sent this letter and last 4 paystubs on a different thread - thanks again
> for your patience Charisse!

> On Thu, May 25, 2023 at 5:36 AM <CharisseSM8@proton.me> wrote:
>> Lea,
>>
>> Following up on Jackie's email below. Can you reach out to the People Operations team and ask that
>> they send the Letter of Employment to me at this email address?
>>
>> It's critical that I receive the Letter of Employment this morning. Please let me know if this is possible.
>>
>> Best,
>> Charisse Moore
>>
>>
>> On Wed, May 24, 2023 at 5:31 PM, Jaclyn Opritza <jackieo@stripe.com> wrote:
>>> Hi Charisse,
>>>
>>> Thanks for your patience - there are some issues with the Workday access, but instead one of our
>>> team members is pulling a verification letter for you as well your last four paystubs and will be
>>> sending those to you directly with me on CC shortly. Thanks again and sorry for that delay!
>>>
>>> In addition, heads up that after tomorrow I will be OOO from 5/26 through 5/31, returning June 1.

2/21/24, 6:21 AM

While I'm out, don't hesitate to reach out to ~~lesstern@stripe.com~~ for any questions on this!

–Jackie

On Wed, May 24, 2023 at 12:03 PM <~~CharisseSMS@proton.me~~> wrote:

Jackie,

As a People Partner, are you able to provide me with a Letter of Employment?

I would like to have this document prior to everyone going out of office for the Memorial Day holiday.

Let me know.

Best,
Charisse

On Wed, May 24, 2023 at 9:24 AM, <~~CharisseSMS@proton.me~~> wrote:

Jackie,

Thank you for reaching out to the People Operation team to prioritize the external Workday link request.

In regards to the transfer process, I will reach out to Alessandro this morning on this request.

Best,
Charisse

On Tue, May 23, 2023 at 2:37 PM, Jaclyn Opritza <~~jacqien@stripe.com~~> wrote:

Charisse,

Thanks for letting me know - I'm so glad Ingrid is supporting you. As for Workday, I filed a ticket with our team to get you access using this email address yesterday - let me ping them right now to see if they can prioritize this.

For personal relocation requests, these require your manager's input and OG approval before we can proceed. Is this something you have spoken to Alessandro about? If not, I recommend you reach out to him to discuss, including context around when and specifically

2/21/24, 6:21 AM

where you hope to move as a first step so you can have an open conversation about the request. Let me know if you have any other questions,

Jackie

On Tue, May 23, 2023 at 10:42 AM <CharisseSMB@proton.me> wrote:

Hi Jackie,

Following up on the note below, can you provide the external link to Workday, so that I can download a Letter of Employment and paystubs?

I found an apartment that I would like to move forward on the application process and will need to provide the information above. Thank you!

Charisse

On Mon, May 22, 2023 at 4:45 PM, <CharisseSMB@proton.me> wrote:

Hi Jackie,

I'm glad to hear that you received the message from Ingrid. To keep you in the loop, Ingrid will provide the Medical Leave Certification to the Larkin Company in the coming days.

In parallel with the leave of absence, I would like to request a transfer as I plan on moving to the New York City area. Please let me know what information is required to initiate this process.

Additionally, can you provide the external link to Workday, so that I can download a Letter of Employment and paystubs?

Thank you in advance!

Best,
Charisse

2/21/24, 6:21 AM

On Mon, May 22, 2023 at 4:22 PM, Jaclyn Opritza <jackies@aldgn.com> wrote:
Hi Charisse,

Thanks so much for the email – I just checked and yes, there is a VM from her (I missed this last week, apologies) and I've just listened and will let her know I've received. Let me know if there's any other questions you have as you work through the leave process as well.

Best,

Jackie

On Mon, May 22, 2023 at 11:24 AM <CharisseSM8@proton.me> wrote:
Jackie,

Happy Monday! Hope that you are doing well.

This afternoon I spoke with Ingrid Jones, who noted that she called you and left a message for you. Can you confirm whether you received Ingrid's message?

Best,
Charisse

On Thu, May 11, 2023 at 10:05 AM, <CharisseSM8@proton.me> wrote:
Jackie,

Thank you for confirming. I have responded to Cassandra's email and initiate the process within the Larkin portal.

Let me know if you have questions or concerns.

Best,
Charisse

Sent from Proton Mail for iOS

On Wed, May 10, 2023 at 6:14 PM, Jaclyn Opritza <jackies@strine.com>

2/21/24, 6:21 AM

wrote:
Hi Charisse,

I can confirm that we've discussed Larkin's approach to confidentiality with the relevant stakeholders, and we're comfortable moving forward with Larkin here. Again, if you have any other questions, do feel free to let Casandra from Larkin know as you kick off the process.

Best,

Jackie

On Wed, May 10, 2023 at 11:15 AM <Charisse5148@proton.me> wrote:
Jackie,

I would appreciate if you reach out to Jen Zale and discuss Larkin's ability to confidentially handle PII and PHI data for matters such as stalking.

Let me know if this is possible.

Best,
Charisse


Sent from Proton Mail for iOS


On Wed, May 10, 2023 at 12:46 PM, Jaclyn Opritza <jacrleo@stripe.com> wrote:
Charisse,

Thanks for your reply, and for clarifying that you will be acting on your own behalf during this process. For next steps in the leave process, if you do want to pursue a medical leave, you will need to engage with Larkin. I can assure you that Larkin has been a trusted and vetted partner handling hundreds of Stripe leaves without incident over its long engagement with us, and they use a secure portal for handling all user data. If you have any questions about that, Casandra Holt, one of Stripe's Larkin representatives who has reached out to you via email, can also help answer.

2/21/24, 6:21 AM

For next steps, please do reply to Casandra as soon as possible (by end of week) to get the process started and, if helpful, to get any more information you may need to understand how they prioritize security during the LOA process.

Best,

Jackie

On Wed, May 10, 2023 at 6:13 AM <CharisseSM18@proton.me> wrote:
Jackie,

Thank you for calling Monday evening to discuss the email thread below. As previously noted, I have had and/or continue to have communication challenges via phone, text and email.

I will use this leave of absence time to address the stalking issue by partnering with Ingrid on a safety plan, to include relocating to New York.

As previously discussed, I will act on my behalf. Ingrid is a partner in this issue and is able to provide a holistic view of this situation based on my prior experiences and her work as a Licensed Mental Health Counselor.

In regards to reaching out to Larkin, is it possible to handle this leave of absence internally versus using the vendor? I have concerns with maintaining confidentiality with my PII and PHI data and Larkin. Please reach out to Jen Z for additional details here.

Ingrid has been cc'd on the email thread as there issues contacting Ingrid directly last week.

Let me know if you have questions or concerns.

Best,
Charisse

Sent from Proton Mail for iOS

2/21/24, 6:21 AM

On Mon, May 8, 2023 at 11:16 AM, Jaclyn Opritza
<jopritza@stripe.com> wrote:

Hi Charisse,

Thank you so much for reaching out, and I'm glad to hear you'll
be pursuing a leave of absence to take care of yourself. I'm
happy to speak with Ingrid about that as needed. To be clear, are
you allowing Ingrid to act as a representative on your behalf with
Stripe and our leave administrator, Larkin? If you could confirm
that, that would be greatly appreciated and will help us facilitate
your leave. As a reminder, in order to initiate your leave, you or
Ingrid should reach out to Larkin at
stripeleaves@thelarkincompany.com and they will help you
through it step by step.

Best wishes, and let me know if you have any other questions,

Jackie

On Mon, May 8, 2023 at 6:17 AM <CharisseSMS@proton.me>
wrote:

Jackie,

As previously discussed, I have the option to continue to utilize
a leave of absence to deal with my personal matter.

At this time, I will use another four weeks of leave with a
tentative return on Monday, June 5, 2023.

Ingrid Jones will reach out to you early this week to discuss
this matter further.

Please use the contact information below and this email
address if you need to reach me directly.


Best,
Charisse

2/21/24, 6:21 AM

415-940-6805

Sent from Proton Mail for iOS

--

Jackie Opritza

People Team
Stripe
jackieo@stripe.com

--

Jackie Opritza

People Team
Stripe
jackieo@stripe.com

--

Jackie Opritza

People Team
Stripe
jackieo@stripe.com

--

Jackie Opritza

People Team
Stripe
jackieo@stripe.com

--

Jackie Opritza

2/21/24, 6:21 AM

People Team
Stripe
jackie@stripe.com


--

Jackie Opritza

People Team
Stripe
jackie@stripe.com


--

Jackie Opritza

People Team
Stripe
jackie@stripe.com

*The Larkin Company*

2/21/24, 6:28 AM

Hi Casandra,

Happy Wednesday! Hope that you are doing well.

Following up on your email below, please provide next steps with the claim.

Best,

Charisse

Sent from Proton Mail for iOS

On Mon, Jun 12, 2023 at 12:11 PM, Casandra Holt <̶c̶h̶o̶l̶t̶@̶t̶h̶e̶l̶a̶r̶k̶i̶n̶c̶o̶m̶p̶a̶n̶y̶.̶c̶o̶m̶> wrote:

Hi Charisse

Thank you for getting the Attending Physicians form back to us. After further review, it looks like the doctor is considered a certified healthcare provider under the Federal Medical Leave Act (FMLA). FMLA considers qualified healthcare providers as Podiatrists, dentists, clinical psychologists, optometrists, and chiropractors (limited to treatment) authorized to practice in the State and performing within the scope of their practice as defined under State law; Nurse practitioners, nurse midwives, clinical social workers and physician assistants who are authorized to practice under State law and who are performing within the scope of their practice as defined under State law. Unfortunately. FMLA does not recognize licensed medical health counselors as qualified healthcare providers.

Right now I am in the process of reviewing further information and next steps for your claim. I should have an update today or by the latest 1-2 business days. Please let me know if you have any questions or need to schedule a time to chat.

Best,

2/21/24, 6:28 AM

# Casandra Holt

Leaves and Claims Administrator

# The Larkin Company

cholt@thelarkincompany.com

https://calendly.com/cholt-dju/call-2

211 Perimeter Center Parkway Suite 700 Atlanta GA, 30346

Ph: 650 938-0933 I Fax: 650 938-0943 I Toll Free: 866 923-3336

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓>
**Sent:** Thursday, June 8, 2023 7:42 PM
**To:** Casandra Holt <▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: Leave of Absence: Check In

Hi Casandra,

2/21/24, 6:28 AM

Hope that you are doing well.

As previously noted, attached is the Attending Physician's Statement. Please review and let me know if you have any questions or concerns.

Best,

Charisse S. Moore

Sent from Proton Mail for iOS

On Tue, Jun 6, 2023 at 6:11 PM, Casandra Holt <cholt@thelarkincompany.com> wrote:

It has been updated. Absolutely, it has been my pleasure.

Best

# Casandra Holt

Leaves and Claims Administrator

# The Larkin Company

cholt@thelarkincompany.com

https://calendly.com/cholt-dju/call-2

211 Perimeter Center Parkway Suite 700 Atlanta GA, 30346

Ph: 650 938-0933 ! Fax: 650 938-0943 ! Toll Free: 866 923-3336

2/21/24, 6:11 AM

# Re: Charisse Moore – Leave of Absence docs

From    CharisseSM8@proton.me <CharisseSM8@proton.me>

To    ingrid@changetogrow.com

Date    Wednesday, May 31st, 2023 at 5:53 PM

Hi Ingrid,

I just finished reading through the rest of the emails.  And am providing responses to your numbered responses.  Please note that I called and left a voicemail may for you apologizing before I sent the first email.

1. Incapacity - You are correct, that I had symptoms that were disruptive to my life.

2. Thank you for your consideration with providing support to highlight to my job that I take this issue seriously.  With this type of information I would only highlight what happened during the May 8th through June 5th time period.  Technically my job should not see this form only the Leave of Absence vendor.

3. In an ideally world there would be space to just write "as stated before, I know you are committed to your wellbeing and wanted to give your job the understanding that what you have taken the steps necessary to deal with the issue at hand and that you would continue to do so (moving to New York, creating a support network. etc)."  This statement alone is perfect.

I'm sorry again for reading things so wrong!

I just don't want the world to know that I struggle.

Charisse

Sent from Proton Mail for iOS

On Wed, May 31, 2023 at 5:31 PM, <CharisseSM8@proton.me> wrote:

> Hi Ingrid,
>
> Just reading through your responses and called you about this email.
>
> I owe you a big apology, after reading the rough your responses I see that I read things completely wrong!

2/21/24, 6:11 AM

I thought that you were telling me that I needed to find a new provider via the form. I was shocked because I feel like we both invested in this mental health partnership. Now reading your response I see that I was the asshole! I'm completely mortified and sincerely apologize to you. I fucked up. I would not use you for "matter of fact".

Can we still meet next Wednesday at 11am to talk things through?

Please let me know.

Best,
Charisse S. Moore

I'm know that I most likely owe you an apology on the other items too, but your feelings are important to me. I apologize again!

Sent from Proton Mail for iOS

On Wed, May 31, 2023 at 3:01 PM, Ingrid Jones <ingrid@changetogrow.com> wrote:

Charisse,

Here are the reasons for my responses to each point:

1. In order to be diagnosed and justify your request, the symptoms you are having need to be disruptive in your daily life, which they <u>were</u> (hence why you are requesting time off), but as requested I will amend this section.

2. Even though we didn't meet on a scheduled session, I consider our "check-ins" as a form of meeting for follow up. I was also referring to future sessions; I felt that it was important for your job to know that your wellbeing is something you take seriously and that if anything, you are willing to take the steps necessary to continue being that way (again, I was trying to give justification for your request). I will amend this part as well.

3. I based my response on your request to have sessions again with me. At no point I am stating that you can't be the driver of setting up your sessions nor that you are obligated to have treatment (because you know you are the one who determines how often and if we meet); as stated before, I know you are committed to your wellbeing and wanted to give your job the understanding that what you have taken the steps necessary to deal with the issue at hand and that you would continue to do so (moving to New York, creating a support network. etc). As requested, I will also amend this section.

2/21/24, 6:11 AM

I'm sorry to hear that you will need a new provider in the future, but I understand. My goal while filing out the paperwork was not only to help you in making sure you had enough "evidence" to justify your time off and get paid; but also in addressing your supervisor's concerns about your wellbeing and your ability to return to work (as you know, they were concerned about your claims of stalking etc.). I see now that what you needed was for me to be a "matter of fact" only.

I thought about calling you to address this issues but I figured since you chose to write me an email, it was more than appropriate to respond the same way.

I will bill you for the sessions we had and send you an updated form by the end of the day.

I wish you all the best in your future endeavors!

Kind Regards,

Ingrid Jones, LMHC

On May 31, 2023, at 12:17 PM, CharisseSM8@proton.me wrote:

Ingrid,

Thank you for providing the updated forms to support my leave of absence.

After reviewing your responses, I have the following questions and/or concerns:

Section 3 Incapacity
— Incapacity defined as "physical or mental inability to do something or to manage one's affairs." During the time period of May 8, 2023 through June 5, 2023, I have been and will continue to be able to manage my affairs - I needed time off to be able to do so as I do not have a support system. Please amend the selection of Yes to No.
— Treatment - The document states that we met weekly, sometimes twice a week which is incorrect. Here are the dates that we met - April 28th, May 4th and May 22nd.
— Continuing Treatment - These sessions / conversations were for a point in time issue. I have been and will continue to be the driver of setting up sessions when needed. Thankfully, I have all of the tools that I need. Please amend your response her from Yes to No.

Based on your responses, my understanding is that I will need a new provider in the future. Again, I have all of the tools that I need to move forward. Thank you for your time.

2/21/24, 6:11 AM

Please provide an updated Medical Leave Certification form based on the notes above. Additionally, please send me a bill for the three sessions noted above.

Let me know if you have any questions or if it is easier to quickly connect and talk through the notes above.

Best,

Charisse S. Moore

On Tue, May 30, 2023 at 11:23 PM, Ingrid Jones <ingrid@changingrow.com> wrote:

Charisse,

Attached, please find the paperwork regarding your leave of absence. Please don't hesitate to contact me if you have any questions.

Kind Regards,

Ingrid Jones, LMHC

> On May 24, 2023, at 3:42 PM, CharisseSM8@proton.me wrote:
>
> Hi Ingrid,
>
> Attached are the Larkin Company Medical Leaver Certification and Fitness For Duty Certification. As discussed on Monday, please let me know if you are able to fill out the documents and return them to me.

2/21/24, 6:11 AM

>
> If you are able to this by tomorrow, it would be greatly appreciated as the Larkin group will be out of the office on Friday for Memorial Day.
>
> Thank you!
>
> Best,
> Charisse
> <Charisse Moore – Larkin Fitness For Duty Certificate.pdf><Charisse Moore – Larkin Medical Leave Certification Form.pdf>

# 3. My brother 2016 - Too Many Coincidences

July 25, 2016

- **December 1, 2015 | Dan Saucier and Ryanne Duffie Saucier move to Atlanta, Georgia**
  - Ryanne Duffie Saucier moved to Atlanta, Georgia prior to Dan Saucier as Ryanne Duffie Saucier started a new job at Cumulus Media and found a house in Smyrna, Georgia in the Atlanta, Georgia suburbs.
- **May 4 - 6, 2016 | Spent Birthday with Dan Saucier and Ryanne Duffie Saucier**
  - Dan Saucier and Ryanne Duffie Saucier gave me a $25 Starbucks gift card for my birthday.
- **July 20, 2016 | Chick-Fil-A Restaurant Conversation**
  - I went to Chick-Fil-A for lunch and while standing in line there weee two people in front of me who were having a conversation. They were talking about a siblings one with a developmental delayed disability and the other than was "normal" neurotypical. They said that the neurotypical sibling died, leaving the developmental delayed sibling living. This was always my worst fear for Winston Jr. and I, I always sacrificed my life so that Winston Jr. could have a better life - money, time, relationships and living location. Orlando was the perfect distance to come back and help him if needed.  Little did I know what would happen to Winston Jr. days later.
  - This conversation always stuck with me and I discussed it with ~~Ingrid Jones, Licensed Mental Health Counselor~~
  - **NOTE:** Chick-Fil-A picture from May 4-6, 2016 trip to The Saucier's house
- **July 24, 2016 |** ~~Winston Alexander Moore, Jr.~~ was hit by a car at 9:30pm in Fort Lauderdale, FL.
  - **OF INTEREST:** I, ~~Charisse Jade Moore~~, lived in the Sanford, Florida (Orlando, Florida) area at the time.
- **July 25, 2016 | See Text Message below from Leslie-Anne Haffenden-Moore at 2:05 AM**
  - Charisse – "Have the doctors given you an update on Winston (Alexander)?
  - Leslie-Anne Haffenden-Moore - "With Dr right now. Broken ribs on left side (back) 6,7,8,9, so that's why the tiny intubated him. BP appears to be good, but even though he is out he is still agitated making the machine go off. No bleeding on the brain. Lacerations on his face with stitched and blood from where his skin was stripped from his face. He is on heavy meds to help the machine breathe for him. They have just moved him to ICU. ICU 21 is his room#. I'll know more in the morning when the Trauma DR sees him."
- **July 25, 2016 |** Brenda Cecelia Duenas Hill has a baby
  - ~~Brenda Cecelia Duenas Hill~~ son, Alexander Hill is born.
- **July 25, 2016 - August 8, 2016 | Boundaries Crossed by Ingrid Jones**
  - **NOTE:** ~~Ingrid Jones~~ asked multiple times to come to the hospital to help provide support as Winston Jr. was in the hospital for two (2) weeks. ~~Ingrid Jones~~ **partnered with** ~~Ingrid Jones~~ **to trap Winston Alexander Moore, Jr.'s smells for voodoo and the 2022 -**

June 2024 Unauthorized Non-Consented Psychology, Business and Technology Social Media experiment.

- **August 4, 2016 | 7 South Florida men indicted in mob sweep**
- *Posted at 3:47 PM, Aug 04, 2016 and last updated 6:03 AM, Aug 05, 2016*
  -
  - "NEW YORK (AP) — Nearly four dozen suspects, including the reputed Mafia boss in Philadelphia and an old-school mobster in New York, were arrested on Thursday in a massive case charging them with wanting to break knees and commit other crimes that sound like something from a Martin Scorsese movie.
  - Seven of the suspects were South Florida residents, including: Craig Bagon, 56, of Boca Raton, Pasquale Capolongo, 67, of West Palm Beach, Carmine Gallo, 38, of Delray Beach, Wayne Kreisberg, 39, of Parkland, Joseph "Joey" Merlino, 54, of Boca Raton, Bradley Sirkin, 54, of Boca Raton, and Frank Trapani, 63, of Boca Raton.
  - An indictment filed by federal prosecutors in Manhattan accused the defendants of extortion, loansharking, casino-style gambling, sports gambling, credit card fraud and health care fraud. It said they formed a syndicate operating in New York, Massachusetts, Pennsylvania and Florida.
  - Among those charged was Joseph "Joey" Merlino, the flamboyant alleged head of the Philadelphia mob who is known for beating murder charges in past cases. Also named in the indictment was Pasquale "Patsy" Parrello, identified as a longtime member of the Genovese organized crime family in New York City.
  - Prosecutors said 39 of those charged were arrested on Thursday. During the arrests, agents recovered three handguns, a shotgun, gambling paraphernalia and more than $30,000 in cash.
  - The indictment "reads like an old school Mafia novel, where extortion, illegal gambling, arson and threats to 'whack' someone are carried out along with some modern-day crimes," such as credit card skimming, said Diego Rodriguez, head of the FBI's New York office.
  - One count accuses the 72-year-old Parrello of ordering a beatown in 2011 of a panhandler he believed was harassing female customers outside his restaurant in the Bronx, telling a cohort to "break his ... knees." The panhandler was "located and assaulted with glass jars, sharp objects and steal-tipped boots, causing bodily harm," the court papers say.
  - Afterward one of his cohorts was recorded saying, "Remember the old days in the neighborhood when we used to play baseball? . . . A ball game like that was done," the papers say.
  - Prosecutors also detailed how in 2013, Parello ordered retaliation against a man who stabbed a member of his crew outside a Bronx bar. After an associate agreed to "whack" the attacker, Parrello cautioned him to "keep the pipes handy and pipe him, pipe him, over here (gesturing to the knees), not on his head," the papers say.
  - Merlino, 54, was implicated in a health care fraud scheme with Parrello and others that got corrupt doctors to bill insurers for unnecessary and excessive prescriptions for

expensive compound creams in exchange for kickbacks.
- — In Massachusetts, five alleged associates of the New York-based ⸻ crime family were arrested on extortion-related charges as part of the sweep."
- **August 4, 2016 | Asked to Travel for Deloitte Consulting, LLP**
  - — ⸻ in Atlanta, Georgia
- **August 9, 2016 | Delta Airlines** - Flight from Orlando, Florida to Atlanta, Georgia was delayed by five (5) hours due to air traffic control issues and/or other unknown Delta Airlines issues. I remember receiving 20,000 miles due to the issue that air traffic control issue caused.
  - — ⸻
  - — **Delta computers crash, causing delays and cancellations. Experts say it shouldn't have happened.** ⸻
  - — Behind each of the four big players in the U.S. airline industry — American, United, Delta and Southwest — there is a tangled computer system pieced together after decades of mergers that married mismatched networks.
  - — Just what went wrong with Delta Air Lines' system Monday that caused hundreds of cancellations and delays is still being sorted out. Was it a power outage, as Delta says? Or was it more likely an internal computer glitch, as Georgia Power, the utility at Delta's Atlanta hub, says?
  - — In either case, aviation and computer specialists say, it shouldn't have happened. Computer systems and their electric power sources should have foolproof backups, they say.
  - — Tens of thousands of passengers were delayed as Delta canceled 451 of its nearly 6,000 daily flights by mid-afternoon Monday. The airline warned that more cancellations and delays were likely to follow as it struggled to revive its computer network.
  - — **NOTE:** ⸻ and ⸻ live in 3335 Hidden Trail Road SE, Smyrna, Georgia 30080 not that far from Downtown Atlanta, where I stayed during a client trip to Nielsen.
- **August 9, 2016 | Monarchy Butterfly at Marriott in Atlanta, Georgia** - I was an orange monarchy butterfly like the one in my phone on the 41st Floor of the Marriott.
- **August 10, 2016 | Deloitte and Nielsen** - I was in the Nielsen office and my Mom called me at 9:00am EST and said that I needed to come back to South Florida. I compiled a small deck and asked for Brian Proctor to join the project. After compiling the deck, I burst into tears, and asked my colleagues if they needed anything else and then headed back to the hotel and headed to the airport.
- **August 11, 2016 | Brenda, Anthony Smith and Social Media -** ⸻
  - **⸻'s Passing**
    - — ⸻ and possibly ⸻ posted about Winston Jr. passing on Facebook and ⸻ call me at 7:30am to say that she was sorry to hear about Winston Jr.'s passing. ⸻

then turned the conversation to taking the BRCA test for Breast cancer.

- **NOTE:** ~~████████████████~~, attended Winston Alexander Moore, Jr.'s funeral on behalf of ~~████████████████~~, Matthew Kraus (my Coach), Brian Proctor, Kathy O'Hara, Clint Cummings, Steve Cardillo, HR Transformation and the Orlando office

- **NOTE:** ~~████████████████████████~~ asked multiple times to come to the hospital to help provide support as Winston Jr. was in the hospital for two (2) weeks.

- **NOTE:** ~~████████████~~ (my Uncle) always asks about ~~████████████~~ and ~~████████████████~~ whenever he calls me.

- **NOTE:** ~~████████████~~ (my cousin) started to track Charisse S. Moore's location after ~~████████████████████~~, ██'s death.

- **Attendees at Winston Alexander Moore, Jr.s funeral** – ~~████████████~~ (my ~~████~~ (my son's uncle), ~~████████████████~~, ~~████████████████~~, Sunmee Zuckor, Delonja Compton.

- **OF SIGNIFICANT IMPORTANCE:** ~~████████████████████████████~~, ~~████████~~, MD, ~~████████████████████~~, Anthony Smith ~~████████████████~~ ~~████████████~~ hacked Charisse S. Moore's phone during the time of this event

  - **Massive federal mob bust with 46 arrests unearths expansive network among East Coast crime families** ~~https://www.nydailynews.com/2019/07/04/massive-federal-mob-bust-with-46-arrests-unearths-expansive-network-among-east-coast-crime-families/~~

- Concurrently, things happened with Wayne Kreisberg and ~~████████████~~, someone that my Mom used to work with and powerful people in Boca Raton and Philadelphia.

- ~~████████~~ reached out to attend Winston Jr.'s funeral and I declined inviting her as Katey at ~~████████~~ had a tendency to cause conflict with Melissa, Wayne and myself. Katey at the time could be harsh with her words. I have not spoken to Katey since 2009, because she got into a fight with a random club at a club in Alphabet City in New York.

  - **OF INTEREST:** At the time of Winston Jr.'s death, I had not talked to ~~████████~~ since 2008 when I briefly lived with her in New York, as ~~████████~~ caused a fight with a random couple in a club in Alphabet City.

    - **October 2016 |** ~~████████████~~ and I, Charisse S. Moore had a conservation at the Deloitte Consulting, LLP office in Lake Mary, Florida that focused on ~~████████████~~ who we (~~████████████~~ and I) both reported too. The reporting chain of command (for lack of a better term) at the Deloitte Consulting, LLP Lake Mary office was ~~████████████~~, Steve Cardillo, ~~████████████~~ and Matthew Kraus, as our outside advisors.

      - ~~████████████~~ was tried to get me to go to Clint and report on ~~████~~ ~~████████~~, because Maralou stated that Steve talked poorly about me.

    - **NOTE:** This is direct contrast to the Thank You card that ~~████████~~ ██████ sent to my home on July 31, 2017 that stated the following:

- — "Charisse, As a top performer of our practice, I wanted to take a minute to thank you for your hard work and dedication over the past year. I especially want to thank you for all your hard work and effort on the Clarivate project. Keep up the great work. _____"
- — **NOTE: 2016 |** _____ had a conflict with a gentleman named David Wergles who was a part of our Labor Workforce practice. _____ left Deloitte Consulting, LLP shortly after Maralou Billig joined the Firm, due to Maralou Billig. I liked _____ and could not understand why Maralou Billig could not get along with _____.

- **August 9, 2016 | Eight Individuals Charged In Multimillion-Dollar Compounding Pharmacy Fraud Scheme**
- _____ https://www.ar_ _____
  _____
  - — **Brian A. Temple, MD, was concerned about practicing medicine in the State of Florida, as his ex-wife Charisse S. Moore informed he that Florida had Medicare fraud issues at the time.**
    - — The Drug Enforcement Administration (DEA) regulates the prescribing and distribution of controlled medications such as narcotics and sedatives. Therefore, in order to prescribe controlled substances, a physician or mid-level practitioner needs to have an active license

- **August 31, 2021 | I, Charisse S. Moore started** _____ **sessions for unresolved trauma related to my brother** Winston Alexander Moore, Jr. **death with Anne Mayfield in the Atlanta, Georgia, not for sex addiction.**
  - — **NOTE:** That I asked _____ about the EMDR treatment that she utilized for her trauma related to the Majorie Stoneman Douglas Shooting that her daughter Daniella was present at the time of the shooting. _____ did not want to utilized the EMDR treatment with me because _____ is not trained in EMDR.
    - — **OF SIGNIFICANT IMPORTANCE:** When I moved to Atlanta, Georgia, I wanted treatment for unresolved trauma related to my brother Winston Alexander Moore, Jr. death and looked up EMDR and found _____. After researching _____ online, I found a therapist in the Atlanta, Georgia area named Anne Mayfield.
      - — Anne Mayfield is trained in _____.
      - — People are focused on sexual addiction, which is not my problem.
      - — My problem is that my brother Winston Alexander Moore, Jr. died, my father Winston Alexander Moore, Sr. died and it's hard to death with a lot of before the age of 40.

## OBI...

...lexander Moore, Jr, 32, passed away on August 11, 2016 in Fort ...erdale, Florida from injuries sustained in a car accident. Winston was born in New York, New York on November 3, 1983, to Winston, Sr. and Leslie-Anne Moore. Winston is a graduate of Spanish River High School and also attended West Boca High School. While Winston's path did not include a traditional career, it did include a long tenure as a Special Olympics athlete with Broward County.

Winston joined the Special Olympics community at the age of 15, with the Tamarac Bulldogs basketball team. Since then, Winston has gone on to play and medal in multiple sports to include: basketball, bowling, swimming, skiing, soccer, softball and tennis. True to the Special Olympics motto, "Let me win. But if I cannot win, let me be brave in the attempt", Winston is a Champion. And he would let you know that he was a Champion, too.

Winston often used one hand to help himself and the other to help his friends. He was blessed to have friends who became family, he gained many brothers, sisters, moms and dads along his path and was always grateful. Winston will be remembered for his laugh, his ability to touch people through his smile, his love of sports, his love for the Special Olympics, traveling, adventure and dancing his heart out.

He was deeply loved and will be profoundly missed by his family and friends. Winston is survived by his mother, Leslie-Anne Moore; sister, Charisse S. Moore; uncle, Anthony Smith; cousins, Travis, Joshua, Justin and Brianna Smith; aunt, Enid Carpenter; cousin, Andre Gilgeous; cousins, Dean, Arianna, Lloyd, Marcia, Laurel and Camille Haffenden and many other family members.

## SCRIPTURE

"And we know that in all things God works for the good of those who love him, who have been called according to his purpose. For those God foreknew he also predestined to be conformed to the image of his Son, that he might be the firstborn among many brothers and sisters. And those he predestined, he also called; those he called, he also justified; those he justified, he also glorified."
Romans 8:28-30

## ORDER OF SERVICE

Gathering Hymn ................................................................ "Here I Am Lord"

Opening Prayer ......................................................... Father Jerry Morris

First Reading ..................................................... Ecclesiastes 3:1-15

Responsorial Psalm ..................................... The Lord Is My Sheperd, Psalm 23

Second Reading ....................................................... Romans 8:18-30

Responsorial Psalm ...................................... In you, Lord my God, I put my trust Psalm 25

Gospel .......................................................................... John 14:1-4

Homily ................................................................... Father Jerry Morris

Communion Hymn .............................. "Make Me an Instrument of Your Peace"

Concluding Rites.................................................... Father Jerry Morris

Concluding Hymn ............................................... "How Great Thou Art"

### WORDS OF REMEMBERANCE

Leslie-Anne Moore

Charisse S. Moore

## Stalking Text Message review
October 24, 2021 at 7:40:58 PM · 7 of 57



7:40

# LH

Leslie-Anne

**Have the doctors given you an update on Winston?**

With Dr right now. Broken ribs on left side (back) 6,7,8,9, so that's why the intubated him. BP appears to be good, but even though he is out he is still agitated making the machine go off. No bleeding on the brain. Lacerations on his face with stitches and blood from where his skin was stripped from his face. He is on heavy meds to help the machine breathe for him. They have just moved him to ICU. ICU 21 is his room #. I'll know more in the morning when the Trauma Dr sees him

**Thank you for the update.  I plan on**

driving down in the morning.

Drive safely.

On my way down there.  Will let you know when i get closer to pick up food.

How is he doing this morning?

      

August 11, 2016 -



Brian A. Temple M.D.
201 S Riverheath Way Apt. 305
Appleton, WI 54915

