UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISSE SAMANTHA MOORE, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> VANDERBILT UNIVERSITY, ET AL., <br><br> Defendants. | 24-cv-5533 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the November 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 18, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge